IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATORIES FOURNIER S.A.,<br><br>        Defendants. | C.A. No. 05-340 (KAJ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Adam Steinfeld, Barry S. Taus and Bruce E. Gerstein, all of Garwin, Gerstein & Fisher, L.L.P., 1501 Broadway, Suite 1416, New York, NY 10036 (212) 398-0055, to represent plaintiff in this matter.

Jeffrey S. Goddess, Movant (#630)
Jessica Zeldin (#3558)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
Attorneys for Plaintiff

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Adam Steinfeld, Barry S. Taus and Bruce E. Gerstein is granted.

Date: _____

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-340 (KAJ) |
| | ) | |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATORIES FOURNIER S.A., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: 7/20/05

Adam Steinfeld
Garwin, Gerstein & Fisher, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LOUISIANA WHOLESALE DRUG COMPANY, )
INC., on behalf of itself and all others similarly )
situated, )
                                            )
            Plaintiff, )
                                            )
      v. )               C.A. No. 05-340 (KAJ)
                                            )
ABBOTT LABORATORIES, )
FOURNIER INDUSTRIE ET SANTÉ, and )
LABORATORIES FOURNIER S.A., )
                                            )
            Defendants. )

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

        Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of the New York, and pursuant to

Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct

which occurs in the preparation or course of this action. I also certify that I am generally familiar

with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective

1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the

filing of this motion.

Date: _7/20/05_

Barry S. Taus
Garwin, Gerstein & Fisher, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-340 (KAJ) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATORIES FOURNIER S.A., | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: 7/20/05

Bruce E. Gerstein
Garwin, Gerstein & Fisher, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2005, I electronically filed a Motion And Order For

Admission Pro Hac Vice using CM/ECF, which will send notification of such filing to all

registered participants.

I further certify that I caused a copy of the aforementioned document to be delivered

via e-mail to the following attorneys appearing for the defendants in the related action,

D.Del. C.A. No. 02-1512 KAJ.

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801
> mgraham@mnat.com
>
> Frederick L. Cottrell, III, Esquire
> Richards Layton & Finger
> One Rodney Square
> 920 N. King Street
> Wilmington, DE 19801
> cottrell@rlf.com

> Jeffrey S. Goddess (Del. Bar No. 630)
> Rosenthal, Monhait, Gross
> & Goddess, P.A.
> Suite 1401, 919 Market Street
> P. O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
> jgoddess@rmgglaw.com