ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

July 28, 2005

BY ELECTRONIC FILING

The Hon. Kent A. Jordan
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

> RE: **TriCor Direct Purchaser Antitrust Litigation;**
> **C.A. Nos. 05-340, 351, 358 and 404–KAJ;**
> **Pretrial Order No. 1 Regarding Consolidation, etc.**

Dear Judge Jordan:

Per Your Honor's direction at the close of the hearing yesterday afternoon, this transmits, for Your Honor's review and entry, a form for Pretrial Order No. 1 with respect to consolidation of the Direct Purchase Class Actions and other coordinating details. It has been revised to correct the listing of defendant Fournier's attorneys and to eliminate a provision from the earlier draft with respect to future *pro hac* admissions.

Respectfully yours,

Jeffrey S. Goddess
(DSBA No. 630)

JSG/jls
Enclosure
cc: Frederick L. Cottrell, III, Esquire (Via email)
    Mary B. Graham, Esquire (Via email)
    Elizabeth M. McGeever, Esquire (Via email)
    Clerk, U.S. District Court (By Hand)