IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | : : : | C.A. No. 05-340 (KAJ) |
| THIS DOCUMENT RELATES TO: CVS Pharmacy, Inc. C.A. No. 05-605 (KAJ) | : : : : : | Consolidated |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Joseph T. Lukens and Steve D. Shadowen to represent plaintiffs in this action.

PRICKETT, JONES & ELLIOTT, P.A.

*/s/ Elizabeth M. McGeever*
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Plaintiffs

## ORDER GRANTING MOTION

The foregoing application of Joseph T. Lukens, Esquire and Steve D. Shadowen, Esquire for admission to practice in this action pro hac vice is hereby granted.

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

19649.1\282676v1

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 30th day of August, 2005, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice with the Clerk of the Court using CM/ECF which caused the following parties to receive service:

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
Attorneys for Abbott Laboratories

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
Attorneys for Fournier Industrie et Sante' and
Laboratories Fournier S.A.

_____
Elizabeth M. McGeever (#2057)

19649.1\282676v1