# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-340 KAJ |
| ) ) | |
| THIS DOCUMENT RELATES TO: ) ) | Hon. Kent Jordan, U.S.D.J. |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, v. ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATORIES FOURNIER S.A. C.A. No. 05-340 (KAJ) ) ) ) ) ) ) ) ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 15, 2005, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of LOUISIANA WHOLESALE DRUG CO., INC.'S INITIAL DISCLOSURES, along with this Notice Of Service, were served on September 15, 2005, as follows:

(BY HAND)        Frederick L. Cottrell, III, Esquire
                 Anne Shea Gaza, Esquire
                 Richards, Layton & Finger
                 One Rodney Square
                 Wilmington, DE 19801

(VIA TELECOPY)   Steven C. Sunshine, Esquire
                 Cadwalader, Wickersham & Taft LLP
                 1201 F Street, N.W.
                 Washington, DC 20004
                 (202) 862-2400

(VIA TELECOPY)        Matthew P. Hendrickson, Esquire
                      Cadwalader, Wickersham & Taft LLP
                      One World Financial Center
                      New York, NY 10281
                      (212) 504-6666

(BY HAND)             Mary B. Graham, Esquire
                      Morris, Nichols, Arsht & Tunnell
                      1201 N. Market Street
                      P. O. Box 1347
                      Wilmington, DE 19801

(VIA TELECOPY)        William F. Cavanaugh, Jr., Esquire
                      Chad J. Peterman, Esquire
                      Patterson, Belknap, Webb & Tyler LLP
                      1133 Avenue of the Americas
                      New York, NY 10036
                      (212) 336-2222

(BY HAND)             Elizabeth M. McGeever, Esquire
                      Prickett Jones & Elliott, P.A.
                      1310 King Street
                      P. O. Box 1328
                      Wilmington, DE 19801

(VIA TELECOPY)        Bruce E. Gerstein, Esquire
                      Barry Taus, Esquire
                      Adam Steinfeld, Esquire
                      Garwin Gerstein & Fisher, L.L.P.
                      1501 Broadway, Suite 1416
                      New York, NY 10036
                      (212) 764-6620

                      _____
                      JEFFREY S. GODDESS (Del. Bar No. 630)
                      Rosenthal, Monhait, Gross
                        & Goddess, P.A.
                      Suite 1401, 919 Market Street
                      P. O. Box 1070
                      Wilmington, DE  19899
                      (302) 656-4433
                      jgoddess@rmgglaw.com
                      Attorneys for Plaintiff