# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: ) ) | Hon. Kent Jordan, U.S.D.J. |
| ROCHESTER DRUG CO-OPERATIVE, INC., ) on behalf of itself and all others similarly ) situated, ) v. ) ABBOTT LABORATORIES, ) FOURNIER INDUSTRIE ET SANTÉ, and ) LABORATORIES FOURNIER S.A. ) C.A. No. 05-351 (KAJ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 15, 2005, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of PLAINTIFF ROCHESTER DRUG CO-OPERATIVE, INC.'S RULE 26(a)(1) DISCLOSURES, along with this Notice Of Service, were served on September 15, 2005, as follows:

(BY HAND)    Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

(VIA TELECOPY)    Steven C. Sunshine, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
(202) 862-2400

| | |
|---|---|
| (VIA TELECOPY) | Matthew P. Hendrickson, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>(212) 504-6666 |
| (BY HAND) | Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19801 |
| (VIA TELECOPY) | William F. Cavanaugh, Jr., Esquire<br>Chad J. Peterman, Esquire<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 336-2222 |
| (BY HAND) | Elizabeth M. McGeever, Esquire<br>Prickett Jones & Elliott, P.A.<br>1310 King Street<br>P. O. Box 1328<br>Wilmington, DE 19801 |
| (VIA TELECOPY) | Bruce E. Gerstein, Esquire<br>Barry Taus, Esquire<br>Adam Steinfeld, Esquire<br>Garwin Gerstein & Fisher, L.L.P.<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>(212) 764-6620 |

JEFFREY S. GODDESS (Del. Bar No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
Attorneys for Plaintiff