IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-340 KAJ |
| ) ) THIS DOCUMENT RELATES TO: ) ) | Hon. Kent Jordan, U.S.D.J. |
| MEIJER, INC. and MEIJER DISTRIBUTION, ) INC., on behalf of themselves and all others ) similarly situated, ) v. ) ABBOTT LABORATORIES; ) FOURNIER INDUSTRIE ET SANTÉ; and ) LABORATORIES FOURNIER S.A. ) C.A. No. 05-358 (KAJ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 15, 2005, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of PLAINTIFFS' (MEIJER, INC. and MEIJER DISTRIBUTION, INC.) RULE 26(a)(1) DISCLOSURE, along with this Notice Of Service, were served on September 15, 2005, as follows:

(BY HAND)   Frederick L. Cottrell, III, Esquire
            Anne Shea Gaza, Esquire
            Richards, Layton & Finger
            One Rodney Square
            Wilmington, DE 19801

(VIA TELECOPY)  Steven C. Sunshine, Esquire
                Cadwalader, Wickersham & Taft LLP
                1201 F Street, N.W.
                Washington, DC 20004
                (202) 862-2400

(VIA TELECOPY)	Matthew P. Hendrickson, Esquire
	Cadwalader, Wickersham & Taft LLP
	One World Financial Center
	New York, NY 10281
	(212) 504-6666

(BY HAND)	Mary B. Graham, Esquire
	Morris, Nichols, Arsht & Tunnell
	1201 N. Market Street
	P. O. Box 1347
	Wilmington, DE 19801

(VIA TELECOPY)	William F. Cavanaugh, Jr., Esquire
	Chad J. Peterman, Esquire
	Patterson, Belknap, Webb & Tyler LLP
	1133 Avenue of the Americas
	New York, NY 10036
	(212) 336-2222

(BY HAND)	Elizabeth M. McGeever, Esquire
	Prickett Jones & Elliott, P.A.
	1310 King Street
	P. O. Box 1328
	Wilmington, DE 19801

(VIA TELECOPY)	Bruce E. Gerstein, Esquire
	Barry Taus, Esquire
	Adam Steinfeld, Esquire
	Garwin Gerstein & Fisher, L.L.P.
	1501 Broadway, Suite 1416
	New York, NY 10036
	(212) 764-6620

JEFFREY S. GODDESS (Del. Bar No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
Attorneys for Plaintiff