IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A. <br><br> Plaintiffs, <br><br> vs. <br><br> IMPAX LABORATORIES, INC, <br><br> Defendant. | Civil Action No.: 03-120-KAJ <br> (Consolidated) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A. <br><br> Plaintiffs, <br><br> vs. <br><br> TEVA PHARMACEUTICALS USA, Inc., <br><br> Defendant. | Civil Action No.: 02-1512-KAJ <br> (Consolidated) |
| TEVA PHARMACEUTICALS USA, Inc., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A. <br><br> Counterclaim Defendants, | |

|   |   |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS <br><br> IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | ) <br> ) Civil Action No.: 05-340 (KAJ) <br> ) (Consolidated) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 05-360 (KAJ) <br> ) (Consolidated) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Abbott Laboratories' Initial Disclosures Under Rule 26(A)(1)* were caused to be served on September 15, 2005 upon the following in the manner indicated:

BY HAND DELIVERY

| | |
|---|---|
| Jeffrey S. Goddess, Esquire <br> ROSENTHAL, MONHAIT, GROSS & GODDESS, PA <br> P.O. Box 1070 <br> Wilmington, DE 19899 | A. Zachary Naylor, Esquire <br> CHIMICLES & TIKELLIS LLP <br> One Rodney Square, P.O. Box 1035 <br> Wilmington, DE 19899 |
| Michael I. Silverman, Esquire <br> SILVERMAN & MCDONALD <br> 1010 North Bancroft Parkway <br> Suite 22 <br> Wilmington, DE 19805 | Patrick Francis Morris, Esquire <br> MORRIS & MORRIS <br> 1105 North Market Street <br> Suite 803 <br> Wilmington, DE 19801 |
| Lynn A. Iannone, Esquire <br> SILVERMAN & MCDONALD <br> 1010 North Bancroft Parkway <br> Suite 22 <br> Wilmington, DE 19805 | Jonathan L. Parshall, Esquire <br> MURPHY, SPADARO & LANDON <br> 1011 Centre Road, Suite 210 <br> Wilmington, DE 19805 |
| Elizabeth M. McGeever, Esquire <br> PRICKETT JONES & ELLIOTT, P.A. <br> 1310 King Street <br> P.O. Box 1328 <br> Wilmington, DE 19899 | Frederick L. Cottrell, III, Esquire <br> RICHARDS, LAYTON & FINGER <br> One Rodney Square; P.O. Box 551 <br> Wilmington, DE 19899 |

| | |
|---|---|
| Josy W. Ingersoll , Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | Mary B. Matterer, Esquire<br>MORRIS JAMES HITCHENS & WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 |

BY FACSIMILE

| | |
|---|---|
| Steven C. Sunshine, Esquire<br>CADWALADER, WICKERSHAM & TAFT LLP<br>1201 F Street, NW<br>Washington, DC  20004 | Matthew P. Hendrickson<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY  10281 |
| Scott Perwin, Esquire<br>KENNY NACHWALTER, P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL  33131-4327 | Bryan L. Clobes, Esquire<br>MILLER FAUCHER AND CAFFERTY LLP<br>One Logan Square, Suite 1700<br>18th and Cherry Streets<br>Philadelphia, PA  19103 |
| Bernard Persky, Esquire<br>GOODKIND LABATON RUDOFF & SUCHAROW<br>100 Park Avenue<br>New York, NY  10017 | Adam Steinfeld, Esquire<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, NY  10036 |
| Paula L. Blizzard, Esquire<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA  94111 | Christopher T. Holding, Esquire<br>GOODWIN PROCTER LLP<br>Exchange Place, 53 State Street<br>Boston, MA  02109-2881 |
| Neal S. Manne, Esquire<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002 | Kendall Zylstra<br>SCHIFFRIN & BARROWAY LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 |
| Mark M. Sandmann<br>RAWLINGS & ASSOCIATES<br>325 West Main, Suite 1700<br>Louisville, KY  40202 | Jeffrey L. Kodroff<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103 |
| Thomas M. Sobol<br>One Main Street, 4th Floor<br>Cambridge, MA  02142 | Joseph T. Lukens<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103 |

                      MORRIS, NICHOLS, ARSHT & TUNNELL

                      */s/ James W. Parrett, Jr. (#4292)*
                      _____
                      Mary B. Graham (#2256)
                      James W. Parrett, Jr. (#4292)
                      1201 North Market Street
                      P.O. Box 1347
                      Wilmington, DE  19899
                      (302) 658-9200

                        *Attorneys for Defendant Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

BY HAND DELIVERY

Jeffrey S. Goddess, Esquire
ROSENTHAL, MONHAIT, GROSS & GODDESS, PA
P.O. Box 1070
Wilmington, DE  19899

A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE  19899

Michael I. Silverman, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE  19805

Patrick Francis Morris, Esquire
MORRIS & MORRIS
1105 North Market Street
Suite 803
Wilmington, DE  19801

Lynn A. Iannone, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE  19805

Jonathan L. Parshall, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE  19805

Elizabeth M. McGeever, Esquire
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square; P.O. Box 551
Wilmington, DE  19899

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
Wilmington, DE  19801

Mary B. Matterer, Esquire
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 15, 2005 upon the following individuals in the manner indicated:

BY FACSIMILE

Steven C. Sunshine, Esquire
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, NW
Washington, DC  20004

Scott Perwin, Esquire
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131-4327

Bernard Persky, Esquire
GOODKIND LABATON RUDOFF & SUCHAROW
100 Park Avenue
New York, NY  10017

Paula L. Blizzard, Esquire
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111

Neal S. Manne, Esquire
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX  77002

Mark M. Sandmann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, KY  40202

Thomas M. Sobol
One Main Street, 4th Floor
Cambridge, MA  02142

Matthew P. Hendrickson
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Bryan L. Clobes, Esquire
MILLER FAUCHER AND CAFFERTY LLP
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA  19103

Adam Steinfeld, Esquire
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY  10036

Christopher T. Holding, Esquire
GOODWIN PROCTER LLP
Exchange Place, 53 State Street
Boston, MA  02109-2881

Kendall Zylstra
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Radnor, PA  19087

Jeffrey L. Kodroff
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

Joseph T. Lukens
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA  19103

*/s/ James W. Parrett, Jr. (#4292)*
James W. Parrett, Jr. (#4292)
jparrett@mnat.com

2