IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION : : : THIS DOCUMENT RELATES TO: : : *Walgreen* (No. 05-404) : | C.A. No. 05-340 (KAJ) |

## WALGREEN PLAINTIFFS' NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of the Walgreen Plaintiffs' Rule 26(a) Initial Disclosures were served on September 15, 2005 upon the following counsel of record in the manner indicated below:

*Via Facsimile & U.S. Mail*
Steven C. Sunshine, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004

*Via Facsimile & U.S. Mail*
William F. Cavanaugh, Jr., Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

*Via U.S. Mail*
Paula L. Blizzard, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

*Via U.S. Mail*
Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt &Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

*Via U.S. Mail*
Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899

*Via U.S. Mail*
Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

*Via U.S. Mail*
Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

*Via U.S. Mail*
Christopher T. Holding, Esquire
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109

19638.1\285184v1

*Via U.S. Mail*
Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess
P.O. Box 1070
Wilmington, DE 19899

*Via U.S. Mail*
Bryan L. Clobes, Esquire
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103

*Via U.S. Mail*
Pamela S. Tikellis, Esquire
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

*Via U.S. Mail*
Adam Steinfeld, Esquire
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

*Via U.S. Mail*
Bernard Persky, Esquire
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

*Via U.S. Mail*
Joseph T. Lukens, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

PRICKETT, JONES & ELLIOTT, P.A.

_____
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Plaintiffs

OF COUNSEL:
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

Dated: September 16, 2005