IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) ) | Civil Action No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | Hon. Kent Jordan, U.S.D.J. |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 19, 2005, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of the COORDINATED DIRECT PURCHASER PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS TO DEFENDANTS ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ AND LABORATORIES FOURNIER S.A., along with this Notice Of Service, were served on September 19, 2005, as follows:

(BY HAND)  Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

(VIA TELECOPY)  Steven C. Sunshine, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
(202) 862-2400

(VIA TELECOPY)        Matthew P. Hendrickson, Esquire
                      Cadwalader, Wickersham & Taft LLP
                      One World Financial Center
                      New York, NY 10281
                      (212) 504-6666

(BY HAND)             Mary B. Graham, Esquire
                      Morris, Nichols, Arsht & Tunnell
                      1201 N. Market Street
                      P. O. Box 1347
                      Wilmington, DE 19801

(VIA TELECOPY)        William F. Cavanaugh, Jr., Esquire
                      Chad J. Peterman, Esquire
                      Patterson, Belknap, Webb & Tyler LLP
                      1133 Avenue of the Americas
                      New York, NY 10036
                      (212) 336-2222

(BY HAND)             Elizabeth M. McGeever, Esquire
                      Prickett Jones & Elliott, P.A.
                      1310 King Street
                      P. O. Box 1328
                      Wilmington, DE 19801

(VIA TELECOPY)        Bruce E. Gerstein, Esquire
                      Barry Taus, Esquire
                      Adam Steinfeld, Esquire
                      Garwin Gerstein & Fisher, L.L.P.
                      1501 Broadway, Suite 1416
                      New York, NY 10036
                      (212) 764-6620

                      _____
                      JEFFREY S. GODDESS (Del. Bar No. 630)
                      Rosenthal, Monhait, Gross
                       & Goddess, P.A.
                      Suite 1401, 919 Market Street
                      P. O. Box 1070
                      Wilmington, DE  19899
                      (302) 656-4433
                      jgoddess@rmgglaw.com
                      Liaison Counsel for Direct Purchaser Class