IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | : <br> : <br> : C.A. No. 05-cv-340-KAJ |
| THIS DOCUMENT RELATES TO: | : <br> : |
| C.A. Nos.   05-cv-404-KAJ <br>                  (Walgreen) | : |

## MOTION TO FILE AMENDED COMPLAINT UNDER SEAL

Plaintiffs Walgreen Co., Eckerd Corp., Kroger Co., Maxi Drug, Inc., Albertson's, Inc., Safeway, Inc. and Hy-Vee, Inc. hereby move for an Order permitting plaintiffs to file their Amended Complaint and Demand for Jury Trial in the above-captioned action under seal. This motion is necessary because the Amended Complaint contains information obtained from documents that defendants marked as highly confidential and that were produced to plaintiffs pursuant to Local Rule 26.2. Plaintiffs do not believe that the non-current, summary information contained in their Amended Complaint warrants confidential treatment and intend to move the Court to unseal the Amended Complaint once it has been filed.

WHEREFORE, plaintiffs respectfully request entry of the attached Order permitting them to file their Amended Complaint under seal.

OF COUNSEL:

Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131-4327
Telephone: (305) 373-1000

Dated: September 22, 2005

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Elizabeth M. McGeever (#2057)
1310 King Street
P.O. Box 1328
Wilmington, DE  19899
TEL: (302) 888-6500
*Attorneys for Plaintiffs*

19638.1\285591v1

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 22nd day of September, 2005, I caused a copy of the foregoing MOTION TO FILE AMENDED COMPLAINT UNDER SEAL to be served on counsel for the parties via e-file:

| | |
|---|---|
| *Via Facsimile & U.S. Mail*<br>Steven C. Sunshine, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, N.W., Suite 1100<br>Washington, D.C. 20004 | *Via E-file*<br>Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 |
| *Via Facsimile & U.S. Mail*<br>William F. Cavanaugh, Jr., Esquire<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | *Via Facsimile U.S. Mail*<br>Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899 |
| *Via U.S. Mail*<br>Paula L. Blizzard, Esquire<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | *Via U.S. Mail*<br>Mary B. Matterer, Esquire<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| *Via U.S. Mail*<br>Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt &Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | *Via U.S. Mail*<br>Christopher T. Holding, Esquire<br>Goodwin Proctor LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 |
| *Via E-file*<br>Jeffrey S. Goddess, Esquire<br>Rosenthal Monhait Gross & Goddess<br>P.O. Box 1070<br>Wilmington, DE 19899 | *Via Facsimile & U.S. Mail*<br>Bruce Gerstein, Esquire<br>Adam Steinfeld, Esquire<br>Garwin Gerstein & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036 |
| *Via U.S. Mail*<br>Bryan L. Clobes, Esquire<br>Miller Faucher & Cafferty, LLP<br>One Logan Square, Suite 1700<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | *Via U.S. Mail*<br>Bernard Persky, Esquire<br>Goodkin Labaton Rudoff & Sucharow<br>100 Park Avenue<br>New York, NY 10017 |

| | |
|---|---|
| *Via U.S. Mail*<br>Pamela S. Tikellis, Esquire<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899 | *Via E-file*<br>Joseph T. Lukens, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103-6933 |
| *Via E-file*<br>Daniel Berger<br>Eric L. Cramer<br>Peter R. Kohn<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | |

_____
Elizabeth M. McGeever (#2057)