# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE TRICOR DIRECT PURCHASER            :
ANTITRUST LITIGATION                     :
                                         :        C.A. No. 05-cv-340-KAJ
THIS DOCUMENT RELATES TO:                :
                                         :
C.A. Nos.   05-cv-404-KAJ                 :
            (Walgreen)

## ORDER PERMITTING AMENDED COMPLAINT TO BE FILED UNDER SEAL

Upon plaintiffs' Motion to File Amended Complaint Under Seal and for good cause shown, IT IS HEREBY ORDERED that:

Plaintiffs' motion is Granted.

Plaintiffs are hereby permitted to file their First Amended Complaint under seal.


Dated: _____, 2005


_____
U.S.D.J.


19638.1\285591v1