# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
## 1310 KING STREET, BOX 1328
## WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

DOVER OFFICE
11 NORTH STATE STREET
DOVER, DE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

PENNSYLVANIA OFFICE
217 WEST STATE STREET
KENNETH SQUARE, PA 19348
TEL: (610) 444-1573
FAX: (610) 444-9273

Writer's Direct Dial: (302) 888-6521
Writer's Telecopy Number: (302) 888-6554
Writer's E-Mail Address: EMMcgeever@prickett.com

September 23, 2005

VIA E-FILE

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

> Re:  **Walgreen v. Abbott, C.A. No. 05-cv-404-KAJ**
> **CVS v. Abbott, 05-cv-605-KAJ**

Dear Judge Jordan:

We write to advise the Court that the defendants do not oppose the initial filing of the amended complaints under seal. Accordingly, we ask that the Court enter the orders attached to the motions filed yesterday. The parties will confer promptly to see if agreement can be reached on unsealing all or portions of the complaints that will otherwise be redacted from the public version filed in accordance with CM/ECF Administrative Procedure (G)(1). If the Court has any questions, counsel are available at the convenience of the Court.

Respectfully,

Elizabeth M. McGeever
(DE Bar ID No. 2057)

EMM/smc

cc:    Clerk of the Court
       See Attached Service List

19649.1\285788v1

## SERVICE LIST

### Walgreen v. Abbott, C.A. No. 05-cv-404-KAJ

### CVS v. Abbott, C.A. No. 05-cv-605-KAJ

| | |
|---|---|
| Steven C. Sunshine, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, N.W., Suite 1100<br>Washington, D.C. 20004 | Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 |
| William F. Cavanaugh, Jr., Esquire<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899 |
| Paula L. Blizzard, Esquire<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | Mary B. Matterer, Esquire<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt &Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Christopher T. Holding, Esquire<br>Goodwin Proctor LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 |
| Jeffrey S. Goddess, Esquire<br>Rosenthal Monhait Gross & Goddess<br>P.O. Box 1070<br>Wilmington, DE 19899 | Bruce Gerstein, Esquire<br>Adam Steinfeld, Esquire<br>Garwin Gerstein & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036 |
| Bryan L. Clobes, Esquire<br>Miller Faucher & Cafferty, LLP<br>One Logan Square, Suite 1700<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | Bernard Persky, Esquire<br>Goodkin Labaton Rudoff & Sucharow<br>100 Park Avenue<br>New York, NY 10017 |
| Pamela S. Tikellis, Esquire<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899 | Daniel Berger<br>Eric L. Cramer<br>Peter R. Kohn<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 |

Joseph T. Lukens, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

Scott Perwin, Esquire
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131-4327