IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | C. A. No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: ) C.A. No. 05-340 KAJ (Louisiana Wholesale) ) C.A. No. 05-351 KAJ (Rochester Drug) ) C.A. No. 05-358 KAJ (Meijer, Inc., et al.) ) | Hon. Kent Jordan, U.S.D.J. |

## MOTION TO FILE AMENDED COMPLAINT UNDER SEAL

Plaintiffs Louisiana Wholesale Drug Co., Inc., Rochester Drug Co-Operative, Inc. and Meijer, Inc. and Meijer Distribution, Inc. hereby move for an Order permitting plaintiffs to file their Amended Complaint in the above-captioned actions under seal. This motion is necessary because the Amended Complaint contains information obtained from documents which defendants marked as highly confidential and then produced to plaintiffs pursuant to Local Rule 26.2, which limits public disclosure.

WHEREFORE, plaintiffs respectfully request entry of the attached Order permitting them to file their Amended Complaint under seal.

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
Wilmington, DE 19801
(302) 656-4433
jgoddess@rmgglaw.com
Attorney for Plaintiffs

OF COUNSEL:

Bruce E. Gerstein
Adam Steinfeld, Esquire
Garwin, Gerstein & Fisher, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C. A. No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: C.A. No. 05-340 KAJ (Louisiana Wholesale) C.A. No. 05-351 KAJ (Rochester Drug) C.A. No. 05-358 KAJ (Meijer, Inc., et al.) | ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

## STATEMENT PURSUANT TO D.DEL. LR 7.1.1

The undersigned, counsel for movants, advises that there is agreement on this motion, in that the defendants, in the absence of having seen the amended complaint, have no objection to its initial filing under seal. Further, the parties will confer again promptly to see if agreement can be reached on unsealing all or portions of the complaint that will otherwise be redacted from the public version filed in accordance with CM/ECF Administrative Procedure (G)(1).

_____
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
Wilmington, DE 19801
(302) 656-4433
jgoddess@rmgglaw.com
   Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I electronically filed a MOTION TO FILE AMENDED COMPLAINT UNDER SEAL, using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on September 23, 2005 I caused a copy of the aforementioned document to be delivered to the following attorneys in the manner indicated:

(BY HAND)         Frederick L. Cottrell, III, Esquire
                  Anne Shea Gaza, Esquire
                  Richards, Layton & Finger
                  One Rodney Square
                  Wilmington, DE 19801

(VIA TELECOPY)    Steven C. Sunshine, Esquire
                  Cadwalader, Wickersham & Taft LLP
                  1201 F Street, N.W.
                  Washington, DC 20004
                  (202) 862-2400

(VIA TELECOPY)    Matthew P. Hendrickson, Esquire
                  Cadwalader, Wickersham & Taft LLP
                  One World Financial Center
                  New York, NY 10281
                  (212) 504-6666

(BY HAND)         Mary B. Graham, Esquire
                  Morris, Nichols, Arsht & Tunnell
                  1201 N. Market Street
                  P. O. Box 1347
                  Wilmington, DE 19801

(VIA TELECOPY)    William F. Cavanaugh, Jr., Esquire
                  Chad J. Peterman, Esquire
                  Patterson, Belknap, Webb & Tyler LLP
                  1133 Avenue of the Americas
                  New York, NY 10036
                  (212) 336-2222

(BY HAND)

Elizabeth M. McGeever, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19801

(VIA TELECOPY)

Bruce E. Gerstein, Esquire
Barry Taus, Esquire
Adam Steinfeld, Esquire
Garwin Gerstein & Fisher, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
(212) 764-6620

_____
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com