IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C. A. No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: C.A. No. 05-340 KAJ (Louisiana Wholesale) C.A. No. 05-351 KAJ (Rochester Drug) C.A. No. 05-358 KAJ (Meijer, Inc., et al.) | ) ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

**ORDER PERMITTING AMENDED COMPLAINT
TO BE FILED UNDER SEAL**

Upon plaintiffs' Motion To File Amended Complaint Under Seal and for good cause shown,

IT IS HEREBY ORDERED that:

Plaintiffs' motion is Granted.

Plaintiffs are hereby permitted to file their First Amended Complaint under seal.

_____                              _____
Date                                                                      United States District Judge