IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | : <br> : <br> :    C.A. No. 05-cv-340-KAJ |
| THIS DOCUMENT RELATES TO: | : <br> : |
| C.A. No.    05-cv-605-KAJ <br> (CVS/Rite Aid) | : |

### ORDER PERMITTING AMENDED COMPLAINT TO BE FILED UNDER SEAL

Upon plaintiffs' Motion to File Amended Complaint Under Seal and for good cause shown, IT IS HEREBY ORDERED that:

Plaintiffs' motion is Granted.

Plaintiffs are hereby permitted to file their First Amended Complaint under seal.

Dated: __Sept. 23__, 2005

_____
U.S.D.J.

19649.1\285594v1