IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | C. A. No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: ) C.A. No. 05-340 KAJ (Louisiana Wholesale) ) C.A. No. 05-351 KAJ (Rochester Drug) ) C.A. No. 05-358 KAJ (Meijer, Inc., et al.) ) | Hon. Kent Jordan, U.S.D.J. |

**ORDER PERMITTING AMENDED COMPLAINT
TO BE FILED UNDER SEAL**

Upon plaintiffs' Motion To File Amended Complaint Under Seal and for good cause shown,

IT IS HEREBY ORDERED that:

Plaintiffs' motion is Granted.

Plaintiffs are hereby permitted to file their First Amended Complaint under seal.

_Sept. 23, 2005_
Date

_/s/ Kent Jordan_
United States District Judge