# SEALED AMENDED COMPLAINT