IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | Civil Action No. 05-340-KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| ALL ACTIONS | ) ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | Civil Action No. 05-360-KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| ALL ACTIONS | ) ) | |

**ORDER FOR SCHEDULING CONFERENCE**

At Wilmington, this 7th day of October, 2005

IT IS ORDERED that:

1. A telephonic scheduling conference to be initiated by Liaison Counsel for the Direct Purchasers, Jeffery Goddess, shall be held on **October 24, 2005 at 4:30 p.m.** See D. Del. LR 16.2.

2. At the teleconference with the Court, all parties shall be represented by counsel who shall have full authority to bind their clients in all pretrial matters.

3. If any party enters an appearance after the date of this order and before the teleconference set by this order, counsel for plaintiff shall notify said party of the teleconference and forward to that party a copy of these materials.

4.   The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the scheduled teleconference may be canceled.

_____
UNITED STATES DISTRICT JUDGE