# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

October 14, 2005

**VIA E-FILING &
HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *Abbott Laboratories, et al. v. Teva Pharmaceuticals USA, Inc.*,
              C.A. No. 02-1512 KAJ (consolidated)
              *Abbott Laboratories, et al. v Impax Laboratories, Inc.*,
              C.A. No. 03-120-KAJ (consolidated)
              *In re Tricor Direct Purchaser Antitrust Litigation*,
              C.A. No. 05-340-KAJ (consolidated)
              *In re Tricor Indirect Purchaser Antitrust Litigation*,
              C.A. No. 05-360-KAJ (consolidated)

Dear Judge Jordan:

        On September 2, 2005, the parties submitted Proposed Scheduling Orders in the above referenced cases which are to be discussed with the Court on October 24, 2005. The Proposed Scheduling Orders contemplate that Defendants are to file Opening Briefs in Support of Their Motion to Dismiss today. The parties would now like to propose the following minor changes to the briefing schedule:

        Opening Briefs     October 19, 2005
        Answering Briefs   December 2, 2005
        Reply Briefs        December 22, 2005.

        Should Your Honor have any questions, counsel is available at your convenience

                              Respectfully,

                              Frederick L. Cottrell, III

Honorable Kent A. Jordan
October 14, 2005
Page 2

FLC:cml
cc: Clerk of Court (electronic filing and hand delivery)
    Mary B. Graham, Esquire (electronic filing and hand delivery)
    Josy W. Ingersoll, Esquire (electronic filing and hand delivery)
    Mary Matterer, Esquire (electronic filing and hand delivery)
    Jeffery S. Goddess, Esquire (electronic filing and hand delivery)
    Elizabeth M. McGeever, Esquire (electronic filing and hand delivery)
    Pamela S. Tikellis, Esquire (electronic filing and hand delivery)
    Chad Peterson, Esquire (facsimile)
    Matt Hendrickson, Esquire (facsimile)

RLF1-2934044-1