# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

James W. Parrett, Jr.
302 498 6678
302 425 3083 Fax
jparrett@mnat.com

October 25, 2005

**BY HAND AND ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
Federal Building
844 King Street
Wilmington, DE  19801

    RE:    *TriCor Direct Purchaser Antitrust Litigation*
               C.A. No. 05-340 (KAJ)
               *TriCor Indirect Purchaser Antitrust Litigation*
               C.A. No. 05-360 (KAJ)

Dear Judge Jordan:

       In accordance with yesterday's scheduling teleconference with the Court, enclosed is the parties' revised proposed form of scheduling order. If the Court has any questions or concerns, counsel is available at the Court's convenience.

                                  Respectfully,

                                    James W. Parrett, Jr.

JWP
Enclosures
cc:    Dr. Peter T. Dalleo, Clerk of the Court (by hand - w/encls.)
        All counsel on attached service list

481461

The Honorable Kent A. Jordan
October 25, 2005
Page 2

cc (via facsimile):

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square; P.O. Box 551
Wilmington, DE  19899
Fax:  302.651.7700

Elizabeth M. McGeever, Esquire
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE  19899
Fax:  302.888.6554

A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS, LLP
One Rodney Square
Wilmington, DE  19899
Fax:  302.656.9053

Lynn A. Iannone, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway; Suite 22
Wilmington, DE  19805
Fax:  302.888.2923

Michael I. Silverman, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway; Suite 22
Wilmington, DE  19805
Fax: 302.888.2923

Jeffrey S. Goddess, Esquire
ROSENTHAL, MONHAIR, GROSS & GODDESS
Mellon Bank Center; Suite 1401
Wilmington, DE  19899
Fax:  302.658.7567

Patrick Francis Morris, Esquire
MORRIS & MORRIS LLC
1105 North Market Street; Suite 803
Wilmington, DE  19801
Fax:  302.426.0406

481461