IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | Civil Action No. 05-340-KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 02-1512-KAJ (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LIMITED, an Israeli corporation, | ) ) ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation, | ) ) ) ) ) ) | |
| Counterclaim-Defendants. | ) | |

## ORDER

At Wilmington this **27th** day of **October, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **November 8, 2005 at 4:00 p.m.** with the undersigned. **Liaison Counsel for the Direct Purchasers, Jeff Goddess, shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE