IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | Civil Action No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO:<br>C.A. No. 05-340 (KAJ)<br>C.A. No. 05-351 (KAJ)<br>C.A. No. 05-358 (KAJ) | ) ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 31, 2005, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of (1) Louisiana Wholesale Drug Company, Inc.'s Responses And Objections To Defendants' First Set Of Requests For Production Of Documents And Things; (2) Meijer, Inc. and Meijer Distribution Inc.'s Responses And Objections To Defendants' First Set Of Requests For Production Of Documents And Things; and (3) Rochester Drug Co-Operative, Inc.'s Responses And Objections To Defendants' First Set Of Requests For Production Of Documents And Things, along with this Notice Of Service, were served on October 31, 2005, as follows:

(BY HAND)  Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

(VIA TELECOPY)  Steven C. Sunshine, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
(202) 862-2400

| | |
|---|---|
| (VIA TELECOPY) | Matthew P. Hendrickson, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>(212) 504-6666 |
| (BY HAND) | Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19801 |
| (VIA TELECOPY) | William F. Cavanaugh, Jr., Esquire<br>Chad J. Peterman, Esquire<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 336-2222 |
| (BY HAND) | Elizabeth M. McGeever, Esquire<br>Prickett Jones & Elliott, P.A.<br>1310 King Street<br>P. O. Box 1328<br>Wilmington, DE 19801 |
| (VIA TELECOPY) | Bruce E. Gerstein, Esquire<br>Barry Taus, Esquire<br>Adam Steinfeld, Esquire<br>Garwin Gerstein & Fisher, L.L.P.<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>(212) 764-6620 |

/s/ Jeffrey S. Goddess
JEFFREY S. GODDESS (Del. Bar No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
Liaison Counsel for Direct Purchaser Class