IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO ) ) *CVS and Rite Aid* (05-605) ) *Walgreen* (05-404) ) ) | CASE NO. 05-340-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 1, 2005, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notice of such filing to the registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of CVS PHARMACY, INC., RITE AID CORPORATION AND RITE AID HDQTRS. CORP. **RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS**, was served on October 31, 2005 via first-class mail upon the following counsel:

PLEASE TAKE FURTHER NOTICE that a copy of WALGREEN CO., ECKERD CORP., THE KROGER CO., MAXI DRUG, INC. d/b/a BROOKS PHARMACY, ALBERTSON'S, INC., SAFEWAY, INC. and HY-VEE, INC.s **RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS**, was served on October 31, 2005 via FedEx and/or first-class mail upon the following counsel:

| | |
|---|---|
| Steve Sunshine, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, N.W., Suite 1100<br>Washington, D.C. 20004 | Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| William Cavanaugh, Esquire<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899 |

Paula Blizzard, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt &Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Scott E. Perwin, Esq.
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 3313-4327

Jeffrey S. Goddess, Esq.
ROSENTHAL MONHAIT GROSS & GODDESS, P.A.
P.O. Box 1070
Wilmington, DE 19899

Pamela S. Tikellis, Esq.
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph Lukens, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Christopher Holding, Esquire
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109

Bryan L. Clobes, Esq.
MILLER FAUCHER & CAFFERTY, LLP
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103

Adam Steinfeld, Esq.
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036

Bernard Persky, Esq.
GOODKIN LABATON RUDOFF & SUCHAROW
100 Park Avenue
New York, NY 10017

PRICKETT, JONES & ELLIOTT, P.A.

*/s/ Elizabeth M. McGeever*
_____
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Plaintiffs

OF COUNSEL *(CVS/Rite Aid 05-605)*:

Steve D. Shadowen
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
Telephone: (717) 364-1030
Telecopy:   (717) 364-1020

Joseph T. Lukens
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7032
Telecopy:   (215) 568-0300

OF COUNSEL *(Walgreen 05-404)*:

Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131-4327
Telephone: (305) 373-1000