IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE : TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) | Civil Action No.: 05-340 (KAJ) |
| | ) | (CONSOLIDATED) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of *Abbott Laboratories' Responses to Direct Purchaser Plaintiffs' First Set of Document Requests (Nos. 1-85)* were caused to be served on November 4, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Jeffrey S. Goddess, Esquire
ROSENTHAL, MONHAIT, GROSS & GODDESS, PA
P.O. Box 1070
Wilmington, DE 19899

A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

Michael I. Silverman, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Patrick Francis Morris, Esquire
MORRIS & MORRIS
1105 North Market Street
Suite 803
Wilmington, DE 19801

Lynn A. Iannone, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Jonathan L. Parshall, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

Elizabeth M. McGeever, Esquire
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square; P.O. Box 551
Wilmington, DE 19899

Josy W. Ingersoll , Esquire
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
Wilmington, DE 19801

Mary B. Matterer, Esquire
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ James W. Parrett, Jr. (#4292)*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendant Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

485661

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Jeffrey S. Goddess, Esquire
ROSENTHAL, MONHAIT, GROSS & GODDESS, PA
P.O. Box 1070
Wilmington, DE 19899

A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

Michael I. Silverman, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Patrick Francis Morris, Esquire
MORRIS & MORRIS
1105 North Market Street
Suite 803
Wilmington, DE 19801

Lynn A. Iannone, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Jonathan L. Parshall, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

Elizabeth M. McGeever, Esquire
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square; P.O. Box 551
Wilmington, DE 19899

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
Wilmington, DE 19801

Mary B. Matterer, Esquire
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 7, 2005 upon the following individuals in the manner indicated:

**BY FACSIMILE**

Bruce E. Gerstein, Esquire
GARWIN, GERSTEIN & FISHER
1501 Broadway, Suite 1416
New York, NY 10036

Patrick Cafferty, Esquire
MILLER FAUCHER and CAFFERTY
One Logan Square
18th & Cherry Street, Suite 1700
Philadelphia, PA 19103

Bernard Persky, Esquire
LABATON SUCHAROW & RUDOFF
100 Park Avenue
New York, NY 10017

Thomas Sobol, Esquire
HAGENS BERMAN SOBOL SHAPIRO
One Main Street, 4th Floor
Cambridge, MA 02142

Jeffrey L. Kodroff, Esquire
SPECTOR, ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Bruce M. Gagala, Esquire
LEYDIG VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

John C. Vetter, Esquire
KENYON & KENYON
One Broadway
New York, NY 10004

*/s/ James W. Parrett, Jr. (#4292)*
James W. Parrett, Jr. (#4292)
jparrett@mnat.com