## ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
### ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

November 14, 2005

The Honorable Kent A. Jordan
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

RE: *In re Tricor Direct Purchaser Antitrust Litigation;* C.A. No. 05-340 (KAJ)
*Teva Pharm. USA, Inc. v. Abbott Laboratories;* C.A. No. 02-1512 (KAJ)
*Impax Laboratories, Inc. v. Abbott Laboratories;* C.A. No. 03-120 (KAJ)
*In re Tricor Indirect Purchaser Antitrust Litigation;* C.A. No. 05-360 (KAJ)

Dear Judge Jordan,

There is a discovery dispute between the parties in these cases, which dispute is set to be heard in a teleconference with Your Honor tomorrow morning, November 15, at 10:00 a.m. As liaison counsel for the plaintiffs, the parties initiating the teleconference dispute procedures, on Thursday afternoon I served a three-page "discovery letter" on all parties, and was going to file it with the Court at that time. However, I realized that the letter would have to be filed under seal inasmuch as it both excerpted from and attached several items which the defendants had stamped and produced as "highly confidential." Accordingly, all that I could electronically file on Thursday was the "place saver" sort of filing which is directed by the ECF procedures, and of course Friday the Court was closed for the legal holiday, so physical delivery was impossible.

Against that background, this delivers sealed copies of that letter. There is no protective order in place in this case yet, but we are proceeding in accordance with Local Rule 26.2, also as directed in the Scheduling Order of October 27, 2005 (D.I. 43) at paras. 7 and 8. I would add that the discovery letter also relates to three other cases, whose captions are shown both there and above. In two of them – *Teva Pharm. USA v. Abbott*, C.A. No. 02-1512 (KAJ) and *Impax Laboratories v. Abbott*, C.A. No. 03-120 (KAJ), – confidentiality orders are in place, which would permit the filing of this letter under seal in those matters in any event. (In C.A. No. 02-1512 (KAJ), that would be D.I. 97, entered 2/9/04; in C.A. No. 03-120 (KAJ), that would be D.I. 60, entered 1/14/04.)

Respectfully submitted,

Jeffrey S. Goddess (No. 630)

JSG/cmw
cc: All counsel on attached service list

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2005, I electronically filed the foregoing letter to Court regarding a discovery dispute using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on November 14, 2005 I caused a copy of the aforementioned document to be delivered to the following attorneys via e-mail:

| | |
|---|---|
| A. Zachary Naylor, Esquire<br>zacharynaylor@chimicles.com | Patrick Francis Morris, Esquire<br>pmorris@morrrisandmorrislaw.com |
| David S. Nalven, Esquire<br>davidn@hbsslaw.com | Jason J. Thompson, Esquire<br>jthompson@c2law.com |
| Gregory H. Matthews, Esquire<br>gregm@hbsslaw.com | Thomas M. Sobol, Esquire<br>tom@hbsslaw.com |
| Michael D. Gottsch, Esquire<br>michaelgottsch@chimicles.com | Lynn A. Iannone, Esquire<br>lynn@silverman-mcdonald.psemail.com |
| Patrick E. Cafferty, Esquire<br>pcafferty@millerfaucher.com | Jonathan L. Parshall, Esquire<br>jonp@msllaw.com |
| Robert Ray Davis, Esquire<br>robertdavis@chimicles.com | Mary B. Graham, Esquire<br>mbgefiling@mnat.com |
| Bryan L. Clobes, Esquire<br>bclobes@millerfaucher.com | Anne Shea Gaza, Esquire<br>gaza@rlf.com |
| Michael I. Silverman, Esquire<br>mike@silverman-mcdonald.psemail.com | Frederick L. Cottrell, Esquire<br>cottrell@rlf.com |
| Steven C. Sunshine, Esquire<br>steve.sunshine@cwt.com | Matthew P. Hendrickson, Esquire<br>matthew.hendrickson@cwt.com |
| Jeffrey L. Kodroff, Esquire<br>jkodroff@srk-law.com | Mary Matterer, Esquire<br>mmatterer@morrisjames.com |

<div style="columns:2">

Theodore M. Lieverman, Esquire
tlieverman@srk-law.com

James Walter Parrett, Jr., Esquire
jparrett@mnat.com

Karen Elizabeth Keller, Esquire
kkeller@ycst.com

Kenneth A. Cohen, Esquire
kcohen@goodwinprocter.com

Christopher T. Holding, Esquire
cholding@goodwinprocter.com

Adam M. Steinfeld, Esquire
asteinfeld@garwingerstein.com

Barry Taus, Esquire
btaus@garwingerstein.com

Eric L. Cramer, Esquire
ecramer@bm.net

Linda P. Nussbaum, Esquire
lnussbaum@cmht.com

Elizabeth M. McGeever, Esquire
emmcgeever@prickett.com

Joseph T. Lukens, Esquire
jlukens@hangley.com

William Christopher Carmody, Esquire
bcarmody@susmangodfrey.com

Shawn J. Rabin, Esquire
srabin@susmangodfrey.com

M. Daniel Hefner, Esquire
mdhefner@leydig.com

Richard K. Herrmann, Esquire
rherrmann@morrisjames.com

Maria M. DiMoscato, Esquire
maria.dimoscato@cwt.com

Josy W. Ingersoll, Esquire
jingersoll@ycst.com

Elaine Herrmann Blais, Esquire
eblais@goodwinprocter.com

Philip J. McCabe, Esquire
pmccabe@kenyon.com

Daniel Berger, Esquire
danberger@bm.net

Bruce E. Gerstein, Esquire
bgerstein@garwingerstein.com

Peter Kohn, Esquire
pkohn@bm.net

Steig D. Olson, Esquire
solson@cmht.com

Scott E. Perwin, Esquire
sperwin@kennynachwalter.com

Steve D. Shadowen, Esquire
sshadowen@hangley.com

John W. Turner, Esquire
jturner@susmangodfrey.com

Bruce M. Gagala, Esquire
bgagala@leydig.com

Bernard Persky, Esquire
bpersky@labaton.com

</div>

John C. Vetter, Esquire
jvetter@kenyon.com

Mark A. Lemly, Esquire
mlemley@kvn.com

Paula Blizzard, Esquire
pblizzard@kvn.com

C. Kyle Musgrove, Esquire
cmusgrove@kenyon.com

Asim Bhansali, Esquire
abhansali@kvn.com

/s/ Jeffrey S. Goddess
_____
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com