**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) | C.A. No. 05-340 (KAJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) | (consolidated) |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) | C.A. No. 05-360 (KAJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) | (consolidated) |

**JOINT STATUS REPORT**

Pursuant to this Court's Scheduling Order dated October 27, 2005 (the "Scheduling Order") (D.I. 43), Coordinated Direct Purchaser Plaintiffs, Indirect Purchaser Class Plaintiffs, and indirect purchaser plaintiff Pacificare Health Systems, Inc. ("Pacificare"), (collectively "Plaintiffs"), and defendants Abbott Laboratories ("Abbott"), Fournier Industrie et Santé, and Laboratories Fournier ("Fournier") (collectively, "Defendants") by and through their counsel, hereby submit this Joint Status Report.

**A. Discovery**

At this time, all parties have actively begun discovery. First, all required corporate and initial disclosures under Fed. R. Civ. P. 26(a) have been filed and served. Second, on

October 18, 2005, Plaintiffs submitted a proposed protective order to Defendants for their consideration. Third, all parties have served requests for production of documents, pursuant to Fed. R. Civ. P. 34, as detailed below:

1. Coordinated Direct Purchaser Plaintiffs served their first set of document requests on Defendants on September 19, 2005. Indirect Purchaser Class Plaintiffs served document requests on October 26, 2005. Indirect Purchaser Plaintiff Pacificare served document requests on Defendants on November 9, 2005. Defendants served responses to the Coordinated Direct Purchaser Plaintiffs' requests on November 4, 2005, as per the parties' agreement. As of the date of this report, Defendants' time to respond to requests served by Indirect Purchaser Class Plaintiffs and Indirect Purchaser Pacificare has not yet run.

2. Defendants have produced and continue to produce documents that they have produced to the FTC in connection with the FTC investigation identified as Abbott Laboratories, File 005-0124, pursuant to Paragraph 6(b) of the Scheduling Order, many of which also are responsive to certain of the parties' document requests. Defendants intend to produce additional documents, including documents responsive to requests beyond those issued by the FTC.

3. Defendant Abbott Laboratories served requests for production of documents on the Coordinated Direct Purchaser Plaintiffs and Coordinated Indirect Purchaser Class Plaintiffs on September 30, 2005. Direct Purchaser Plaintiffs Louisiana Wholesale Drug

Company, Meijer, Inc., and Rochester Drug Co-Operative served responses and objections to Defendants' document requests on October 31, 2005, and will produce documents pursuant to Defendants' Requests in November 2005. Direct Purchaser Plaintiffs CVS Pharmacy, Rite Aid, and Walgreen served responses and objections to Defendants' document requests on November 1, 2005, and expect to begin producing documents soon, pursuant to those requests. Indirect Purchaser Class Plaintiffs served their responses and objections to Defendants' document requests on November 1, 2005, and plan on producing documents within the next several weeks. Indirect Purchaser Plaintiff Pacificare served its responses and objections to Defendants' document requests on October 31, 2005, and plan on producing documents by the end of November.

**B. Pending Discovery Dispute**

On October 25, 2005 Plaintiffs requested a telephonic hearing to address a dispute between Plaintiffs and Defendants regarding Defendants' redaction of information concerning future plans for TriCor from documents produced to Plaintiffs. Initially scheduled for November 8, 2005, this teleconference was rescheduled at Defendants' request to November 15, 2005. Pursuant to the procedures established in paragraph 6(h) of the Scheduling Order, Plaintiffs and Defendants have filed letters with the Court stating their positions on the dispute. During the November 15, 2005 teleconference, the Court denied Plaintiffs' request to compel production of information related to

Defendants' future plans for TriCor, for reasons set forth in the transcript of that teleconference.

**C. Motion Practice**

Pursuant to the Scheduling Order, as amended by this Court on October 19, 2005, Defendants filed a joint Consolidated Motion to Dismiss on October 19, 2005. Pursuant to the schedule approved by the Court, Plaintiffs shall file their responses to Defendants' motion on December 2, 2005, and Defendants' reply, shall be filed on December 22, 2005. There are no other motions or other matters for decision currently pending before this Court.

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
Liaison Counsel for Direct Purchaser Class

*/s/ Mary B. Graham*
Mary B. Graham (Del. Bar No. 2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com
Attorney for Abbott Laboratories

*/s/ Elizabeth M. McGeever*
Elizabeth M. McGeever (Del. Bar No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@prickett.com
Counsel for Walgreen Co., Eckerd Corporation, The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's, Inc., Safeway, Inc. and Hy-Vee, Inc., CVS Pharmacy, Inc. Rite Aid Corporation and Rite Aid Hdqrts. Corp.

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (Bar No. 2555)
Anne Shea Gaza (Del. Bar No. 4093)
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
Attorneys for Fournier Industrie et Sante and Laboratories Fournier S.A.

*/s/ A. Zachary Naylor*
A. Zachary Naylor (Del. Bar No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500
zacharynaylor@chimicles.com
Liaison Counsel for Indirect Purchaser Class

*/s/ Jonathan L. Parshall*
Jonathan L. Parshall (Del. Bar No. 3247)
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com
Attorney for Pacificare Health Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2005, I electronically filed the foregoing Joint Status Report using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on November 15, 2005 I caused a copy of the aforementioned document to be delivered to the following attorneys via e-mail:

A. Zachary Naylor, Esquire
zn@chimicles.com

David S. Nalven, Esquire
davidn@hbsslaw.com

Gregory H. Matthews, Esquire
gregm@hbsslaw.com

Michael D. Gottsch, Esquire
mdg@chimicles.com

Patrick E. Cafferty, Esquire
pcafferty@millerfaucher.com

Robert Ray Davis, Esquire
robertdavis@chimicles.com

Bryan L. Clobes, Esquire
bclobes@millerfaucher.com

Michael I. Silverman, Esquire
mike@silverman-mcdonald.psemail.com

Steven C. Sunshine, Esquire
steve.sunshine@cwt.com

Jeffrey L. Kodroff, Esquire
jkodroff@srk-law.com

Patrick Francis Morris, Esquire
pmorris@morrrisandmorrislaw.com

Jason J. Thompson, Esquire
jthompson@c2law.com

Thomas M. Sobol, Esquire
tom@hbsslaw.com

Lynn A. Iannone, Esquire
lynn@silverman-mcdonald.psemail.com

Jonathan L. Parshall, Esquire
jonp@msllaw.com

Mary B. Graham, Esquire
mbgefiling@mnat.com

Anne Shea Gaza, Esquire
gaza@rlf.com

Frederick L. Cottrell, Esquire
cottrell@rlf.com

Matthew P. Hendrickson, Esquire
matthew.hendrickson@cwt.com

Mary Matterer, Esquire
mmatterer@morrisjames.com

Theodore M. Lieverman, Esquire
tlieverman@srk-law.com

Richard K. Herrmann, Esquire
rherrmann@morrisjames.com

James Walter Parrett, Jr., Esquire
jparrett@mnat.com

Maria M. DiMoscato, Esquire
maria.dimoscato@cwt.com

Karen Elizabeth Keller, Esquire
kkeller@ycst.com

Josy W. Ingersoll, Esquire
jingersoll@ycst.com

Kenneth A. Cohen, Esquire
kcohen@goodwinprocter.com

Elaine Herrmann Blais, Esquire
eblais@goodwinprocter.com

Christopher T. Holding, Esquire
cholding@goodwinprocter.com

Philip J. McCabe, Esquire
pmccabe@kenyon.com

Adam M. Steinfeld, Esquire
asteinfeld@garwingerstein.com

Daniel Berger, Esquire
danberger@bm.net

Barry Taus, Esquire
btaus@garwingerstein.com

Bruce E. Gerstein, Esquire
bgerstein@garwingerstein.com

Eric L. Cramer, Esquire
ecramer@bm.net

Peter Kohn, Esquire
pkohn@bm.net

Linda P. Nussbaum, Esquire
lnussbaum@cmht.com

Steig D. Olson, Esquire
solson@cmht.com

Elizabeth M. McGeever, Esquire
emmcgeever@prickett.com

Scott E. Perwin, Esquire
sperwin@kennynachwalter.com

Joseph T. Lukens, Esquire
jlukens@hangley.com

Steve D. Shadowen, Esquire
sshadowen@hangley.com

William Christopher Carmody, Esquire
bcarmody@susmangodfrey.com

John W. Turner, Esquire
jturner@susmangodfrey.com

Shawn J. Rabin, Esquire
srabin@susmangodfrey.com

Bruce M. Gagala, Esquire
bgagala@leydig.com

M. Daniel Hefner, Esquire
mdhefner@leydig.com

Bernard Persky, Esquire
bpersky@labaton.com

John C. Vetter, Esquire
jvetter@kenyon.com

C. Kyle Musgrove, Esquire
cmusgrove@kenyon.com

Mark A. Lemly, Esquire
mlemley@kvn.com

Asim Bhansali, Esquire
abhansali@kvn.com

Paula Blizzard, Esquire
pblizzard@kvn.com

Chad Peterman, Esquire
cjpeterman@pbwt.com

William Cavanaugh, Esquire
wfcavanaugh@pbwt.com

Justin Nelson, Esquire
jnelson@susmangodfrey.com

Ken Zylstra, Esquire
kzylstra@sbclasslaw.com

Lyle Stamps, Esquire
lstamps@sbclasslaw.com

Mark Sandmann, Esquire
mms@rawlingsandassociates.com

Jeff Swann, Esquire
js5@rawlingsandassociates.com

Lauren Ravkind, Esquire
lravkind@kennynachwalter.com

Robert Davis, Esquire
rd@chimicles.com

Michael Tarringer, Esquire
mtarringer@millerfaucher.com

Tim Fraser, Esquire
tfraser@millerfaucher.com

Christopher McDonald, Esquire
cmcdonald@labaton.com

Kellie Safar, Esquire
ksafar@labaton.com

Pat Howard, Esquire
phoward@srk-law.com

Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait, Gross
& Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com