IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | Civil Action No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: ALL CASES ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

**(UNOPPOSED) MOTION TO EXCEED PAGE LIMIT**

The Coordinated Direct Purchaser Plaintiffs, being the Consolidated Direct Purchaser Class Plaintiffs, Plaintiffs CVS, et al. and Plaintiffs Walgreen Co., et al., hereby move for leave to file an answering brief of up to 50 pages in response to the opening brief of defendants Abbott and Fournier on their motion to dismiss. (D.I. 38.) This would be ten pages beyond the 40 page limit set by D.Del. LR 7.1.3(a)(4).

This extension is necessary in order to provide the Court with a complete response to the many arguments raised by the defendants in support of their motions to dismiss. Plaintiffs also submit it is a reasonable request in light of the fact that they intend to submit a single, joint responsive brief, rather than three individual briefs as would otherwise be permitted. The defendants have consented to this request.

WHEREFORE, the plaintiffs in these Coordinated Direct Purchaser Plainitffs respectfully pray for leave to file an answering brief of up to 50 pages on the pending motion to dismiss.

                Respectfully submitted,

                /s/ Jeffrey S. Goddess

                Jeffrey S. Goddess (No. 630)
                Rosenthal, Monhait, Gross
                 & Goddess, P.A.
                Suite 1401, 919 Market Street
                P. O. Box 1070
                Wilmington, DE 19899-1070
                (302) 656-4433
                 Liaison Counsel for Direct
                 Purchaser Class

OF COUNSEL:

Bruce E. Gerstein, Esquire
Barry Taus, Esquire
Adam Steinfeld, Esquire
Garwin Gerstein & Fisher, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
 Lead Counsel for Direct Purchaser Class

  SO ORDERED this _____ day of _____, 2005.

                _____
                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2005, I electronically filed the (Unopposed) Motion To Exceed Page Limit using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on November 23, 2005 I caused a copy of the aforementioned document to be delivered to the following attorneys via e-mail:

| | |
|---|---|
| A. Zachary Naylor, Esquire<br>zn@chimicles.com | Patrick Francis Morris, Esquire<br>pmorris@morrrisandmorrislaw.com |
| David S. Nalven, Esquire<br>davidn@hbsslaw.com | Jason J. Thompson, Esquire<br>jthompson@c2law.com |
| Gregory H. Matthews, Esquire<br>gregm@hbsslaw.com | Thomas M. Sobol, Esquire<br>tom@hbsslaw.com |
| Michael D. Gottsch, Esquire<br>mdg@chimicles.com | Lynn A. Iannone, Esquire<br>lynn@silverman-mcdonald.psemail.com |
| Patrick E. Cafferty, Esquire<br>pcafferty@millerfaucher.com | Jonathan L. Parshall, Esquire<br>jonp@msllaw.com |
| Robert Ray Davis, Esquire<br>robertdavis@chimicles.com | Mary B. Graham, Esquire<br>mgraham@mnat.com |
| Bryan L. Clobes, Esquire<br>bclobes@millerfaucher.com | Anne Shea Gaza, Esquire<br>gaza@rlf.com |
| Michael I. Silverman, Esquire<br>mike@silverman-mcdonald.psemail.com | Frederick L. Cottrell, Esquire<br>cottrell@rlf.com |
| Jeffrey L. Kodroff, Esquire<br>jkodroff@srk-law.com | Mary Matterer, Esquire<br>mmatterer@morrisjames.com |
| Theodore M. Lieverman, Esquire<br>tlieverman@srk-law.com | Richard K. Herrmann, Esquire<br>rherrmann@morrisjames.com |

| | |
|---|---|
| James Walter Parrett, Jr., Esquire<br>jparrett@mnat.com | Maria M. DiMoscato, Esquire<br>maria.dimoscato@cwt.com |
| Karen Elizabeth Keller, Esquire<br>kkeller@ycst.com | Josy W. Ingersoll, Esquire<br>jingersoll@ycst.com |
| Adam M. Steinfeld, Esquire<br>asteinfeld@garwingerstein.com | Daniel Berger, Esquire<br>danberger@bm.net |
| Eric L. Cramer, Esquire<br>ecramer@bm.net | Peter Kohn, Esquire<br>pkohn@bm.net |
| Linda P. Nussbaum, Esquire<br>lnussbaum@cmht.com | Steig D. Olson, Esquire<br>solson@cmht.com |
| Elizabeth M. McGeever, Esquire<br>emmcgeever@prickett.com | Scott E. Perwin, Esquire<br>sperwin@kennynachwalter.com |
| Joseph T. Lukens, Esquire<br>jlukens@hangley.com | Steve D. Shadowen, Esquire<br>sshadowen@hangley.com |
| Steven C. Sunshine, Esquire<br>steve.sunshine@cwt.com | Matthew P. Hendrickson, Esquire<br>matthew.hendrickson@cwt.com |
| Kenneth A. Cohen, Esquire<br>kcohen@goodwinprocter.com | Elaine Herrmann Blais, Esquire<br>eblais@goodwinprocter.com |
| Christopher T. Holding, Esquire<br>cholding@goodwinprocter.com | Philip J. McCabe, Esquire<br>pmccabe@kenyon.com |
| Barry Taus, Esquire<br>btaus@garwingerstein.com | Bruce E. Gerstein, Esquire<br>bgerstein@garwingerstein.com |
| William Christopher Carmody, Esquire<br>bcarmody@susmangodfrey.com | John W. Turner, Esquire<br>jturner@susmangodfrey.com |
| Shawn J. Rabin, Esquire<br>srabin@susmangodfrey.com | Bruce M. Gagala, Esquire<br>bgagala@leydig.com |
| M. Daniel Hefner, Esquire<br>mdhefner@leydig.com | Bernard Persky, Esquire<br>bpersky@labaton.com |

John C. Vetter, Esquire
 jvetter@kenyon.com

Mark A. Lemly, Esquire
 mlemly@kvn.com

Paula Blizzard, Esquire
 pblizzard@kvn.com

William Cavanaugh, Esquire
 wfcavanaugh@pbwt.com

Ken Zylstra, Esquire
 kzylstra@sbclasslaw.com

Mark Sandman, Esquire
 mms@rawlingsandassociates.com

Lauren Ravkind, Esquire
 lravkind@kennynachwalter.com

Michael Tarringer, Esquire
 mtarringer@millerfaucher.com

Christopher McDonald, Esquire
 cmcdonald@labaton.com

Pat Howard, Esquire
 phoward@srk-law.com

C. Kyle Musgrove, Esquire
 cmusgrove@kenyon.com

Asim Bhansali, Esquire
 abhansali@kvn.com

Chad Peterman, Esquire
 cjpeterman@pbwt.com

Justin Nelson, Esquire
 jnelson@susmangodfrey.com

Lyle Stamps, Esquire
 lstamps@sbclasslaw.com

Jeff Swann, Esquire
 js5@rawlingsandassociates.com

Robert Davis, Esquire
 rd@chimicles.com

Tim Fraser, Esquire
 tfraser@millerfaucher.com

Kellie Safar, Esquire
 ksafar@labaton.com

Cindy Tijerina, Esquire
 ctijerina@susmangodfrey.com

_____
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com