## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | Civil Action No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS C.A. Nos. 05-340, 05-404 and 05-605 | ) ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

### ORDER PERMITTING ANSWERING BRIEF
### TO BE FILED UNDER SEAL

Upon plaintiffs' Motion To File Answering Brief Under Seal, and for good cause shown,

IT IS HEREBY ORDERED that:

1.    Plaintiffs' motion is GRANTED; and

2.    Plaintiffs are hereby permitted to file their answering brief under seal.

_____
United States District Judge