IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-340 KAJ |
| ) | |
| THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) C.A. Nos. 05-340, 05-404 and 05-605 ) ) | Hon. Kent Jordan, U.S.D.J. |

**ORDER PERMITTING ANSWERING BRIEF
TO BE FILED UNDER SEAL**

Upon plaintiffs' Motion To File Answering Brief Under Seal, and for good cause shown,

IT IS HEREBY ORDERED that:

1. Plaintiffs' motion is GRANTED; and

2. Plaintiffs are hereby permitted to file their answering brief under seal.

_/s/ Kent Jordan_
United States District Judge

12/2/05
Wilmington, DE