**ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

December 5, 2005

**VIA ELECTRONIC FILING**

Chambers of The Hon. Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

    RE:   **In Re: TriCor Direct Purchaser Antitrust Litigation
C.A. No. 05-340 KAJ
This Document Relates to: All Actions
C.A. No. 05-340; 05-404; 05-605 (KAJ)**

Dear Friends:

    Please accept for filing a corrected copy of Direct Purchaser Plaintiffs' Answering Brief In Opposition To Defendants' Consolidated Motion To Dismiss. The initial version of this brief – D.I. 62 – was served electronically Friday evening and, because it was filed under seal, a hard copy was delivered to the Court Monday morning.

    This corrected copy contains corrected page references in the Table Of Authorities, along with corrections to formatting in the body of the brief. There are no changes in text and, consequently, in all other respects this documents is a verbatim copy of the document originally served and filed.

    I am sorry that this extra step was needed.

Respectfully yours,

Jeffrey S. Goddess (Del. Bar No. 630)
jgoddess@rmgglaw.com

JSG/cmw
Enclosures
cc:    Counsel on service list to the answering brief