IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | (Consolidated) |
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | (Consolidated) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 26, 2006, I electronically filed this NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO COUNTERCLAIM PLAINTIFF IMPAX LABORATORIES, INC. with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO COUNTERCLAIM PLAINTIFF IMPAX LABORATORIES, INC., along with this NOTICE OF SERVICE, were served on January 19, 2006, as follows:

**VIA HAND DELIVERY**

        Mary B. Matterer, Esq.
        Morris James Hitchens & Williams
        222 Delaware Avenue, 10th Floor
        Wilmington, DE 19801

**VIA E-MAIL**

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br><br>Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br><br>Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br><br>Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |

| | |
|---|---|
| REPRESENTING PACIFICARE<br>(C.A. No. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner<br>**jturner@susmangodfrey.com**<br><br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson<br>**jnelson@susmangodfrey.com**<br><br>Ken Zylstra<br>**kzylstra@sbclasslaw.com**<br><br>Lyle Stamps<br>**lstamps@sbclasslaw.com**<br><br>Steve Connolly<br>sconnolly@sbclasslaw.com<br><br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING IMPAX<br>LABORATORIES (C.A. No. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |

| | |
|---|---|
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>**tricor@chimicles.com**<br><br>Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com<br><br>Lynn A. Iannone<br>lynn@silverman-mcdonald.psemail.com<br><br>Patrick Francis Morris<br>pmorris@morrisandmorrislaw.com |
| REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**tricor@mnat.com**<br><br>William F. Cavanaugh<br>wfcavanaugh@pbwt.com |

|  | Chad J. Peterman<br>cjpeterman@pbwt.com |
|---|---|
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven S. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>**tricor@rlf.com** |

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (Del. Bar. No 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suit 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433
 Liaison Counsel for Direct Purchaser Class


/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (Del. Bar No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
emmcgeever@prickett.com
(302) 888-6521
 Counsel for Walgreen Co., Eckerd Corporation,
 The Kroger Co., Maxi Drug, Inc. d/b/a Brooks
 Pharmacy, Albertson's, Inc., Safeway, Inc. and
 Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid
 Corporation and Rite Aid Hdqrts. Corp.

/s/ A. Zachary Naylor
A. Zachary Naylor (Del. Bar No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
zacharynaylor@chimicles.com
(302) 656-2500
 Liaison Counsel for Indirect Purchaser Class


/s/ Jonathan L. Parshall
Jonathan L. Parshall (Del. Bar No. 3247)
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
jonp@msllaw.com
(302) 472-8100
 Attorney for Pacificare Health Systems, Inc.