UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: TRICOR DIRECT PURCHASER )
ANTITRUST LITIGATION )
)
) C.A. No. 05-340 KAJ
)
) Hon. Kent Jordan, U.S.D.J.
)
THIS DOCUMENT RELATES TO: )
C.A. No. 05-358 KAJ (Meijer, Inc., et al.) )

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Joseph M. Vanek and David P. Germaine, both of Daar & Vanek, P.C., to represent Plaintiffs, Meijer, Inc. and Meijer Distribution, Inc., in this matter.

Dated: February 7, 2006

_____
Jeffrey S. Goddess (#630)
Jessica Zeldin (#3558)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market St., Suite 1401
Wilmington, Delaware 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7657

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Joseph M. Vanek and David P. Germaine is granted.

Dated:_____    _____
United States District Judge

N:\05-0119\pleadings\prohacmot.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ) <br> ANTITRUST LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> C.A. No. 05-358 KAJ (Meijer, Inc., et al.) ) | C.A. No. 05-340 KAJ <br><br> Hon. Kent Jordan, U.S.D.J. |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 has been paid to the Clerk of Court upon filing of this motion.

Dated: February 2, 2006

David P. Germaine
Daar & Vanek, P.C.
225 W. Washington, 18th Floor
Chicago, Illinois 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
E-mail: dgermaine@daarvanek.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ) <br> ANTITRUST LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> C.A. No. 05-358 KAJ (Meijer, Inc., et al.) ) | C.A. No. 05-340 KAJ <br><br> Hon. Kent Jordan, U.S.D.J. |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 has been paid to the Clerk of Court upon filing of this motion.

Dated: February 2, 2006

Joseph M. Vanek
Daar & Vanek, P.C.
225 W. Washington, 18th Floor
Chicago, Illinois 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
E-mail: jvanek@daarvanek.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2006, I electronically filed a Motion and Order for Admission Pro Hac Vice using CM/ECF, which will send notification of such filing to all registered participants.

_____
Jeffrey S. Goddess (#630)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market St., Suite 1401
Wilmington, Delaware 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7657