IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-340(KAJ) |
| | ) ) | (consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |
| | | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (KAJ) |
| | ) ) | (consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |

## **STIPULATION AMENDING SCHEDULING ORDER (D.I. 47)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

for plaintiffs and defendants, and subject to the approval of the Court, that the Scheduling Order,

dated October 27, 2005 (D.I. 47) is hereby amended as follows:

1.    The briefing schedule for motions for class certification under Rule 23, Fed. R.

Civ. P., as set forth is Paragraph 4 of the Scheduling Order, is amended as follows:

| | | |
|---|---|---|
| a. | Opening papers filed: | April 26, 2006 |
| b. | Responding papers filed: | June 23, 2006 |
| c. | Reply papers filed: | July 27, 2006 |

−1−

2.    Paragraph 6(a) in the Scheduling Order is amended to extend the deadline for the

production of responsive documents to March 15, 2006.


/s/ Jessica Zeldin
Jeffery S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
  Liaison Counsel for Direct

/s/ Mary B. Graham
Mary B. Graham (Del. Bar. No. 2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com
  Attorneys for Abbott Laboratories


/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (Del. Bar. No. 2057)
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@pricket.com
  Counsel for Walgreen Co., Eckerd Corp.,
  The Kroger Co., Maxi Drug, Inc. d/b/a
  Brooks Pharmacy, Albertson's Inc.,
  Safeway, Inc. and Hy-Vee, Inc., CVS
  Pharmacy, Inc., Rite Aid Corp. and Rite
  Aid Hdqrts Corp.

/s/ Anne Gaza
Federick L. Cottrell, III (Del. Bar. No. 2555)
Anne Shea Gaza (Del. Bar. No. 4093)
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
  Attorneys for Fournier Industrie et Sante
  and Laboratories Fournier S.A.


/s/ A. Zachary Naylor
A. Zachary Naylor (Del. Bar No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
zacharynaylor@chimicles.com
  Liaison Counsel for Indirect Purchaser Class

__/s/ Jonathan L. Parshall_____
Jonathan L. Parshall (Del. Bar No. 3247)
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com
  Attorneys for Pacificare Health Systems, Inc.


SO ORDERED this _____ day of _____, 2006


_____
Hon. Kent A. Jordan, U.S.D.J.