IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE TRICOR DIRECT PURCHASER       )
ANTITRUST LITIGATION                )        Civil Action No. 05-340-KAJ
_____     )            (Consolidated)
THIS DOCUMENT RELATES TO:           )
                                    )
ALL ACTIONS                         )

## ORDER

At Wilmington this **6th** day of **March, 2006**,

For the reasons set forth by the Court during the teleconference on March

3, 2006,

IT IS ORDERED that:

1.  Discovery by plaintiffs regarding Hytrin will be permitted to the extent

described during the teleconference.

2.  Discovery by defendants into "downstream" sales data will not be

permitted.

_____
UNITED STATES DISTRICT JUDGE