IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: ALL CASES C.A. No. 05-340 (Louisiana Wholesale) C.A. No. 05-351 (Rochester) C.A. No. 05-358 (Meijer, Inc., et al.) | Hon. Kent Jordan, U.S.D.J. |

## ORDER SUR MOTION FOR CLASS CERTIFICATION

Upon Direct Purchaser Class Plaintiffs' Motion for Class Certification, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.  Direct Purchaser Class Plaintiffs' motion is GRANTED. The proposed class is hereby certified pursuant to Rules 23(a) and 23(b)(3).

2.  The Class is defined as:

All persons or entities in the United States who purchased Tricor in any form directly from any of the Defendants at any time during the period April 9, 2002 to the present. Excluded from the Class are Defendants (and their officers, directors, management, employees, subsidiaries, and affiliates), and all federal governmental entities.

3.  The class claims certified by this Order are all such claims contained in the Amended Complaint in the Consolidated Direct Purchaser Class Actions.

4.  Class counsel shall be: as Liaison Counsel, Rosenthal, Monhait & Goddess, P.A.; as Lead Counsel Garwin Gerstein & Fisher, LLP; and as Executive Committee Members, Berger & Montague P.C, Odom & Des Roches, LLP, Cohen Millstein Hausfeld & Toll PLLC, and Percy Smith & Foote.

5.  Class counsel shall within ten (10) days file a motion with this Court, seeking approval of a form and manner of notice that complies with Rule 23(c)(2)(B).

Dated: _____

_____<br>United States District Judge