**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6521
Writer's Telecopy Number::
(302)888-6554
Writer's E-Mail Address:
EMMcgeever@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

May 15, 2006

By Electronic Filing and Hand Delivery

The Honorable Kent A. Jordan
United States District Judge
For the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **In re TriCor Antitrust Litigation**
            **C.A. Nos. 05-340 (KAJ) and 05-360 (KAJ)**

Dear Judge Jordan:

    Pursuant to Local Rule 7.1.2(c), we call to the Court's attention a case styled <u>Morton Grove Pharmaceuticals, Inc. v. Par Pharmaceuticals Co., Inc.</u>, 2006 WL 850873 (N.D. Ill. March 28, 2006) (attached hereto) which was decided after the close of briefing and oral argument on defendants' Motion to Dismiss. <u>Morton Grove</u> supports plaintiffs' argument that <u>Walker Process</u> and <u>PRE</u> are alternative means of avoiding a defense of Noerr-Pennington Immunity and that a sham litigation claim can be based on a patent holder's enforcement of a patent that is subject to an inequitable conduct defense.

                                     Respectfully,

                                     Elizabeth M. McGeever
                                     (DE Bar ID No. 2057)

EMM/smc
Enclosure

cc:    Counsel on the Attached Service List

19638.1\304093v1

## SERVICE LIST

| | |
|---|---|
| Asim Bhansali, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 |
| Bruce Gerstein, Esquire<br>Barry S. Taus, Esquire<br>Adam Steinfeld, Esquire<br>Garwin Gerstein & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036 | David P. Germaine, Esquire<br>Joseph M. Vanek, Esquire<br>Daar & Vanek, P.C.<br>225 West Washington, 18th Floor<br>Chicago, IL 60606 |
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899 | Steven C. Sunshine, Esquire<br>Maria M. DiMoscato, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, N.W., Suite 1100<br>Washington, D.C. 20004 |
| Matthew P. Hendrickson, Esquire<br>Bradley J. Demuth, Esquire<br>Cadwalader Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Timothy C. Bickham, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036 |
| Daniel Berger, Esquire<br>Neill W. Clark, Esquire<br>Eric L. Cramer, Esquire<br>Peter Kohn, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Linda P. Nussbaum, Esquire<br>Steig D. Olson, Esquire<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>150 East 52nd Street, Thirtieth Floor<br>New York, NY 10022 |
| Mary B. Matterer, Esquire<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | Jeffrey S. Goddess, Esquire<br>Rosenthal Monhait Gross & Goddess<br>P.O. Box 1070<br>Wilmington, DE 19899 |
| Josy W. Ingersoll, Esquire<br>Karen E. Keller, Esquire<br>Young, Conaway, Stargatt &Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Kenneth A. Cohen, Esquire<br>Elaine Herrman Blais, Esquire<br>Christopher T. Holding, Esquire<br>Goodwin Proctor LLP<br>Exchange Place, 53 State Street<br>Boston, MA 02109 |
| Bruce M. Gagala, Esquire<br>Leydig Voit & Mayer Ltd.<br>Two Prudential Plaza, Suite 4900<br>180 N. Stetson Avenue<br>Chicago, IL 60601 | Pamela S. Tikellis, Esquire<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>Wilmington, DE 19801 |

| | |
|---|---|
| Patrick E. Cafferty, Esquire<br>Bryan L. Clobes, Esquire<br>Michael S. Tarringer, Esquire<br>Timothy M. Fraser, Esquire<br>Miller Faucher & Cafferty, LLP<br>One Logan Square, Suite 1700<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | William Christopher Carmody, Esquire<br>John W. Turner, Esquire<br>Shawn J. Rabin, Esquire<br>Justin Nelson, Esquire<br>Cindy Tijerina, Esquire<br>Susman Godfrey LLP<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775 |
| Michael I. Silverman, Esquire<br>Silverman & McDonald<br>1010 N. Bancroft Parkway, Suite 22<br>Wilmington, DE 19805 | Patrick Francis Morris, Esquire<br>Morris & Morris LLC<br>4001 Kennett Pike, Suite 300<br>Wilmington, DE 19807 |
| William F. Cavanaugh, Jr., Esquire<br>Chad J. Peterman, Esquire<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 | Thomas M. Sobol, Esquire<br>David Nalven, Esquire<br>Gregory H. Matthews, Esquire<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142 |
| John C. Vetter, Esquire<br>Kenyon & Kenyon<br>333 West Can Carlos Street<br>Suite 600<br>San Jose, CA 95110 | Bernard Persky, Esquire<br>Christopher J. McDonald, Esquire<br>Kellie Safar, Esquire<br>Labaton Sucharow & Rudoff, LLP<br>100 Park Avenue<br>New York, NY 10017 |
| Jeffrey L. Kodroff, Esquire<br>Theodore M. Lieverman, Esquire<br>Pat Howard, Esquire<br>Spector Roseman & Kodroff, PC<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 | Jonathan L. Parshall, Esquire<br>Murphy Spadaro & Landon<br>824 N. Market Street, Suite 700<br>Wilmington, DE 19801 |
| Kendall S. Zylstra, Esquire<br>Lyle Stamps, Esquire<br>Schiffrin & Barroway LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Mark Sandman, Esquire<br>Jeffrey Swann, Esquire<br>Rawlings & Assoc.<br>1700 Watterson Trail<br>Louisville, KY 40299 |
| Scott E. Perwin, Esquire<br>Kenny Nachwalter, PA<br>1100 Miami Center, 201 S. Biscayne Blvd.<br>Miami, FL 33131 | Joseph T. Lukens, Esquire<br>Hangley Aronchick Segal & Pudlin PC<br>One Logan Square, 18th & Cherry Streets, 27th Fl.<br>Philadelphia, PA 19103-6933 |
| Elizabeth M. McGeever, Esquire<br>Prickett Jones & Elliott PA<br>1310 King Street<br>Wilmington, DE 19801 | |

19638.1\285791v1