# EXHIBIT B-1

**Exhibit 1**
**Page 1 of 13**



**Dr. JEFFREY J. LEITZINGER**
*President*
**Los Angeles, California**
**Tel: 213 624 9600**

**EDUCATION**

Ph.D., Economics, University of California, Los Angeles
M.A., Economics, University of California, Los Angeles
B.S., Economics, Santa Clara University

**WORK EXPERIENCE**

*Econ One Research, Inc.*, President, July 1997 to date
Founded *Econ One Research, Inc.*, 1997

*Micronomics, Inc.*, President and CEO, 1994-1997
*Micronomics, Inc.*, Executive Vice President, 1988-1994
Cofounded *Micronomics, Inc.*, 1988

*National Economic Research Associates, Inc. 1980-1988*
(Last position was Senior Vice President and member of the Board of
Directors)

**ADMITTED AS AN EXPERT ECONOMIST TO TESTIFY ABOUT:**

*Relevant Markets and Competition*

Before:      Federal Energy Regulatory Commission
Superior Court, State of Alaska
Superior Court, State of California
Superior Court, State of Washington
U.S. District Court, Central District of California
U.S. District Court, Northern District of California
U.S. District Court, District of Colorado
U.S. District Court, Eastern District of Missouri
U.S. District Court, Eastern District of Texas
U.S. District Court, Western District of Texas
U.S. District Court, District of Wyoming

*Valuation, Economic Loss and Damages*

Before:      Circuit Court, Mobile County, Alabama
Civil Court, Harris County, Texas
Civil Court, Midland County, Texas
State of Alaska Department of Revenue
Superior Court, State of California

**Dr. Jeffrey J. Leitzinger**
*President*

Exhibit 1
Page 2 of 13

U.S. Bankruptcy Court, District of Alaska
U.S. Bankruptcy Court, Northern District of Texas
U.S. District Court, State of Alabama
U.S. District Court, Central District of California
U.S. District Court, District of Colorado
U.S. District Court, State of Louisiana
U.S. District Court, Southern District of Mississippi
U.S. District Court, District of North Dakota
U.S. District Court, Eastern District of Texas
U.S. District Court, Southern District of Texas
U.S. District Court, Western District of Texas

*Patent and Intellectual Property Issues*

Before:     Superior Court, State of Washington
U.S. District Court, Northern District of California
U.S. District Court, District of Colorado
U.S. District Court, District of Connecticut
U.S. District Court, Southern District of Texas

*The Economics of Regulated Industries*

Before:     Alaska Public Utilities Commission
California Energy Commission
California Public Utilities Commission
Federal Energy Regulatory Commission
Nevada Public Service Commission
Wisconsin Public Service Commission
U.S. District Court, Northern District of Oklahoma
U.S. District Court, Northern District of Texas

**INVITED PRESENTATIONS REGARDING:**

What Can an Economist Say About The Presence of Conspiracy? *American Bar Association,* Section of Antitrust Law, The Antitrust Litigation Course, October 2003.

Lessons From Gas Deregulation, *International Association for Energy Economics, Houston Chapter,* December 2002.

A Retrospective Look at Wholesale Gas Industry Restructuring, *Center for Research in Regulated Industries*, 20th Annual Conference of the Advanced Workshop in Regulation and Competition, May 2001.

The Economic Analysis of Intellectual Property Damages, *American Conference Institute,* Sixth National Advanced Forum, January 2001.

Law and Economics of Predatory Pricing Under Federal and State Law, *Golden State Antitrust and Unfair Competition Law Institute,* 8th Annual Meeting, October 2000.

Non-Price Predation--Some New Thinking About Exclusionary Behavior, *Houston Bar Association*, Antitrust and Trade Regulation Section, October 2000.

After the Guilty Plea: Does the Defendant Pay the Price in the Civil Damage Action (expert witness in mock trial presentation), *American Bar Association*, Section of Antitrust Law, 48th Annual Spring Meeting, April 2000.

Economics of Restructuring in Gas Distribution, *Center for Research in Regulated Industries*, 12th Annual Western Conference, July 1999.

A Basic Speed Law for the Information Superhighway, *California State Bar Association*, December 1998.

Innovation in Regulation: Section Discussant, *Center for Research in Regulated Industries*, 11th Annual Western Conference, July/September 1998.

Electric Industry Deregulation: What Does The Future Hold? *Los Angeles Headquarters Association*, November 1996.

Why Deregulate Electric Utilities?, *National Association of Regulatory Utility Commissioners*, November 1995.

Restructuring U.S. Power Markets: What Can the Gas Industry's Experience Tell Us?, *National Association of Regulatory Utility Commissioners*, July 1995.

Natural Gas Restructuring: Lessons for Electric Utilities and Regulators, *International Association for Energy Economics*, Los Angeles, California, May 1995.

Techniques in the Direct and Cross-Examination of Economic, Financial and Damage Experts, *The Antitrust and Trade Regulation Law Section of the State Bar of California and The Los Angeles County Bar Association*, 2ND Annual Golden State Antitrust and Trade Regulation Institute, Los Angeles, California October 1994.

Demonstration: Deposition of Expert Witnesses and Using Legal Technology, *National Association of Attorneys General*, 1994 Antitrust Training Seminar, Santa Fe, New Mexico, September 1994.

Direct and Cross Examination of Financial, Economic, and Damage Experts, *The State Bar of California, Antitrust and Trade Regulation Law Section*, San Francisco, California, May 1994.

Price Premiums in Gas Purchase Contracts, *International Association for Energy Economics*, Seattle, Washington, October 1992.

**Dr. Jeffrey J. Leitzinger**
*President*

**Exhibit 1**
**Page 4 of 13**

Valuing Water Supply Reliability, *Western Economic Association,* Natural Resources Section, San Francisco, California, July 1992.

Transportation Services After Order 636: "Back to the Future" for Natural Gas, Seminar sponsored by Jones, Day, Reavis & Pogue; Dallas, Texas, May 1992.

The Cost of An Unreliable Water Supply for Southern California, Forum presented by Micronomics, Inc., Los Angeles, California, May 1991.

Market Definition: It's Time for Some "New Learning," *Los Angeles County Bar Association,* Antitrust and Corporate, Law Section, Los Angeles, California, December 1989.

Market Definition in Antitrust Cases: Some New Thinking, *Oregon State Bar,* Antitrust Law Section, Portland, Oregon, March 1987.

Future Directions for Antitrust Activity in the Natural Gas Industry, *International Association of Energy Economists*; Houston, Texas, February 1987.

Information Externalities in Oil and Gas Leasing, Western Economic Association Meetings, Natural Resources Section, Seattle, Washington, July 1983.

Economic Analysis of Offshore Oil and Gas Leasing, *Western States Land Commissioners Association*; South Padre Island, Texas, December 1982.

### PUBLISHED ARTICLES

"A Retrospective Look at Wholesale Gas: Industry Restructuring," *Journal of Regulatory Economics,* January 2002.

"Balance Needed in Operating Agreements as Industry's Center of Gravity Shifts to State Oil Firms," *Oil & Gas Journal,* October 2000.

"What Can We Expect From Restructuring In Natural Gas Distribution?" *Energy Law Journal,* January 2000.

"Gas Experience Can Steer Power Away from Deregulation Snags," *Oil & Gas Journal,* August 1996.

"Anatomy of FERC Order 636: What's out, What's in," *Oil & Gas Journal,* June 1992.

"Antitrust II – Future Direction for Antitrust in the Natural Gas Industry," *Natural Gas,* November 1987.

"Information Externalities in Oil and Gas Leasing," *Contemporary Policy Issues,* March 1984.

"Regression Analysis in Antitrust Cases:  Opening the Black Box," *Philadelphia Lawyer*, July 1983.

"Foreign Competition in Antitrust Law," *The Journal of Law & Economics*, April 1983.

## REGULATORY SUBMISSIONS

In the Matter of the Application of Southern California Gas Company Regarding Year Six (1999-2000) Under its Experimental Gas Cost Incentive Mechanism and Related Gas Supply Matters; A.00-06-023, Public Utilities Commission of the State of California, November 2001.

Sempra Energy and KN Energy, Incorporation; Docket No. EC99-48-000 (Affidavit and Verified Statement), Federal Energy Regulatory Commission, March/May 1999.

Rulemaking on the Commission's Own Motion to Assess and Revise the Regulatory Structure Governing California's Natural Gas Industry (Market Conditions Report), Public Utilities Commission of the State of California, July 1998.

In the Matter of the Application of Pacific Enterprises, Enova Corporation, et al. for Approval of a Plan of Merger Application No. A. 96-10-038, Public Utilities Commission of the State of California, August/October 1997.

In re:  Koch Gateway Pipeline Company; Docket No. RP 97-373-000, Federal Energy Regulatory Commission, May/October 1997 and February 1998.

In the Matter of the Application of Sadlerochit Pipeline Company for a Certificate of Public Convenience and Necessity; Docket No. P-96-4, Alaska Public Utilities Commission, May 1996.

Public Funding of Electric Industry Research, Development and Demonstration (RD&D) Under Partial Deregulation, California Energy Commission, January 1995.

NorAm Gas Transmission Company; Docket No. RP94-343-000, Federal Energy Regulatory Commission, August 1994/June 1995.

Natural Gas Vehicle Program; Investigation No. 919-10-029, California Public Utilities Commission, July 1994.

Transcontinental Gas Pipe Line Corporation; Docket No. RP93-136-000 (Proposed Firm-to-the-Wellhead Rate Design), Federal Energy Regulatory Commission, January 1994.

**Dr. Jeffrey J. Leitzinger**
*President*

Exhibit 1
Page 6 of 13

In re: Sierra Pacific's Proposed Nomination for Service on Tuscarora Gas Pipeline; Docket No. 93-2035, The Public Service Commission of Nevada, July 1993.

Employment Gains in Louisiana from Entergy-Gulf States Utilities Merger, Louisiana Public Utilities Commission, December 1992.

Employment Gains to the Beaumont Area from Entergy-Gulf States Utilities Merger, Texas Public Utilities Commission, August 1992.

Transcontinental Gas Pipe Line Corporation; Docket No. RS 92-86-000 (Affidavit regarding Transco's Proposed IPS Service), Federal Energy Regulatory Commission, June 1992.

In Re: Pipeline Service Obligations; Docket No. RM91-11-000; Revisions to Regulations Governing Self-Implementing Transportation Under Part 284 of the Commission's Regulations; Docket No. RM91-3-000; Revisions to the Purchased Gas Adjustment Regulations; Docket No. RM90-15-000, Federal Energy Regulatory Commission, May 1991.

In the Matter of Natural Gas Pipeline Company of America; Docket No. CP89-1281 (Gas Inventory Charge Proposal), Federal Energy Regulatory Commission, January 1990.

In the Matter of United Gas Pipeline Company, UniSouth, Cypress Pipeline Company; Docket No. CP89-2114-000 (Proposed Certificate of Storage Abandonment by United Gas Pipeline Company), Federal Energy Regulatory Commission, December 1989.

In the Matter of Tennessee Gas Pipeline Company; Docket No. CP89-470 (Gas Inventory Charge Proposal), Federal Energy Regulatory Commission, July 1989.

In the Matter of Take-Or-Pay Allocation Proposed by Mississippi River Transmission Corporation, Federal Energy Regulatory Commission, March 1988.

In the Matter of Natural Gas Pipeline Company of America: Docket No.RP87-141-000 (Gas Inventory Charge Proposal), Federal Energy Regulatory Commission, December 1987.

In the Matter of Application of Wisconsin Gas Company for Authority to Construct New Pipeline Facilities; 6650-CG-104, Public Service Commission, State of Wisconsin, August 1987.

Trans-Alaska Pipeline System: Docket Nos. OR 78-1-014 and OR 78-1-016 (Phase 1 Remand), Federal Energy Regulatory Commission, October 1983.

Exhibit 1
7 of 13
Econ One Research, Inc.
Los Angeles, California

**DR. JEFFREY J. LEITZINGER**
*Prior Testimony*
June 2002 – May 2006

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date |
|---|---|---|---|---|---|
| 1. | Louie Alakayak, et al. v. All Alaskan Seafoods, Inc., et al. | Superior Court for the State of Alaska, Third Judicial District | 3AN-9S-4676 Civil | Deposition Trial | November 1998 March 2003 May 2003 |
| 2. | Ronald Cleveland d/b/a Lone Star Videotronics, Ruben Loredo d/b/a Five Palms Video, et al. vs. Viacom, Inc., Blockbuster, Inc., Paramount Home Video, Inc., Buena Vista Home Entertainment Inc., et al. | U.S. District Court for the Western District of Texas, San Antonio Division | Civil Action SA-99-CA-783-EP | Deposition Trial | October 2001 May 2002 June 2002 |
| 3. | In Re: Terazosin Hydrochloride Antitrust Litigation | U.S. District Court, Southern District of Florida | Case Nos. 98-3125 and 99-7134 | Deposition | January 2002 July 2002 February 2004 |
| 4. | Frederick L. Sample, et al., v. Monsanto Company, et al. | U.S. District Court, Eastern District of Missouri | Case No. 4:01cv65RWS | Deposition Hearing | July 2002 January 2003 April 2003 |
| 5. | Toronto Dominion (Texas), Inc. et al. v. PricewaterhouseCoopers LLP | State Court of Fulton County, State of Georgia | No. 00VS012679-F | Deposition | July 2002 |

Exhibit 1
8 of 13
Econ One Research, Inc.
Los Angeles, California

**DR. JEFFREY J. LEITZINGER**
*Prior Testimony*
June 2002 – May 2006

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date |
|---|---|---|---|---|---|
| 6. | Elliott Industries Limited Partnership v. Conoco Inc., Amoco Production Company, and Amoco Energy Trading Corporation | U.S. District Court, District of New Mexico | Cause No. CIV-00-655-JC-WWD-ACE | Deposition | July 2002 |
| 7. | Duramed Pharmaceuticals, Inc. v. Wyeth-Ayerst Laboratories, Inc. | U.S. District Court, Southern District of Ohio | No. C-1-00-735 | Deposition | August 2002 |
| 9. | Computer Access Technology Corporation, v. Catalyst Enterprises, Inc. | U.S. District Court, Northern District of California, Oakland Division | No. C 00-4852 DLJ | Deposition Trial | September 2002 November 2002 |
| 10. | ISPTel, Inc. v. Lucent Technologies, Inc. | U.S. District Court, Northern District of California, Oakland Division | No. C 01-1390 CW (ARB) | Deposition | November 2002 |
| 11. | Synopsys, Inc. v. Nassda Corporation | U.S. District Court, Northern District of California, San Francisco Division | No. C-01-2519-SI | Deposition | November 2002 |

Exhibit 1
9 of 13
Econ One Research, Inc.
Los Angeles, California

**DR. JEFFREY J. LEITZINGER**
*Prior Testimony*
June 2002 – May 2006

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date |
|---|---|---|---|---|---|
| 12. | The Goeken Group Corporation and In-Flight Phone Corporation v. McCaw Cellular Communications, Inc., Claricom Communications, L.P., and Hughes Network Systems, Inc. | The Circuit Court of DuPage County, Illinois, Eighteenth Judicial District | No. 93 CH 1065 | Deposition | June 2003 |
| 13. | In Re: Ciprofloxacin Hydrochloride Antitrust Litigation | U.S. District Court, Eastern District of New York | No. 1:00-MD-1383 | Deposition | July 2003 May 2004 |
| 14. | In Re: Scrap Metal Antitrust Litigation | U.S. District Court, Northern District of Ohio, Eastern Division | No. 1:02 CV 0844 | Deposition Trial | August 2003 September 2004 January 2006 |
| 15. | KLA-Tencor Corporation v. Tokyo Seimitsu Co., Ltd., and TSK America, Inc. | U.S. District Court, Northern District of California, Oakland Division | No. CV01-2489 SBA | Deposition | August 2003 |
| 16. | In Re: Relafen Antitrust Litigation | U.S. District Court, District of Massachusetts | No. 01-CV-12239 (WGY) | Deposition | September 2003 December 2003 |

Exhibit 1
10 of 13
Econ One Research, Inc.
Los Angeles, California

**DR. JEFFREY J. LEITZINGER**
*Prior Testimony*
**June 2002 – May 2006**

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date |
|---|---|---|---|---|---|
| 17. | Francis Ferko and Russell Vaughn as Shareholders of Speedway Motorsports, Inc. v. National Association of Stock Car Auto Racing, Inc.; International Speedway Corporation; and Speedway Motorsports, Inc. | U.S. District Court, Eastern District of Texas, Sherman Division | No. 4:02-CV-50 | Deposition | November 2003 |
| 18. | Chevron U.S.A. Inc. v. State of Louisiana, Louisiana State Mineral Board, and Louisiana Department of Natural Resources | U.S. District Court, 17th Judicial District, Parish of Lafourche, Louisiana | Number 93,658 Division C | Deposition Trial | January 2004 March 2004 |
| 19. | Houston McLane Company, Inc. and Houston Regional Sports Network, L.P. v. Affiliated Regional Communicators, Ltd. dba/a Fox Sports Southwest | U.S. District Court, 333rd Judicial District, Harris County, Texas | Cause No. 2003-10943 | Deposition | March 2004 |
| 20. | Harry E. Stetser, Dale E. Nelson and Michael deMontbrun v. TAP Pharmaceutical Products, Inc. et al | State of North Carolina, New Hanover County, In The General Court of Justice, Superior Court Division | File No. 01 CVS 5268 | Deposition | April 2004 |
| 21. | Masimo Corporation, vs. Tyco Health Care Group L.P. and Mallinckrodt Incorporated | U.S. District Court, Central District of California, Western Division | Case No. CV-02-4770 | Deposition Trial | April 2004 March 2005 |

Exhibit 1
11 of 13
Econ One Research, Inc.
Los Angeles, California

**DR. JEFFREY J. LEITZINGER**
*Prior Testimony*
**June 2002 – May 2006**

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date |
|---|---|---|---|---|---|
| 22. | J.B.D.L. Corp. d/b/a Beckett Apothecary, et al. v. Wyeth-Ayerst Laboratories, Inc., et al. | United States District Court, Southern District of Ohio, Western Division | Civil Action No. C-1-01-704 | Deposition | May 2004 November 2004 |
| 23. | Dewana G. Turner, Bonita H. Hixson, and Yolanda P. Monroe, on behalf of themselves and all others similarly situated v. Alaska Communications Systems Long Distance, Inc., and Alaska Communications Systems Group, Inc. | Superior Court for the State of Alaska, Third Judicial District at Anchorage | Case No. 3AN-01-7208 CI | Deposition | July 2004 |
| 24. | In Re: Remeron Direct Purchaser Antitrust Litigation | U.S. District Court, District of New Jersey | Master Docket No. 03-CV-0085 | Deposition | July 2004 |
| 25. | Louisiana Wholesale Drug Co., Inc., on behalf of itself and all others similarly situated v. Schering-Plough Corporation; Upsher-Smith Laboratories; and American Home Products Corporation | U.S. District Court, District of New Jersey | MDL No. 1419 | Deposition | December 2004 |

Exhibit 1
12 of 13
Econ One Research, Inc.
Los Angeles, California

**DR. JEFFREY J. LEITZINGER**
*Prior Testimony*
June 2002 – May 2006

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date |
|---|---|---|---|---|---|
| 26. | Pixion, Inc., v. Placeware, Inc. | U.S. District Court, Northern District of California | Case No. C 03 2909 SI | Deposition Trial | December 2004 February 2005 |
| 27. | Fran-Am Partnership, L.L.C. vs. Sports Car Club of America, Inc. and S.C.C.A. Enterprises, Inc. | U.S. District Court, District of Colorado | Civil Action No. 02-Z-2060 (OES) | Deposition | January 2005 |
| 28. | In Re Medical Waste Services Antitrust Litigation | U.S. District Court, District of Utah, Central Division | MDL No. 1546 | Deposition | April 2005 |
| 29. | Applied Medical Resources Corp. v. Ethicon, Inc., Ethicon Endo-Surgery Inc., Johnson & Johnson Health Care Systems, Inc. and Novation, L.L.C. | U.S. District Court, Central District of California, Southern Division | Case NO. SACV 03-1329 JVS | Deposition | June 2005 |
| 30. | Brady Enterprises, Inc.; Charlotte J. Lopacki, d/b/a Budget Drug and Heritage Pharmacy, Inc.; On behalf of themselves, and all others similarly situated, and the Pharmacy Freedom Fund and the National Community Pharmacists Association v. Medco Health Solutions, Inc., and Merck & Co., Inc. | U.S. District Court, Eastern District of Pennsylvania | Civil Action No. 03-4730 | Deposition | July 2005 |

Exhibit 1
13 of 13
Econ One Research, Inc.
Los Angeles, California

**DR. JEFFREY J. LEITZINGER**
*Prior Testimony*
June 2002 – May 2006

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date |
|---|---|---|---|---|---|
| 31. | The Regents of the University of California, a California public corporation, vs. Monsanto Company, a Delaware corporation | U.S. District Court, Northern District of California, San Francisco Division | Case No. C04-00634 P.JH | Deposition | August 2005 |
| 32. | Dennis M. Devetter, ET AL., vs. Alex Brown Management Services, Inc.; ET AL | In the Circuit Court for Baltimore City | Case No. 24-C-037514 | Deposition | January 2006 |
| 33. | Sky Technologies, LLC, vs. IBM Corporation and i2 Technologies, Inc. | U.S. District Court, Eastern District of Texas, Marshall Division | Case No. 2 03 CV 54-DF | Deposition | January 2006 |
| 34. | In Re: Nifedipine Antitrust Litigation | U.S. District Court, District of Columbia | MDL No. 151 | Deposition | May 2006 |

# EXHIBIT B-2

**Exhibit 2**

## IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION
### List of Materials Reviewed

*Includes all documents, studies and articles cited in the Declaration.*

<u>Pleadings</u>

| | |
|---|---|
| Class Action Complaint (Rochester Drug Co-Operative, Inc.) | 2-Jun-05 |
| Direct Purchaser Class Plaintiffs' First Amended and Consolidated Class Action Complaint | 23-Sep-05 |
| Defendants' Consolidated Opening Brief in Support of Their Consolidated Motion to Dismiss Plaintiffs' Complaints | 19-Oct-05 |
| Direct Purchaser Plaintiffs' Answering Brief in Opposition to Defendants' Consolidated Motion to Dismiss | 2-Dec-05 |
| Compendium of Unreported Cases and Other Authorities in Support of Direct Purchaser Plaintiffs' Answering Brief in Opposition to Defendants' Consolidated Motion to Dismiss | |
| Defendants' Consolidated Reply Brief in Support of Their Consolidated Motion to Dismiss Plaintiffs' Complaints | 23-Dec-05 |

<u>Depositions and/or Exhibits</u>

| | |
|---|---|
| Joseph E. Fiske (30(b)(6) w/exhibits | 21-Apr-06 |

<u>Data - Electronic Files/CDs</u>

**Abbott**
TRICOR98.txt
TRICOR99.txt
TRICOR00.txt
TRICOR01.txt
TRICOR02.txt
TRICOR03.txt
TRICOR04.txt
TRICOR05.txt
tricor-yr98.txt
tricor-yr99.txt
tricor-yr00.txt
tricor-yr01.txt
tricor-yr02.txt
tricor-yr03.txt
tricor-yr04.txt
tricor-yr05.txt


**IMS Health**
Lipid_Niacen Market.xls    1/2000-12/2005

**Wolters Kluwer Health, Inc.**
Fenofibrate Price-Chek PC 5/05

Exhibit 2

**IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION**
**List of Materials Reviewed**

<u>Documents</u>

<u>TriCor Prefix</u>
000260 - 266
000212 - 239
013477 - 13480
029046
029056
029063
029138

<u>Teva-TriCor Prefix</u>
037014
039394 - 039395
039397 - 039398
039400 - 039401
039404 - 039443

<u>Abbott_Tricor Prefix</u>
00000007
00000018 - 20
00000111
00000115
00000117
00000119
00000128
00000130
00000135
00000184
00000207 - 208
00000215
00000218
00000221 - 244
00000316 - 317
00000407 - 440
00000482 - 483
00000491
00000717 - 720
00000871 - 884
00000896 - 907
00000922 - 952
00001005 - 1020
00001214
00001218
00001221
00001239 - 1242
00001273 - 1276
00001429 - 1442
00001849 - 1880
00001916 - 1981
00002353 - 2354
00002358 - 2359
00003108 - 3247
00003642
00003644
00003649
00003652
00003654
00003667

Exhibit 2

**IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION**
**List of Materials Reviewed**

```
00003669
00003697
00003718 - 3720
00003906
00003955
00004003 - 4004
00004013
00004344 - 4359
00004376 - 4377
00004378
00004382
00004384
00004394 - 4395
00004397 - 4407
00004476 - 4477
00004510 - 4551
00004881 - 4894
00005099 - 5100
00005102
00005552 - 5584
00005623 - 5658
00005670 - 5785
00005802 - 5851
00006048
00006060 - 6066
00006391 - 6448
00006853 - 6884
00006888 - 6890
00007711 - 7715
00007741
00008506 - 8519
00008564
00008588 - 8590
00008596
00008600
00008608
00009263 - 9269
00009272
00009473 - 9479
00009502
00009637 - 9638
00010230
00010237
00010246 - 10249
00010796
00011055
00011073 - 11074
00011079
00011096 - 11097
00011101
00011155
00011164
00011207 - 11230
00011236
00011402 - 11404
00011406 - 11473
00011492 - 11497
00012660 - 12726
00013502 - 13506
```

Exhibit 2

## IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION
### List of Materials Reviewed

```
00013591
00013601
00013709 - 13710
00013736
00013755
00014074 - 14085
00015510 - 15519
00015660 - 15663
00015672 - 15674
00015676 - 15677
00015682 - 15683
00015685 - 15686
00015690
00015693
00015705
00016561 - 16650
00017104
00017107
00017112
00017294 - 17299
00017480
00037392 - 37394
00059718 - 59733
00060380 - 60389
00065806 - 65829
00076462 - 76490
```

**IMPAX Prefix**
```
258165 - 258470
```

**Abbott/TEVA Prefix**
```
04089
04091 - 4093
04110 - 4114
04942
04945 - 04946
04970 - 4976
06635 - 6664
06668
06693 - 6694
06696 - 6701
06715
08005 - 8039
08116 - 8119
10389 - 10390
```

**Exhibit 2**

## IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION
### List of Materials Reviewed

**FOURNIER/FTC Prefix**

    0000057 - 58
    0000063
    0000123
    0000141
    0000278 - 287
    0000394 - 399
    0000538
    0000645 - 700
    0000768
    0000785 - 787
    0000810 - 815
    0001950 - 1994
    0001995 - 2003
    0002160
    0002162
    0002406 - 2408
    0004428 - 4442
    0004444 - 4445
    0004449 - 4510
    0004626 - 4632
    0004633 - 4646

**Publicly Available Materials**

**U.S. Food and Drug Administration**

| | |
|---|---|
| Prescription and Over-the-Counter Drug Product List 24th Edition Cumulative Supplement Number 4 | **Apr-05** |
| Prescription and Over-the-Counter Drug Product List 23rd Edition Cumulative Supplement Number 11 | **Nov-04** |
| Prescription and Over-the-Counter Drug Product List 23rd Edition Cumulative Supplement Number 10 | **Oct-03** |
| Prescription and Over-the-Counter Drug Product List 23rd Edition Cumulative Supplement Number 3 | **Mar-03** |
| Prescription and Over-the-Counter Drug Product List 22nd Edition Cumulative Supplement Number 9 | **Sep-02** |
| Prescription and Over-the-Counter Drug Product List 22nd Edition Cumulative Supplement Number 4 | **Apr-02** |
| Prescription and Over-the-Counter Drug Product List 21st Edition Cumulative Supplement Number 9 | **Jan-Sep-01** |
| Prescription and Over-the-Counter Drug Product List 19th Edition Cumulative Supplement Number 10 | **Oct-99** |

U.S. FDA Orange Book, 24th Edition, www.fda.gov

*Health News Daily*

    12/18/2000
    4/26/2000
    1/16/1998

*Generic Line*

    3/10/2004
    11/5/2003
    2/12/2003
    3/22/2002

**"The Pink Sheet" Articles**

| | |
|---|---|
| 6/6/2005 | p. 9 |
| 3/28/2005 | p. 25 |
| 1/31/2005 | p. 34 |
| 12/13/2004 | p. 34 |
| 12/6/2004 | p. 33 |
| 6/21/2004 | p. 37 |
| 1/19/2004 | |
| 3/31/2003 | |

Exhibit 2

## IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION
### List of Materials Reviewed

| | |
|---|---|
| 2/24/2003 | p.14 |
| 9/30/2002 | p.27 |
| 4/8/2002 | p. 26 |
| 3/25/2002 | |
| 10/15/2001 | p. 15 |
| 1/22/2001 | p.,16 |
| 12/18/2000 | p. 3 |
| 10/16/2000 | p. 20 |
| 5/1/2000 | p. 36 |
| 3/8/1999 | p. 15 |
| 1/18/1999 | p. 22 |
| 11/2/1998 | p. 17 |
| 9/21/98 | p. 31 |
| 6/15/98 | p. 14 |
| 3/23/98 | p. 11 |
| 1/19/98 | p. T&G-11/12 |
| 1/10/94 | p. T&G-5 |
| 5/1/1995 | p. T&G-12 |
| 1/03/1994 | p. 18 |

**"The Pink Sheet" Chart: FDA's ANDA Approvals**

5/30/2005
3/7/2005
5/31/2004
3/22/2004
11/3/2003
12/30/2002
9/9/2002
4/15/2002
2/25/2002

www.tricortablets.com

PharmaLive.com: "Cipher Reaches Agreement to Dismiss Patent Litigation in United Stated for Cip-fenofibrate" 5/27/2005
biz.yahoo.com: "Teva's Fenofibrate Product Receives Final Approval" 5/16/2005
Worcester Telegram & Gazette "Patent Lawsuit filed by Abbott: Impax Accused of Infringing" 1/28/2003
Chicago Sun-Times "Abbott Sues Rival Impax" 1/28/2003
Chicago Sun-Times "Eight Prescriptions Make Life a Struggle" 7/8/2001
Chicago Sun-Times Financial; Breakfast Briefing; Chicago 1/14/98
Chicago Sun-Times Financial: Biz Briefs 3/21/2003
"The Hatch-Waxman Act: History, Structure and Legacy" 71 Antitrust L.J. 585
Canadian Corporate Newswire "Biovail Acquires Pharma PASS Companies For $190 Million" 12/11/2002
www.globes.co.il "Abbott Labs Sues Teva for Patent Infringement" 10/9/2002
www.globes.co.il "FDA Approves Teva's 67mg Fenofibrate Capsules" 9/5/2002
The Jerusalem Post "In Brief" 10/9/2002
The Jerusalem Post "Teva, Microbia Form Development Partnership" 9/6/2002
The Jerusalem Post "US Stocks Fall on GE Report, IBM Rumors" 4/12/2002
The Jerusalem Post "In Brief" 4/11/2002
The Jerusalem Post "TASE Stocks Take a Tumble" 3/25/2002
The Jerusalem Post "News in Brief" 6/9/2005
The Jerusalem Post "Teva Gets FDA Approval for High Cholesterol Drug" 5/17/2005
The National Law Journal "Intellectual Property" 4/1/2002
The Toronto Sun "Doctors Find Fat a Factor in Diabetes" 4/7/2001
Asia Intelligence Wire, Chemical Business Newsbase "Press Release: Impax Comments On Abbott Lawsuit Relates to Impax's Paragraph IV Filing of Fenofibrate ANDA" 9/13/2000
Financial Times "Bayer £10m Stake on the Right Result" 4/15/99
The Advertiser "Diabetes Drug Trials" 11/13/98
The Regulatory News Service "Abbott Laboratories-Re Launch of New Drug" 6/8/98

Exhibit 2

## IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION
### List of Materials Reviewed

The Regulatory News Service "Abbott Laboratories-1st Quarter Results" 4/14/98
The Regulatory News Service "Abbott Laboratories-Re FDA Marketing Approval" 2/17/98
Pharma Marketletter "FDA Clears Abbott/Fournier's Tricor" 2/13/98
Chicago Daily Herald "Abbott Gets FDA Drug Approval" 2/13/98
The Weekend Australian "Diabetic Link to Heart Scan" 1/17/98
The Advertiser "RAH World-first Trial for Diabetes" 12/15/97
Courier Mail "Diabetes Drug May Help Prevent Heart Disease" 12/15/97
Canada Newswire "Fournier Pharma Inc-Groupe Fournier Inaugurates Its Canadian Head Office In Montreal" 6/26/1996
Associated Press "Abbott, Teva Settle TriCor Patent Dispute" 6/8/2005
Ottawa Citizen "Cipher Reaches Deal to Dismiss Patent Litigation" 5/28/2005
Business and Management Practices Mondaq Business Briefing " Nanotech Meets the FDA: A Success Story About the First Nanoparticulate Drugs Approved by the FDA" 5/27/2005
Globes Israel Business Arena "Teva's ANDA for Fenofibrate Tablets Get FDA Approval" 5/16/2005
Financial Times, London Edition 2 "Solvay Set to Unveil Euros 1bn Fournier Buy Pharmaceuticals" 3/24/2005
The New York Times "Arthritis Drug Sales Bolster Abbott's Results" 7/10/2004
Chicago Sun-Times Financial: Biz Briefs 6/4/2004
Kasturi & Sons Ltd (KSL) Business Line "USFDA Tentative Nod for Ranbaxy's Cholesterol Drug" 6/1/2004
Silverline Information Systems Pvt. Ltd India Business Insight "USFDA Tentative Nod for Ranbaxy's Cholesterol Drug 6/1/2004
Pharmaceutical & Medical Device Law Bulletin "Case Briefing" 2/19/2004
Intellectual Property Today "CAFC Happenings" 7/2003
Business and Management Practices Mondaq Business Briefing " Drug Patent Not Infringed Based on Deference to Patentee as Lexicographer" 5/8/2003
Legal Times "Abbott Laboratories, et al. v. Novopharm Ltd." 3/31/2003
Chicago Daily Herald "Teva Wins Ruling Over Abbott's TriCor" 3/22/2003
Abbott Laboratories, Plaintiff-Appellant, and Fournier Industrie et Sante and Laboratoires Fournier S.A., Plaintiffs-Appellants v. Novopharm Limited, Defendant-Appellee, 323F.3d 1324; 2003 U.S. App. Lexis 5357; 66 U.S.P.Q.2D (BNA) 1200

U.S. Food and Drug Adminstration, *The Pediatric Exclusivity Provision: January 2001 Status Report to Congress*, January 2001
Kirking, D.M., F.J. Ascione, C.A. Gaither, and L.S. Welage, *Econimics and Structure of the Generic Pharmaceutcal Industry*, Journal of the American Pharmaceutical Association, 41; 578-584, 2001
Rozek, R.P., and R. Berkowitz, *The Costs to the U.S. Health Care System of Extending Marketing Exclusivity to Taxol®*, Journal of Research in Pharmaceutical Economics, v. 9, no. 4, 1999, pp. 21-40.,
Congressional Budget Office, *How Increased Competition from Generic Drugs has Affected Prices and Returns in the Pharmaceutical Industry*, July 1998.
Bae, J.B., *Drug Patent Expirations and the Speed of Generic Entry*, Health Services Research, Vol. 32, No. 1, pp. 87-101, April 1997
Frank, R. and D. Salkever, *Generic Entry and the Pricing of Pharmaceuticals*, Journal of Economics and Management Strategy, v. 6, no. 1, Spring 1997, pp. 75-90.
Grabowski, H. and J. M. Vernon, *Longer Patents for Increased Generic Competition in the US*, PharmacoEconomics, v. 10, suppl. 2, 1996, pp. 110-123.
Suh, Dong Churl, *Effect of Multiple Source Entry on Price Competition After Patent Expiration in the Pharmaceutical Industry*, University of Minnesota Ph.D. Dissertation, November 1993.
Office of Technology Assessment, *Pharmaceutical R&D: Costs, Risks and Rewards*, OTA-H-522, February 1993.
Grabowski, H. and J. M. Vernon, *Brand Loyalty, Entry, and Price Competition in Pharmaceuticals after the 1984 Drug Act*, Journal of Law and Economics, v. XXXV, October 1992, pp. 331-350.
Caves, Richard E, Michael D. Whinston, and Mark A. Hurwitz, *Patent Expiration, Entry, and Competition in the U.S. Pharmaceutical Industry*, Brookings Papers on Economic Activity: Microeconomics, 1991, pp. 1-66.
Wiggins, Steven N. and Robert Maness, *Price Competition in Pharmaceuticals: The Case of Anti-Infectives*, Economic Inquiry, 2004.
Reiffen, David and Michael Ward, *Generic Drug Industry Dynamics*, The Review of Economics and Statistics, February 2005, 87(1): 37-49.
Federal Drug Administration, *Generic Competition and Drug Prices*, April 4, 2006.
Federal Trade Commission, *Generic Drug Entry Prior to Patent Expiration*, July 2002