IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-340 (KAJ) |
| ) | (consolidated) |
| THIS DOCUMENT RELATES TO: ) ) | |
| C.A. No. 05- 358 (KAJ) ) ) | |

**NOTICE OF VIDEOTAPE DEPOSITION OF CVS CORPORATION PURSUANT TO FED.R.CIV.P. 30(B)(6), LIMITED TO CLASS CERTIFICATION ISSUES**

To:    All Counsel on the Attached Service List

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, counsel for Defendants shall take the deposition by oral examination of plaintiff CVS Corporation ( "CVS"), on June 8, 2006 at 9:30 A.M., at the offices of Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY, or such other location agreed to by counsel. The deposition will be recorded by videotape as well as stenographically before a Notary Public or other officer authorized to administer oaths, and shall continue from day to day until completed, with such adjournments as to time and place as may be necessary.

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 30(b)(6), CVS is required to designate one or more appropriate persons to testify on its behalf with respect to each of the matters set forth in Exhibit A hereto, and the person(s) so designated shall be required to testify as to each of those matters known or reasonably available to the corporation. You are invited to attend and cross-examine. CVS must also produce documents with respect to each of the matters set forth in Exhibit B hereto by June 6, 2006. Nothing in this notice shall be construed in any

way to prejudice Defendants from conducting further 30(b)(6) depositions on non-class certification issues.

|  |  |
|---|---|
| *Of Counsel:*<br>Steven C. Sunshine<br>Maria M. DiMoscato<br>CADWALADER, WICKERSHAM & TAFT LLP<br>1201 F Street, N.W.<br>Washington, D.C. 20004<br>(202) 862-2200<br><br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY 10281<br>(212) 504-6000<br><br>Timothy C. Bickham<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036-1795<br>(202) 429-5517 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (I.D. #2555)<br>Anne Shea Gaza (I.D. #4093)<br>cottrell@rlf.com<br>gaza@rlf.com<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>Attorneys for Defendants Fournier Industrie et Sante and Laboratoires Fournier, S.A. |

Dated: May 22, 2006

## DEFINITIONS AND INSTRUCTIONS

The use of any definition for purposes of this Notice shall not be deemed to constitute an agreement or acknowledgement on the part of defendant that such definition is accurate, meaningful or appropriate for any other purpose in this action.

The terms "Your" or "Your" means CVS Corporation; all parents, subsidiaries, and affiliates thereof, all divisions, predecessors, successors and assigns of each of the foregoing; and all officers, directors, employees, agents, consultants, attorneys and all other persons acting or purporting to act on behalf of, or under the control of, each of the foregoing.

"Impax" means counterclaim plaintiff Impax Laboratories, Inc., all parents, subsidiaries, and affiliates thereof, all divisions, predecessors, successors and assigns of each of the foregoing; and all officers, directors, employees, agents, consultants, attorneys and all other persons acting or purporting to act on behalf of, or under the control of, each of the foregoing.

The term "TriCor®" means any pharmaceutical product marketed under the trade name "TriCor®," at any time.

The term "Lofibra®" means any pharmaceutical product marketed under the trade name "Lofibra®," at any time.

The term "Antara®" means any pharmaceutical product marketed under the trade name "Antara®," at any time.

The term "Triglide®" means any pharmaceutical product marketed under the trade name "Triglide®," at any time.

The term "Lipofen®" means any pharmaceutical product marketed under the trade name "Lipofen®" at any time

The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

The term "concerning" means discussing, relating to, referring to, describing, evidencing or constituting.

The use of the singular of any word shall include the plural and vice versa, and the use of a verb in any tense or voice shall be construed as the use of that verb in all other tenses and voices, as necessary to bring within the scope of the discovery request all responses that might otherwise be construed as outside its scope.

The relevant time frame for these topics is January 1998 to the present.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll
John W. Shaw
Karen Keller
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Tel. (302) 656-4433
Fax. (302) 658-7567

Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19801

Michael I. Silverman
Lynn A. Iannone
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Mary B. Graham
Morris Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Elizabeth M. McGeever
Prickett Jones Elliott, P.A.
1310 King Street
Wilmington, DE 19801

Patrick Francis Morris
Morris & Morris LLC
4001 Kennett Pike, Suite 300
Wilmington, Delaware 19807

I hereby certify that on May 22, 2006, I sent by electronic mail the foregoing document to the following non-registered participants:

REPRESENTING DIRECT PARTY PLAINTIFFS
(C.A. 05-340):

Jeffrey S. Goddess
**jgoddess@rmgglaw.com**

Bruce E. Gerstein
**bgerstein@garwingerstein.com**

|   |   |
|---|---|
|   | Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br><br>Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br><br>Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID<br>(C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE<br>(C.A. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner:<br>**jturner@susmangodfrey.com**<br><br>Shawn Rabin:<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson:<br>**jnelson@susmangodfrey.com**<br><br>Cindy Tijerina:<br>**ctijerina@susmangodfrey.com** |

|  |  |
|---|---|
|  | Ken Zylstra:<br>**kzylstra@sbclasslaw.com**<br><br>Lyle Stamps:<br>**lstamps@sbclasslaw.com**<br><br>Steve Connolly<br>**Sconnolly@abclasslaw.com**<br><br>Mark Sandman:<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann:<br>**js5@rawlingsandassociates.com** |
| REPRESENTING INDIRECT PARTY PLAINTIFFS<br>(C.A. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>William C. Carmody<br>Mike Gottsch<br>Zach Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br><br>**Tricor@chimicles.com** |
| REPRESENTING IMPAX LABORATORIES<br>(C.A. 03-120): | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |

| | |
|---|---|
| REPRESENTING TEVA PHARMACEUTICALS (C.A. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**Tricor@mnat.com**<br><br>William F. Cavanaugh<br>**wfcavanaugh@pbwt.com**<br><br>Chad J. Peterman<br>**cjpeterman@pbwt.com** |

*/s/ Anne Shea Gaza*

Anne Shea Gaza (#4093)
GAZA@rlf.com