UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: C.A. No. 05-358 (KAJ) | ) ) ) ) | Civil Action No. 05-340 (KAJ) CONSOLIDATED |

### NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on June 8, 2006, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notice of such filing to the registered participant(s).

    PLEASE TAKE FURTHER NOTICE that a copy of WALGREEN CO.'s OBJECTION TO DEFENDANTS' NOTICE OF VIDEOTAPE DEPOSITION OF WALGREEN CO. PURSUANT TO FED. R. CIV. P. 30(b)(6) LIMITED TO CLASS CERTIFICATION ISSUES (attached as Exhibit A hereto) was served on June 7, 2006, by the law offices of Kenny Nachwalter, P.A., as follows:

*Via Facsimile & U.S. Mail*
William F. Cavanaugh, Jr., Esq.
PATTERSON BELKNAP WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

*Via Facsimile & U.S. Mail*
Steven C. Sunshine, Esq.
CADWALADER WICKERSHAM & TAFT, LLP
1201 F Street, N.W.
Washington, D.C. 20004

*Via U.S. Mail*
Josy W. Ingersoll, Esq.
YOUNG CONOWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

TXdoc1803

*Via U.S. Mail*
Frederick L. Cottrell, III, Esq.
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Via U.S. Mail*
Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

*Via U.S. Mail*
Mary B. Matterer, Esq.
MORRIS JAMES HITCHENS & WILLIAMS, LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

*Via U.S. Mail*
Jeffrey S. Goddess, Esq.
ROSENTHAL MONHAIT GROSS & GODDESS, P.A.
P.O. Box 1070
Wilmington, DE 19899

*Via U.S. Mail*
Pamela S. Tikellis, Esq.
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

*Via U.S. Mail*
Bryan L. Clobes, Esq.
MILLER FAUCHER & CAFFERTY, LLP
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103

*Via U.S. Mail*
Paula L. Blizzard, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111

*Via U.S. Mail*
Adam Steinfeld, Esq.
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036

*Via U.S. Mail*
Bernard Persky, Esq.
GOODKIN LABATON RUDOFF & SUCHAROW
100 Park Avenue
New York, NY 10017

*Via U.S. Mail*
Joseph T. Lukens, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

*Via U.S. Mail*
Christopher T. Holding, Esq.
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109

OF COUNSEL:
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER P.A.
1100 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000

Dated: June 8, 2006

PRICKETT, JONES & ELLIOTT, P.A.

_____
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Plaintiffs