IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 05-340 (KAJ) |
| THIS DOCUMENT RELATES TO: | (consolidated) |
| ALL ACTIONS | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 05-360 (KAJ) |
| THIS DOCUMENT RELATES TO: | (consolidated) |
| ALL ACTIONS | |

## STIPULATION AND ORDER

The parties hereby agree, subject to order of the Court, that (1) the deadlines for Defendants to file papers in opposition to Motions for Class Certification filed by the Direct Purchaser Class Plaintiffs and the Indirect Purchaser Class Plaintiffs (collectively, "Plaintiffs"), respectively, are hereby extended through and including August 14, 2006; (2) the deadlines for Plaintiffs' respective reply papers are extended through and including September 29, 2006; (3) absent compelling circumstances, Defendants shall not seek additional extensions for the filing of their class certification opposition papers; and (4) Defendants shall produce their respective class certification experts on dates and at times mutually convenient to the parties, but at all events, during the period between September 6, 2006 and September 14, 2006, inclusive.

ROSENTHAL, MONHAIT & GODDESS, P.A.

*/s/ Jeffrey S. Goddess*

_____

Jeffrey S. Goddess (#630)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
*Liaison Counsel for Direct Purchasers*


MORRIS, NICHOLS, ARSHT & TUNNELL
LLP
*/s/ James W. Parrett, Jr.*

_____

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jparrett@mnat.com
*Attorneys for Abbott Laboratories*

PRICKETT JONES & ELLIOTT, P.A.

*/s/ Elizabeth M. McGeever*

_____

Elizabeth M. McGeever (#2057)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
emmcgeever@prickett.com
*Attorneys for Walgreen Co., Eckerd Corp.,
Kroger Co., Meijer Drug Inc., CVS
Pharmacy Inc., Rite Aid Corp. and Rite Aid
Headquarter Corp.*


CHIMICLES & TIKELLIS LLP

*/s/ A. Zachary Naylor*

_____

Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
pamelatikellis@chimicles.com
zacharynaylor@chimicles.com
*Liaison Counsel for Indirect Purchasers*


RICHARDS, LAYTON & FINGER, P.A.

*/s/ Frederick L. Cottrell*

_____

Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Cottrell@rlf.com
Gaza@rlf.com
*Attorneys for Fournier Industrie Et Santé
and Laboratoires Fournier, S.A.*


SO ORDERED this _____ day of June, 2006.


_____

United States District Court Judge