IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION : : : : : : | C.A. No. 05-cv-340-KAJ |
| THIS DOCUMENT RELATES TO: | |
| C.A. Nos.   05-cv-404-KAJ | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lauren C. Ravkind, Esquire to represent plaintiffs in this action.

PRICKETT, JONES & ELLIOTT, P.A.

_____
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Plaintiffs

## ORDER GRANTING MOTION

The foregoing application of Lauren C. Ravkind, Esquire for admission to practice in this action pro hac vice is hereby granted.

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.J.

19638.1\308833v1

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 19th day of July, 2006, I caused a copy of the foregoing MOTION FOR ADMISSION PRO HAV VICE OF LAUREN C. RAVKIND to be filed via CM/ECF and served on counsel for the parties as follows:

Steven C. Sunshine, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899

William F. Cavanaugh, Jr., Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Paula L. Blizzard, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt &Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Christopher T. Holding, Esquire
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess
P.O. Box 1070
Wilmington, DE 19899

Bruce Gerstein, Esquire
Adam Steinfeld, Esquire
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

Bryan L. Clobes, Esquire
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103

Bernard Persky, Esquire
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

2

| | |
|---|---|
| Pamela S. Tikellis, Esquire<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899 | Joseph T. Lukens, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103-6933 |
| Daniel Berger<br>Eric L. Cramer<br>Peter R. Kohn<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | |

_____
Elizabeth M. McGeever (#2057)