IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-340-KAJ CONSOLIDATED |
| THIS DOCUMENT RELATES TO: | |
| C.A. Nos. 05-358 (KAJ) | |

**CVS CORPORATION'S OBJECTIONS TO DEFENDANTS' SECOND AMENDED NOTICE OF VIDEOTAPE DEPOSITION OF CVS CORPORATION PURSUANT TO FED. R. CIV. P. 30(b)(6) <u>LIMITED TO CLASS CERTIFICATION ISSUES</u>**

Plaintiff CVS Corporation ("CVS") hereby objects to Defendants' Second Amended Notice of Videotape Deposition Pursuant to Rule 30(b)(6), dated July 20, 2006, and hereby incorporates by reference the objections set forth in CVS's June 8, 2006 Objection to Defendants' Notice of Videotape Deposition.

PRICKETT, JONES & ELLIOTT, P.A.

_____
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Plaintiff CVS Corporation

OF COUNSEL:
Joseph Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103-6933

Dated: July 24, 2006

19638.1\309673v1

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 24th day of July, 2006, I caused a copy of the foregoing CVS Corporation's Objections to Defendants' Second Amended Notice of Videotape Deposition of CVS Corporation Pursuant to Fed. R. Civ. P. 30(b)(6) Limited to Class Certification Issues to be filed via CM/ECF and served on counsel for the parties as follows:

Steven C. Sunshine, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899

William F. Cavanaugh, Jr., Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Paula L. Blizzard, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt &Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Christopher T. Holding, Esquire
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess
P.O. Box 1070
Wilmington, DE 19899

Bruce Gerstein, Esquire
Adam Steinfeld, Esquire
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

Bryan L. Clobes, Esquire
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103

Bernard Persky, Esquire
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

19638.1\286256v1

| | |
|---|---|
| Pamela S. Tikellis, Esquire<br>Chimicles & Tikellis, LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899 | Scott Perwin, Esquire<br>Kenny Nachwalter P.A.<br>1100 Miami Center<br>201 South Biscayne Blvd.<br>Miami, FL 33131-4327 |

Daniel Berger
Eric L. Cramer
Peter R. Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

_____
Elizabeth M. McGeever (#2057)