IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | C.A/ No. 05-340 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DIRECT PURCHASER PLAINTIFFS' FURTHER NOTICE OF DEPOSITION OF ABBOTT LABORATORIES**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition by oral examination of Abbott Laboratories on September 8, 2006 at 9:30 a.m., at Rosenthal, Monhait & Goddess, P.A., 919 Market Street, Suite 1401, Wilmington, DE 19801, or such other location agreed to by counsel. The deposition will be recorded by videotape as well as stenographically before a Notary Public or other officer authorized to administer oaths, and shall continue from day to day until completed, with such adjournments as to time and place as may be necessary.

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 30(b)(6), Abbott Laboratories is required to designate one or more officers, directors or managing agents, or other persons who consent to testify on their behalf and to give testimony on the topics set forth in Exhibit A hereto, and the person(s) so designated shall be required to testify as to the matters

known or reasonably available to the corporation with respect to each topic. You are invited to attend and to cross examine.

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
   Liaison Counsel for Direct Purchaser Class


Bruce E. Gerstein
GARWIN, GERSTEIN & FISHER
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055
   Lead Counsel for Direct Purchaser Class

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (Del. Bar No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@prickett.com
   Counsel for Walgreen Co., Eckerd
   Corporation, The Kroger Co., Maxi Drug,
   Inc. d/b/a Brooks Pharmacy, Albertson's,
   Inc., Safeway, Inc., Hy-Vee, Inc.,
   American Sales Company, Inc.,
   CVS Pharmacy, Inc., Rite Aid Corporation
   and Rite Aid Hdqrts. Corp.

Joseph T. Lukens
HANGLEY ARONCHICK SEGAL
  & PUDLIN
One Logan Square, 27th Fl.
Philadelphia, PA 19103
(215) 496-7032
   Attorneys for CVS Pharmacy, Inc., Rite
   Aid Corporation and Rite Aid Hdqrts.
   Corp.

Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, FL 33131
(305) 373-1000
   Attorneys for Plaintiffs Walgreen Co.,
   Eckerd Corporation, The Kroger Co.,
   Maxi Drug, Inc. d/b/a Brooks Pharmacy,
   Albertson's Inc., Safeway, Inc., Hy-Vee,
   Inc. and American Sales Company, Inc.

## EXHIBIT A

Abbott Laboratories is requested to designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf who have knowledge of the matters set forth herein.

## DEFINITIONS

1. The term "Abbott" means Abbott Laboratories, or any of its subsidiaries, divisions, subdivisions, affiliates, predecessor and successor entities, partners, officers, directors, employees, agents, legal counsel, or any other person acting on its behalf.

2. The term "Fournier" means Fournier Industrie et Sante, Laboratories Fournier S.A., or any of their subsidiaries, divisions, subdivisions, affiliates, predecessor and successor entities, partners, officers, directors, employees, agents, legal counsel, or any other person acting on their behalf.

3. The term "Decision Makers" means the individuals involved on Abbott's behalf in deciding, directly or indirectly, whether to file and/or continue to prosecute the Capsule and/or Tablet Lawsuits.

4. The term "Capsule Lawsuits" refers to those actions instituted by Abbott and/or Fournier in the United States District Court for the Northern District of Illinois alleging infringement of the Curtet Patent, including but not limited to Abbott Laboratories v. Novopharm Ltd., Civ. No. 00-CV-2141 (N.D. Ill.); Abbott Laboratories v. Novopharm Ltd., Civ. No. 00-CV-5094 (N.D. Ill.); Abbott Laboratories v. Novopharm Ltd., Civ. No. 01-CV-1914 (N.D. Ill.);Abbott Laboratories v. Impax Laboratories, Inc., Civ. No. 00-CV-5092 (N.D. Ill.);Abbott Laboratories v. Impax Laboratories, Inc., Civ. No. 00-CV-7865 (N.D. Ill.); and Abbott Laboratories v. Impax Laboratories, Inc., Civ. No. 01-CV-1648 (N.D. Ill.).

5. The term "Tablet Lawsuits" refers to those actions instituted by Abbott and/or Fournier in the United States District Court for the District of Delaware alleging infringement of the Curtet Patent and/or Stamm Patents, including, but not limited to Abbott Laboratories v. Teva Pharmaceuticals USA, Inc., Civ No. 02-1512 (Del.); Abbott Laboratories v. Teva Pharmaceuticals USA, Inc., Civ No. 03-0847 (Del.); Abbott Laboratories v. Teva Pharmaceuticals USA, Inc., Civ No. 04-0047 (Del.) Abbott Laboratories v. Impax Laboratories, Inc. 03-0120 (Del.); Abbott Laboratories v. Impax Laboratories, Inc. 03-0288 (Del.); Abbott Laboratories v. Impax Laboratories, Inc., Civ. No. 03-0890 (Del.); Abbott Laboratories v. Impax Laboratories, Inc., Civ. No. 04-0048 (Del.).

6. The term "Bases" means all evidence discovered and/or developed by Abbott and/or Fournier and/or the Decision Makers before or during the Capsule Lawsuits and Tablet Lawsuits including, but not limited to, documentary evidence, deposition testimony, and expert opinions and reports.

7. The term "Curtet Patent" means United States Patent No. 4,895,726.

8. The term "Stamm Patents" means United States Patent Nos. 6,074,670; 6,277,405; 6,589,552; 6,596,317; and 6,652,881.

9. The term "Capsule ANDAs" means abbreviated new drug application nos. 75-753 and 75-868.

10. The term "Tablet ANDAs" means abbreviated new drug application nos. 76-433 and 76-509.

11. The term "Identity" means the person's (a) full given name, together with any and all known nicknames; (b) present employer and business address, or if unavailable, last known employer and business address; (c) present home address, if a natural person, or if unavailable, last known home address; (d) business affiliation, if a natural person, or if unavailable, last

known business affiliation; and (e)　job title and description of the duties and responsibilities of such person, if a natural person, including all changes thereto.

11.　The terms "and/or", "or" and "and" are used inclusively, not exclusively.

## TOPICS

1.　The Identity of the Decision Makers and their respective roles in deciding whether to file and/or continue to prosecute each of the Capsule and/or Tablet Lawsuits.

2.　The pre-filing investigation, if any, conducted by or on behalf of Abbott with respect to each of the Capsule and Tablets Lawsuits.

3.　The facts known (and when they became known) to Abbott and the Decision Makers supporting Abbott's infringement positions in the Capsule Lawsuits including, but not limited to, facts regarding (1) the Capsule ANDAs and/or products manufactured under those ANDAs and (2) the Curtet Patent (and its prosecution history).

4.　The facts known (and when they became known) to Abbott and the Decision Makers supporting Abbott's infringement, validity and enforceability positions in the Tablet Lawsuits including, but not limited to, facts regarding (1) the Tablet ANDAs and/or products manufactured under those ANDAs and (2) the Curtet and Stamm Patents (and their prosecution histories).

5.　Abbott's and the Decision Makers' Bases and motivations for filing and perpetuating the Capsule Lawsuits and Tablet Lawsuits.

6.　Abbott's and the Decision Maker's Bases for believing that the Capsule ANDAs and/or Tablet ANDAs and/or products manufactured under those ANDAs satisfied the limitations of the Curtet Patent claims, including but not limited to the limitations "co-micronized mixture of particles of fenofibrate and a solid surfactant" and "co-micronization of

the fenofibrate and a solid surfactant."

7. Abbott's and the Decision Maker's Bases for believing that the claim limitations requiring a minimum weight percentage content of a hydrophilic polymer (*e.g.*, at least twenty weight percent) in one or more of the Stamm Patents were satisfied by the Tablet ANDAs and/or products manufactured under those ANDAs.

8. Abbott's and the Decision Maker's Bases for Abbott's proposed claim constructions in the Capsule Lawsuits and Tablet Lawsuits.

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2006 I electronically filed the foregoing DIRECT PURCHASER PLAINTIFFS' FURTHER NOTICE OF DEPOSITION OF ABBOTT LABORATORIES using CM/ECF, which will send notification of such filing to all registered participants, including:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen Keller, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue
10th Floor
P. O. Box 2306
Wilmington, DE 19899

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr., Esquire
A. Zachary Naylor, Esquire
Chimicles & Tikellis lLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899

Jonathan L. Parshall, Esquire
Murphy Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19801

Elizabeth M. McGeever, Esquire
Prickett Jones Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899

Michael I. Silverman, Esquire
Lynn A. Iannone, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway #22
Wilmington, DE 19805

Patrick Francis Morris, Esquire
Morris & Morris
1105 North Market Street
Suite 803
Wilmington, DE 19801

I hereby certify that on July 26, 2006 I sent by electronic mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br><br>Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br><br>Rimma Neman<br>**rneman@garwingerstein.com**<br><br>Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Neill W. Clark<br>**nclark@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br><br>Steig D. Olson<br>**solson@cmht.com**<br><br>David P. Germaine<br>**dgermaine@daarvanek.com** |

|  |  |
|---|---|
|  | Joseph Vanek<br>**jvanek@daarvanek.com**<br><br>Stuart Des Roches<br>**stuart@odrlaw.com**<br><br>Andrew Kelly<br>**akelly@odrlaw.com**<br><br>Adelaida Ferchmin<br>**aferchmin@odrlaw.com**<br><br>David P. Smith<br>**dpsmith@psfllp.com**<br><br>Russell A. Chorush<br>**rchorush@hpcllp.com**<br><br>Michael F. Heim<br>**mheim@hpcllp.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Lauren Ravkind<br>**lravkind@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. No. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com** |

John Turner
**jturner@susmangodfrey.com**

Shawn Rabin
**srabin@susmangodfrey.com**

Justin Nelson
**jnelson@susmangodfrey.com**

Ken Zylstra
**kzylstra@sbclasslaw.com**

Lyle Stamps
**lstamps@sbclasslaw.com**

Steve Connolly
**sconnolly@sbclasslaw.com**

Casey Murphy
**cmurphy@sbclasslaw.com**

Mark Sandman
**mms@rawlingsandassociates.com**

Jeffrey Swann
**js5@rawlingsandassociates.com**

REPRESENTING IMPAX
LABORATORIES (C.A. No. 03-120)

Mary Matterer
**mmatterer@morrisjames.com**

John C. Vetter
**jvetter@kenyon.com**

Asim Bhansali
**abhansali@kvn.com**

REPRESENTING INDIRECT PARTY
PLAINTIFFS (C.A. No. 05-360):

Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffery L. Kodroff

|  |  |
|---|---|
|  | Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>**tricor@chimicles.com**<br><br>Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com<br><br>Lynn A. Iannone<br>lynn@silverman-mcdonald.psemail.com<br><br>Patrick Francis Morris<br>**pmorris@morrisandmorrislaw.com** |
| REPRESENTING TEVA<br>PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**tricor@mnat.com**<br><br>William F. Cavanaugh<br>**wfcavanaugh@pbwt.com**<br><br>Chad J. Peterman<br>**cjpeterman@pbwt.com** |

| | |
|---|---|
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven S. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>**tricor@rlf.com** |

/s/ *Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com