IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2006, I electronically filed this NOTICE OF SERVICE OF DIRECT PURCHASER PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANTS FOURNIER INDUSTRIE ET SANTE AND LABORATORIES FOURNIER S.A. with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of DIRECT PURCHASER PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANTS FOURNIER INDUSTRIE ET SANTE AND LABORATORIES FOURNIER S.A., along with this NOTICE OF SERVICE, were served on July 26, 2006, as follows:

**VIA E-MAIL**

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br><br>Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com** |

|  |  |
|---|---|
|  | Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br><br>Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Lauren Ravkind<br>**lravkind@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. No. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner<br>**jturner@susmangodfrey.com**<br><br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson<br>**jnelson@susmangodfrey.com** |

|  |  |
|---|---|
|  | Ken Zylstra<br>**kzylstra@sbclasslaw.com**<br><br>Lyle Stamps<br>**lstamps@sbclasslaw.com**<br><br>Steve Connolly<br>sconnolly@sbclasslaw.com<br><br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING IMPAX<br>LABORATORIES (C.A. No. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING INDIRECT PARTY<br>PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>**tricor@chimicles.com** |

|  |  |
|---|---|
|  | Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com |
|  | Lynn A. Iannone<br>lynn@silverman-mcdonald.psemail.com |
|  | Patrick Francis Morris<br>pmorris@morrisandmorrislaw.com |
| REPRESENTING TEVA<br>PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**tricor@mnat.com** |
|  | William F. Cavanaugh<br>wfcavanaugh@pbwt.com |
|  | Chad J. Peterman<br>cjpeterman@pbwt.com |

REPRESENTING FOURNIER (ALL CASES):     Frederick L. Cottrell, III
Anne Shea Gaza
Steven S. Sunshine
Matthew P. Hendrickson
Bradley J. Demuth
Maggie DiMoscato
Timothy C. Bickham
**tricor@rlf.com**

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar. No 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suit 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433
 Liaison Counsel for Direct Purchaser Class