## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-340 KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | (Consolidated) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2006, I electronically filed this NOTICE OF SERVICE OF DIRECT PURCHASER PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT ABBOTT LABORATORIES with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of DIRECT PURCHASER PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT ABBOTT LABORATORIES, along with this NOTICE OF SERVICE, were served on July 26, 2006, as follows:

**VIA E-MAIL**

REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340):

Bruce E. Gerstein
**bgerstein@garwingerstein.com**

Barry S. Taus
**btaus@garwingerstein.com**

Adam M. Steinfeld
**asteinfeld@garwingerstein.com**

|  |  |
|---|---|
|  | Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br><br>Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Lauren Ravkind<br>**lravkind@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. No. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner<br>**jturner@susmangodfrey.com**<br><br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson<br>**jnelson@susmangodfrey.com** |

|  |  |
|---|---|
|  | Ken Zylstra<br>**kzylstra@sbclasslaw.com**<br><br>Lyle Stamps<br>**lstamps@sbclasslaw.com**<br><br>Steve Connolly<br>sconnolly@sbclasslaw.com<br><br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING IMPAX<br>LABORATORIES (C.A. No. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING INDIRECT PARTY<br>PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>**tricor@chimicles.com** |

|  |  |
|---|---|
|  | Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com |
|  | Lynn A. Iannone<br>lynn@silverman-mcdonald.psemail.com |
|  | Patrick Francis Morris<br>pmorris@morrisandmorrislaw.com |
| REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**tricor@mnat.com** |
|  | William F. Cavanaugh<br>wfcavanaugh@pbwt.com |
|  | Chad J. Peterman<br>cjpeterman@pbwt.com |

REPRESENTING FOURNIER (ALL CASES):    Frederick L. Cottrell, III
Anne Shea Gaza
Steven S. Sunshine
Matthew P. Hendrickson
Bradley J. Demuth
Maggie DiMoscato
Timothy C. Bickham
**tricor@rlf.com**

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar. No 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suit 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433
Liaison Counsel for Direct Purchaser Class