IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | : : : : : Civil Action No. 05-340 (KAJ) : : : |
| THIS DOCUMENT RELATES TO: | |
| C.A. No. 06-192 | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2006, I electronically filed this NOTICE OF SERVICE of WALGREEN PLAINTIFFS' RESPONSE TO DEFENDANTS' SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS FROM PLAINTIFFS WALGREEN CO. ET. AL AND CVS PHARMACY, INC. ET. AL. (NOS. 56-73) with the Clerk of the Court using CM/ECF which will send notice of such filing to the registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of WALGREEN PLAINTIFFS' RESPONSE TO DEFENDANTS' SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS FROM PLAINTIFFS WALGREEN CO. ET. AL AND CVS PHARMACY, INC. ET. AL. (NOS. 56-73), along with this NOTICE OF SERVICE, were served on July 27, 2006 as follows:

*Via U.S. Mail*
William F. Cavanaugh, Jr., Esq.
PATTERSON BELKNAP WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

19638.1\310075v1

*Via U.S. Mail*
Steven C. Sunshine, Esq.
CADWALADER WICKERSHAM & TAFT, LLP
1201 F Street, N.W.
Washington, D.C. 20004

*Via U.S. Mail*
Josy W. Ingersoll, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

*Via U.S. Mail*
Frederick L. Cottrell, III, Esq.
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Via U.S. Mail*
Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

*Via U.S. Mail*
Mary B. Matterer, Esq.
MORRIS JAMES HITCHENS & WILLIAMS, LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

*Via U.S. Mail*
Jeffrey S. Goddess, Esq.
ROSENTHAL MONHAIT GROSS & GODDESS, P.A.
P.O. Box 1070
Wilmington, DE 19899

*Via U.S. Mail*
Pamela S. Tikellis, Esq.
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

*Via U.S. Mail*
Bryan L. Clobes, Esq.
MILLER FAUCHER & CAFFERTY, LLP
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103

*Via U.S. Mail*
Paula L. Blizzard, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111

*Via U.S. Mail*
Adam Steinfeld, Esq.
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036

*Via U.S. Mail*
Bernard Persky, Esq.
GOODKIN LABATON RUDOFF & SUCHAROW
100 Park Avenue
New York, NY 10017

*Via U.S. Mail*
Christopher T. Holding, Esq.
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109

*Via U.S. Mail*
Joseph Lukens, Esq.
Hangley Aronchick Segal & Pudlin
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103-6933

                                                PRICKETT, JONES & ELLIOTT, P.A.

                                                */s/ Elizabeth M. McGeever by*

OF COUNSEL:                             Elizabeth M. McGeever (#2057)

Richard Alan Arnold                1310 King Street
Scott E. Perwin                      Wilmington, DE 19801
Lauren Ravkind                   (302) 888-6500
KENNY NACHWALTER, P.A.     *ATTORNEYS FOR PLAINTIFFS WALGREEN*
1100 Miami Center                *CO., ECKERD CORPORATION, THE KROGER*
201 S. Biscayne Boulevard        *CO,., MAXI DRUG, INC. D/B/A BROOKS*
Miami, Florida 33131-4327       *PHARMACY, ALBERTSON'S, INC., SAFEWAY,*
Telephone: (305) 373-1000        *INC., AND HY-VEE, INC.*
Facsimile: (305) 372-1861

Dated: July 27, 2006

4