**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                                )
IN RE TRICOR DIRECT PURCHASER            )
ANTITRUST LITIGATION                              )   C.A. No. 05-340 KAJ
_____)   (Consolidated)
                                                                )
THIS DOCUMENT RELATES TO:                   )
                                                                )
ALL ACTIONS                                              )
_____)
                                                                )
IN RE TRICOR INDIRECT PURCHASER        )   C. A. No. 05-360 KAJ
                                                                )   (Consolidated)
ANTITRUST LITIGATION                              )
_____)
                                                                )
THIS DOCUMENT RELATES TO:                   )
                                                                )
ALL ACTIONS                                              )
_____)

**NOTICE OF TAKING THE VIDEO-TAPED DEPOSITION OF**
**THERESA PARKER**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs in the above-referenced action will take the video-taped deposition upon oral examination of Theresa Parker. This deposition will occur as follows:

| **Date** | **Time** | **Place** |
|---|---|---|
| August 25, 2006 | 9:30 a.m. | Rosenthal, Monhait & Goddess, P.A. Suite 1401, 919 Market Street Wilmington, Delaware 19801 |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

Dated: July 28, 2006

Respectfully submitted,

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com
(302) 656-4433

*/s/ Elizabeth M. McGeever*
Elizabeth M. McGeever (Del. Bar No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
emmcgeever@prickett.com
(302) 888-6521
Counsel for Walgreen Co., Eckerd Corporation,
The Kroger Co., Maxi Drug, INC. d/b/a Brooks
Pharmacy, Albertson's Inc., Safeway, Inc.,
Hy-Vee, Inc., American Sales Company, Inc.
CVS Pharmacy, Inc., Rite Aid Corporation and Rite
Aid Hdqrts. Corp.

*/s/ A. Zachary Naylor*
A. Zachary Naylor (Del. Bar No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
zacharynaylor@chimicles.com
(302) 656-2500
Liaison Counsel for Indirect Purchaser Class

> */s/ Jonathan L. Parshall*
> Jonathan L. Parshall (Del. Bar No. 3247)
> Murphy, Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805
> jonp@msllaw.com
> (302) 472-8100
> Attorneys for Pacificare Health Systems, Inc.