IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-340 (KAJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | CONSOLIDATED |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (KAJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | CONSOLIDATED |

## [PROPOSED] ORDER

Having considered Abbott's and Fournier's Motion For Extension Of Time in which to file their opposition to the motions of plaintiffs seeking class certification, the Court HEREBY ORDERS that Abbott and Fournier may have until August 16, 2006 in which to file their opposition papers and plaintiffs may have until October 4, 2006 in which to file their reply papers.

Dated: August 11, 2006

_____
UNITED STATES DISTRICT JUDGE

532441