IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | C.A. No. 05-340 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) ) | |
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) ) | |

### RE-NOTICE OF TAKING VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Ronald K. Lloyd, 1694 Falling Star Avenue, Westlake Village, CA 91362, as follows:

DATE:   September 6, 2006

TIME:   9:30 a.m.

PLACE:  Renaissance Agoura Hills Hotel
        30100 Agoura Road
        Agoura Hills, CA 91301

The deposition will be recorded by audiovisual and stenographic means and will continue from day to day until completed.

19638.1\310747v1

PRICKETT, JONES & ELLIOTT, P.A.

/s/ *Elizabeth M. McGeever*
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500
Attorneys for Walgreen Co., Eckerd Corporation, The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's Inc., Safeway, Inc., Hy-Vee, Inc., American Sales Company, Inc., CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqrts. Corp.

ROSENTHAL MONHAIT GROSS & GODDESS

/s/ *Jeffrey S. Goddess*
Jeffrey S. Goddess (#630)
Jessica Zeldin (#3558)
919 Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
Liaison Counsel for Direct Purchaser Class

CHIMICLES & TIKELLIS LLP

/s/ *A. Zachary Naylor*
A. Zachary Naylor (#4439)
One Rodney Square
Wilmington, DE 19801
(302) 656-2500
Liaison Counsel for Indirect Purchaser Class

MURPHY SPADARO & LANDON

/s/ *Jonathan L. Parshall*
Jonathan L. Parshall (#3247)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorneys for Pacificare Health Systems, Inc.

Dated: August 14, 2006

19638.1\310747v1                                2

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 14th day of August, 2006, I caused a copy of the foregoing Re-Notice of Taking Videotaped Deposition to be filed via CM/ECF and served on counsel for the parties as follows:

Steven C. Sunshine, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899

William F. Cavanaugh, Jr., Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Paula L. Blizzard, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt &Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Christopher T. Holding, Esquire
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess
P.O. Box 1070
Wilmington, DE 19899

Bruce Gerstein, Esquire
Adam Steinfeld, Esquire
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

Bryan L. Clobes, Esquire
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103

Bernard Persky, Esquire
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

19638.1\286256v1

2

Pamela S. Tikellis, Esquire
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph Lukens, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103-6933

Daniel Berger
Eric L. Cramer
Peter R. Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

_____
Elizabeth M. McGeever (#2057)