IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-340 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | |
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | |

**NOTICE OF TAKING VIDEOTAPED DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Douglas Sporn as follows:

DATE:    September 1, 2006

TIME:    9:00 a.m.

PLACE:   Winston & Strawn
         1700 K Street N.W.
         Washington, DC 20006

The deposition will be recorded by audiovisual and stenographic means and will continue from day to day until completed.

19638.1\312337v1

PRICKETT, JONES & ELLIOTT, P.A.

/s/ *Elizabeth M. McGeever*
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500
Attorneys for Walgreen Co., Eckerd Corporation, The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's Inc., Safeway, Inc., Hy-Vee, Inc., American Sales Company, Inc., CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqrts. Corp.

ROSENTHAL MONHAIT GROSS & GODDESS

/s/ *Jeffrey S. Goddess*
Jeffrey S. Goddess (#630)
Jessica Zeldin (#3558)
919 Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
Liaison Counsel for Direct Purchaser Class

CHIMICLES & TIKELLIS LLP

/s/ *A. Zachary Naylor*
A. Zachary Naylor (#4439)
One Rodney Square
Wilmington, DE 19801
(302) 656-2500
Liaison Counsel for Indirect Purchaser Class

MURPHY SPADARO & LANDON

/s/ *Jonathan L. Parshall*
Jonathan L. Parshall (#3247)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorneys for Pacificare Health Systems, Inc.

Dated: August 23, 2006

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 23rd day of August, 2006, I caused a copy of the foregoing Notice of Taking Videotaped Deposition to be filed via CM/ECF and served on the following counsel:

Steven C. Sunshine, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899

William F. Cavanaugh, Jr., Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Paula L. Blizzard, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Christopher T. Holding, Esquire
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess
P.O. Box 1070
Wilmington, DE 19899

Bruce Gerstein, Esquire
Adam Steinfeld, Esquire
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

Bryan L. Clobes, Esquire
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103

Bernard Persky, Esquire
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

19638.1\286256v1

<div style="columns:2">

Pamela S. Tikellis, Esquire
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Daniel Berger
Eric L. Cramer
Peter R. Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Joseph Lukens, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103-6933

</div>

_____
Elizabeth M. McGeever (#2057)