UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION )<br>)<br>)<br>_____ )<br>)<br>THIS DOCUMENT RELATES TO:            )<br>C.A. No. 06-192 (KAJ)                )<br>)<br>_____ ) | Civil Action No. 05-340 (KAJ)<br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 15, 2006, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notice of such filing to the registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of AMERICAN SALES COMPANY INC.'S RESPONSE TO DEFENDANTS' SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS FROM PLAINTIFF AMERICAN SALES COMPANY, INC. (NOS. 49-53) was served on September 14, 2006, by the law offices of Kenny Nachwalter, P.A., as follows:

*Via U.S. Mail*
William F. Cavanaugh, Jr., Esq.
PATTERSON BELKNAP WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

*Via U.S. Mail*
Josy W. Ingersoll, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

*Via U.S. Mail*
Steven C. Sunshine, Esq.
CADWALADER WICKERSHAM & TAFT, LLP
1201 F Street, N.W.
Washington, D.C. 20004

*Via U.S. Mail*
Frederick L. Cottrell, III, Esq.
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801

19638.1\314092v1

*Via U.S. Mail*
Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19801

*Via U.S. Mail*
Pamela S. Tikellis, Esq.
CHIMICLES & TIKELLIS, LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

*Via U.S. Mail*
Paula L. Blizzard, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111

*Via U.S. Mail*
Bernard Persky, Esq.
GOODKIN LABATON RUDOFF & SUCHAROW
100 Park Avenue
New York, NY 10017

*Via U.S. Mail*
Christopher T. Holding, Esq.
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109

*Via U.S. Mail*
Neill Clark, Esquire
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

*Via U.S. Mail*
Mary B. Matterer, Esq.
MORRIS JAMES HITCHENS & WILLIAMS, LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

*Via U.S. Mail*
Jeffrey S. Goddess, Esq.
ROSENTHAL MONHAIT GROSS & GODDESS, P.A.
P.O. Box 1070
Wilmington, DE 19899

*Via U.S. Mail*
Bryan L. Clobes, Esq.
MILLER FAUCHER & CAFFERTY, LLP
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103

*Via U.S. Mail*
Adam Steinfeld, Esq.
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036

*Via U.S. Mail*
Joseph T. Lukens, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

19638.1\314092v1

                                                  PRICKETT, JONES & ELLIOTT, P.A.

                                                  */s/ Elizabeth McGeever*
                                                  Elizabeth M. McGeever (#2057)
                                                  1310 King Street
                                                  Wilmington, DE 19801
                                                  (302) 888-6500
OF COUNSEL:                                  *ATTORNEYS FOR PLAINTIFF AMERICAN*
Richard Alan Arnold                     *SALES COMPANY, INC.*
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER P.A.
1100 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000

Dated: September 15, 2006

19638.1\314092v1                                3