UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION )<br>)<br>)<br>_____ )<br>)<br>)<br>THIS DOCUMENT RELATES TO:                    )<br>C.A. No. 06-192 (KAJ)                                      )<br>)<br>_____ ) | Civil Action No. 05-340 (KAJ)<br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 15, 2006, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notice of such filing to the registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of WALGREEN PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS FROM PLAINTIFFS WALGREEN CO. ET AL AND CVS PHARMACY, INC. ET AL. (NOS. 74-78) was served on September 14, 2006, by the law offices of Kenny Nachwalter, P.A., as follows:

*Via U.S. Mail*
William F. Cavanaugh, Jr., Esq.
PATTERSON BELKNAP WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

*Via U.S. Mail*
Josy W. Ingersoll, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

*Via U.S. Mail*
Steven C. Sunshine, Esq.
CADWALADER WICKERSHAM & TAFT, LLP
1201 F Street, N.W.
Washington, D.C. 20004

*Via U.S. Mail*
Frederick L. Cottrell, III, Esq.
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801

19638.1\305939v1

*Via U.S. Mail*
Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19801

*Via U.S. Mail*
Pamela S. Tikellis, Esq.
CHIMICLES & TIKELLIS, LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

*Via U.S. Mail*
Paula L. Blizzard, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111

*Via U.S. Mail*
Bernard Persky, Esq.
GOODKIN LABATON RUDOFF & SUCHAROW
100 Park Avenue
New York, NY 10017

*Via U.S. Mail*
Christopher T. Holding, Esq.
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109

*Via U.S. Mail*
Neill Clark, Esquire
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

*Via U.S. Mail*
Mary B. Matterer, Esq.
MORRIS JAMES HITCHENS & WILLIAMS, LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

*Via U.S. Mail*
Jeffrey S. Goddess, Esq.
ROSENTHAL MONHAIT GROSS & GODDESS, P.A.
P.O. Box 1070
Wilmington, DE 19899

*Via U.S. Mail*
Bryan L. Clobes, Esq.
MILLER FAUCHER & CAFFERTY, LLP
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103

*Via U.S. Mail*
Adam Steinfeld, Esq.
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036

*Via U.S. Mail*
Joseph T. Lukens, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

|  |  |
|---|---|
| | PRICKETT, JONES & ELLIOTT, P.A.<br><br>*Elizabeth McGeever by [signature]*<br>Elizabeth M. McGeever (#2057)<br>1310 King Street<br>Wilmington, DE 19801<br>(302) 888-6500<br>*ATTORNEYS FOR PLAINTIFFS WALGREEN CO., ECKERD CORPORATION, THE KROGER CO., MAXI DRUG, INC. D/B/A BROOKS PHARMACY, ALBERTSON'S, INC., SAFEWAY, INC., AND HY-VEE, INC.* |

OF COUNSEL:
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER P.A.
1100 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000

Dated: September 15, 2006