UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: C.A. No. 05-605 (KAJ) | ) ) ) ) ) | Civil Action No. 05-340 (KAJ) CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 15, 2006, I caused a copy of PLAINTIFFS RITE AID CORPORATION, RITE AID HDQTRS. CORP., AND CVS CORPORATION'S RESPONSE TO DEFENDANTS' THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS and this NOTICE OF SERVICE to be served as follows:

*Via Email & U.S. Mail*
William F. Cavanaugh, Jr., Esq.
PATTERSON BELKNAP WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

*Via Email & U.S. Mail*
Steven C. Sunshine, Esq.
CADWALADER WICKERSHAM & TAFT, LLP
1201 F Street, N.W.
Washington, D.C. 20004

*Via Email & U.S. Mail*
Josy W. Ingersoll, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

*Via Email & U.S. Mail*
Frederick L. Cottrell, III, Esq.
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801

19638.1\314140v1

*Via Email & U.S. Mail*
Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19801

*Via Email & U.S. Mail*
Mary B. Matterer, Esq.
MORRIS JAMES HITCHENS & WILLIAMS, LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

*Via Email & U.S. Mail*
Pamela S. Tikellis, Esq.
CHIMICLES & TIKELLIS, LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

*Via Email & U.S. Mail*
Jeffrey S. Goddess, Esq.
ROSENTHAL MONHAIT GROSS & GODDESS, P.A.
P.O. Box 1070
Wilmington, DE 19899

*Via Email & U.S. Mail*
Paula L. Blizzard, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111

*Via Email & U.S. Mail*
Bryan L. Clobes, Esq.
MILLER FAUCHER & CAFFERTY, LLP
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103

*Via Email & U.S. Mail*
Bernard Persky, Esq.
GOODKIN LABATON RUDOFF & SUCHAROW
100 Park Avenue
New York, NY 10017

*Via Email & U.S. Mail*
Adam Steinfeld, Esq.
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036

*Via Email & U.S. Mail*
Christopher T. Holding, Esq.
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109

*Via Email & U.S. Mail*
Scott Perwin, Esquire
Kenny Nachwalter P.A.
1100 Miami Center, 201 South Biscayne Blvd.
Miami, FL 33131-4327

*Via Email & U.S. Mail*
Neill Clark, Esquire
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

          PRICKETT, JONES & ELLIOTT, P.A.


*Elizabeth McGeever by CJE* /4378
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
*ATTORNEYS FOR PLAINTIFFS RITE AID CORPORATION, RITE AID HDQTRS. CORP., AND CVS CORPORATION*

OF COUNSEL:

Steve D. Shadowen
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101

Joseph T. Lukens
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103

Dated: September 15, 2006

19638.1\314140v1

3