IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) | Civil Action No. 05-340 (KAJ)  CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *(1) Abbott's and Fournier's First Set of Interrogatories to Direct Purchaser Plaintiffs; (2) Abbott's and Fournier's First Set of Interrogatories to Plaintiffs CVS and Rite Aid; and (3) Abbott's and Fournier's First Set of Interrogatories to the Walgreens Plaintiffs* were caused to be served on September 25, 2006 upon the following in the manner indicated:

## BY ELECTRONIC MAIL

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (C.A. 05-340): | Jeffrey S. Goddess  **jgoddess@rmgglaw.com** |
| | Bruce E. Gerstein  **bgerstein@garwingerstein.com** |
| | Barry S. Taus  **btaus@garwingerstein.com** |
| | Adam M. Steinfeld  **asteinfeld@garwingerstein.com** |
| | Daniel Berger  **danberger@bm.net** |
| | Eric L. Cramer  **ecramer@bm.net** |
| | Peter Kohn  **pkohn@bm.net** |
| | Linda P. Nussbaum  **lnussbaum@cmht.com** |
| | Steig D. Olson  **solson@cmht.com** |

| | |
|---|---|
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI (C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com** |
| | Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
| | Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING CVS, RITE AID (C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com** |
| | Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com** |
| | William Christopher Carmody<br>**bcarmody@susmangodfrey.com** |
| | John Turner<br>**jturner@susmangodfrey.com** |
| | Shawn Rabin<br>**srabin@susmangodfrey.com** |
| | Justin Nelson<br>**jnelson@susmangodfrey.com** |
| | Cindy Tijerina<br>**ctijerina@susmangodfrey.com** |
| | Ken Zylstra<br>**kzylstra@sbclasslaw.com** |
| | Steve Connolly<br>**sconnolly@sbclasslaw.com** |
| | Mark Sandman<br>**mms@rawlingsandassociates.com** |
| | Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING AMERICAN SALES COMPANY INC. (C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com** |
| | Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING INDIRECT PURCHASER CLASS PLAINTIFFS (C.A. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>Mike Gottsch |

|  |  |
|---|---|
|  | A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Theodore M. Lieverman<br>Pat Howard<br><br>**tricor@chimicles.com** |
| REPRESENTING TEVA PHARMACEUTICALS<br>(C.A. 02-1512): | Josy W. Ingersoll<br>Karen E. Keller<br>Bruce M. Gagala<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |
| REPRESENTING IMPAX LABORATORIES<br>(C.A. 03-120): | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING FOURNIER<br>(ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven C. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br><br>**tricor@rlf.com** |

**BY HAND DELIVERY**

| | |
|---|---|
| Jeffrey S. Goddess, Esquire<br>ROSENTHAL, MONHAIT & GODDESS, PA<br>P.O. Box 1070<br>Wilmington, DE  19899 | Elizabeth M. McGeever, Esquire<br>PRICKETT JONES & ELLIOTT, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19899 |

- 4 -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

  *Attorneys for Defendant Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

Dated:  September 25, 2006

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 25, 2006, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on September 25, 2006 upon the following parties:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (LOUISIANA WHOLESALE, ROCHESTER DRUG, MEIJER) (C.A. 05-340): | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com**<br><br>Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br><br>Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br><br>Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br><br>Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI (C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING CVS, RITE AID (C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |

- 2 -

| | |
|---|---|
| REPRESENTING PACIFICARE<br>(C.A. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner<br>**jturner@susmangodfrey.com**<br><br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson<br>**jnelson@susmangodfrey.com**<br><br>Cindy Tijerina<br>**ctijerina@susmangodfrey.com**<br><br>Ken Zylstra<br>**kzylstra@sbclasslaw.com**<br><br>Steve Connolly<br>**sconnolly@sbclasslaw.com**<br><br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING AMERICAN SALES COMPANY INC.<br>(C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING INDIRECT PURCHASER<br>CLASS PLAINTIFFS<br>(C.A. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>Mike Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Theodore M. Lieverman<br>Pat Howard<br><br>**tricor@chimicles.com** |

|  |  |
|---|---|
| REPRESENTING TEVA PHARMACEUTICALS (C.A. 02-1512): | Josy W. Ingersoll<br>Karen E. Keller<br>Bruce M. Gagala<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |
| REPRESENTING IMPAX LABORATORIES (C.A. 03-120): | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven C. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br><br>**tricor@rlf.com** |

The undersigned also hereby certifies that on September 25, 2006, true and correct copies of the foregoing were caused to be served by hand upon the following local counsel:

Jeffrey S. Goddess, Esquire  
ROSENTHAL, MONHAIT & GODDESS, PA  
P.O. Box 1070  
Wilmington, DE 19899

Elizabeth M. McGeever, Esquire  
PRICKETT JONES & ELLIOTT, P.A.  
1310 King Street  
P.O. Box 1328  
Wilmington, DE 19899

*James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)