IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-340-KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: ) ) | |
| ALL ACTIONS ) | |

### ORDER

At Wilmington this **27th** day of **September, 2006,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **October 6, 2006 at 9:00 a.m.** with the undersigned. **Counsel for Fournier Industrie Et Santé shall initiate the teleconference.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE