IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | : <br> : <br> : <br> : |
| THIS DOCUMENT RELATES TO: | : Civil Action No. 05-340 (KAJ) <br> : <br> : |
| *CVS and Rite Aid (05-605)* <br> *Walgreen (05-404)* | : <br> : <br> : |

**NOTICE OF SERVICE**

I hereby certify that on September 29, 2006, I caused to be served the foregoing CVS, RITE AID AND WALGREEN PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS TO DEFENDANT ABBOTT and this NOTICE OF SERVICE to the following recipients via the method of service indicated:

**VIA FEDERAL EXPRESS**

William F. Cavanaugh, Esq.
Chad J. Peterman, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Matthew Hendrickson, Esq.
Bradley J. Demuth, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**VIA E-MAIL**

Frederick L. Cottrell, III, Esq.
Anne M. Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Charles D. Ossola, Esq.
Leslie Hill, Esq.
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004-1201

Mary B. Graham, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

Timothy Bickham, Esq.
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036-1795

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Pam S. Tikellis, Esq.
Chimicles & Tikellis, LLP
One Rodney Square
Wilmington, DE 19801

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, LTD
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Joseph T. Lukens, Esq.
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

John W. Turner, Esq.
Susman Godfrey
901 Main Street, Suite 4100
Dallas, TX 75202-3775

Matthew P Hendrickson, Esq.
Maria M. DiMoscato, Esq.
Steven C. Sunshine, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, DC 20004

William F. Cavenaugh, Esq.
Eugene M. Gelernter, Esq.
Chad J. Peterman, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Bernard Persky, Esq.
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

Bryan L. Clobes, Esq.
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
18th and Cherry Streets
Philadelphia, PA 19103

Scott E. Perwin, Esq.
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 22122-4327

Adam Steinfeld, Esq.
Barry S. Taus, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

Bradley J. Demuth, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

PRICKETT, JONES & ELLIOTT, P.A.

*Elizabeth M. McGeever* by J. Ayer/kg
#4578
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
*ATTORNEYS FOR PLAINTIFFS WALGREEN CO., ECKERD CORPORATION, THE KROGER CO., MAXI DRUG, INC. D/B/A BROOKS PHARMACY, ALBERTSON'S, INC., SAFEWAY, INC., HY-VEE, INC., RITE AID CORPORATION, RITE AID HDQTRS. CORP., AND CVS CORPORATION*

Dated: September 29, 2006

3