IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CVS PHARMACY, INC.,** <br> **RITE AID CORPORATION,** <br> **RITE AID HDTRS., CORP.** <br><br> Plaintiffs, <br><br> vs. <br><br> **ABBOTT LABORATORIES;** <br> **FOURNIER INDUSTRIE ET SANTÉ;** <br> **and LABORATORIES FOURNIER S.A.,** <br><br> Defendants. | C.A No. 05-340 (KAJ) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Eric L. Bloom, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed : /s/ Eric L. Bloom

Date : September 29, 2006

HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103-6933