## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, I caused the foregoing document to be served on the following parties via CM/ECF and/or email:

| | |
|---|---|
| William F. Cavanaugh, Jr., Esq.<br>Patterson Belknap Webb & Tyler, LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Steven C. Sunshine, Esq.<br>Bradley J. Demuth, Esq.<br>Cadwalader Wickersham & Taft, LLP<br>1201 F Street, N.W.<br>Washington, D.C. 20004 |
| Josy W. Ingersoll, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Frederick L. Cottrell, III, Esq.<br>Anne Shea Gaza, Esq.<br>Richards Layton & Finger<br>One Rodney Square, 920 North King Street<br>Wilmington, DE 19801 |
| Mary B. Graham, Esq.<br>James W. Parrett, Jr., Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801 | Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams, LLP<br>222 Delaware Ave., 10th Floor<br>Wilmington, DE 19801 |
| Pamela S. Tikellis, Esq.<br>Chimicles & Tikellis, LLP<br>One Rodney Square, P.O. Box 1035<br>Wilmington, DE 19899 | Jeffrey S. Goddess, Esq.<br>Rosenthal Monhait Gross & Goddess, P.A.<br>P.O. Box 1070<br>Wilmington, DE 19899 |
| Asim Bhansali, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | Bryan L. Clobes, Esq.<br>Miller Faucher & Cafferty, LLP<br>One Logan Square, Suite 1700<br>Philadelphia, PA 19103 |
| Bernard Persky, Esq.<br>Goodkin Labaton Rudoff & Sucharow<br>100 Park Avenue<br>New York, NY 10017 | Adam Steinfeld, Esq.<br>Garwin Gerstein & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036 |

Christopher T. Holding, Esq.  
Goodwin Procter, LLP  
Exchange Place  
Boston, MA 02109  

Neill Clark, Esquire  
Berger & Montague, PC  
1622 Locust Street  
Philadelphia, PA 19103  

Joseph T. Lukens, Esq.  
Hangley Aronchick Segal & Pudlin  
One Logan Square, 27th Floor  
Philadelphia, PA 19103-6933  

Jonathan L. Parshall, Esquire  
Murphy Spadaro & Landon  
1011 Centre Road, Suite 210  
Wilmington, DE 19801  

REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340):

Bruce E. Gerstein  
**bgerstein@garwingerstein.com**  

Adam M. Steinfeld  
**asteinfeld@garwingerstein.com**  

Daniel Berger  
**danberger@bm.net**  

Peter Kohn  
**pkohn@bm.net**  

Linda P. Nussbaum  
**lnussbaum@cmht.com**  

David P. Germaine  
**dgermaine@vaneklaw.com**  

Stuart Des Roches  
**stuart@odrlaw.com**  

Adelaida Ferchmin  
**aferchmin@odrlaw.com**  

Russell A. Chorush  
**rchorush@hpcllp.com**  

Barry S. Taus  
**btaus@garwingerstein.com**  

Rimma Neman  
**rneman@garwingerstein.com**  

Eric L. Cramer  
**ecramer@bm.net**  

Neill W. Clark  
**nclark@bm.net**  

Steig D. Olson  
**solson@cmht.com**  

Joseph Vanek  
**jvanek@vaneklaw.com**  

Andrew Kelly  
**akelly@odrlaw.com**  

David P. Smith  
**dpsmith@psfllp.com**  

Michael F. Heim  
**mheim@hpcllp.com**

REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340):

Scott E. Perwin
**sperwin@kennynachwalter.com**

Lauren Ravkind
**lravkind@kennynachwalter.com**

Joseph T. Lukens
**jlukens@hangley.com**

Elizabeth M. McGeever
**emmcgeever@prickett.com**

REPRESENTING PACIFICARE (C.A. No. 05-340):

Jonathan L. Parshall
**jonp@msllaw.com**

William Christopher Carmody
**bcarmody@susmangodfrey.com**

John Turner
**jturner@susmangodfrey.com**

Shawn Rabin
**srabin@susmangodfrey.com**

Justin Nelson
**jnelson@susmangodfrey.com**

Ken Zylstra
**kzylstra@sbclasslaw.com**

Lyle Stamps
**lstamps@sbclasslaw.com**

Steve Connolly
**sconnolly@sbclasslaw.com**

Casey Murphy
**cmurphy@sbclasslaw.com**

Mark Sandman
**mms@rawlingsandassociates.com**

Jeffrey Swann
**js5@rawlingsandassociates.com**

REPRESENTING IMPAX LABORATORIES (C.A. No. 03-120):

Mary Matterer
**mmatterer@morrisjames.com**

John C. Vetter
**jvetter@kenyon.com**

Asim Bhansali
**abhansali@kvn.com**

REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360):

Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffery L. Kodroff
Bernard J. Persky
Michael Gottsch
A. Zachary Naylor
Robert Davis
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven
Greg Matthews
Christopher McDonald
Kellie Safar
Ted Lieverman
Pat Howard
**tricor@chimicles.com**

Michael I. Silverman
**mike@silverman-mcdonald.psemail.com**

Lynn A. Iannone
**lynn@silverman-mcdonald.psemail.com**

Patrick Francis Morris
**pmorris@morrisandmorrislaw.com**

REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512):

Josy W. Ingersoll
Bruce M. Gagala
Karen E. Keller
Christopher T. Holding
Ken Cohen
Elaine Blais
**tricor@ycst.com**

REPRESENTING ABBOTT (ALL CASES):

Mary B. Graham  
**tricor@mnat.com**

William F. Cavanaugh  
**wfcavanaugh@pbwt.com**

Chad J. Peterman  
**cjpeterman@pbwt.com**

REPRESENTING FOURNIER (ALL CASES):

Frederick L. Cottrell, III  
Anne Shea Gaza  
Steven S. Sunshine  
Matthew P. Hendrickson  
Bradley J. Demuth  
Maggie DiMoscato  
Timothy C. Bickham  
**tricor@rlf.com**

_____  
Elizabeth M. McGeever (#2057)  
emmcgeever@prickett.com