IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | C. A. No. 05-340 KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C. A. No. 05-360 KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**AMENDED NOTICE OF TAKING THE
VIDEO-TAPED DEPOSITION OF LINDA GUSTAVSON**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs in the above-referenced action will take the video-taped deposition upon oral examination of Linda Gustavson. This deposition will occur as follows:

| Date | Time | Place |
|---|---|---|
| October 26, 2006 | 9:00 a.m. | Deer Path Inn<br>255 E. Illinois Road<br>Lake Forest, IL 60045. |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

.\316557v1

ROSENTHAL, MONHAIT & GODDESS, P.A.


_____/s/ Jeffrey S. Goddess_____
Jeffrey S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com
(302) 656-4433


PRICKETT, JONES & ELLIOTT, P.A.


_____/s/ Elizabeth M. McGeever_____
Elizabeth M. McGeever (Del. Bar No. 2057)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
emmcgeever@prickett.com
(302) 888-6521
Counsel for Walgreen Co., Eckerd Corporation,
The Kroger Co., Maxi Drug, Inc. d/b/a Brooks
Pharmacy, Albertson's Inc., Safeway, Inc.,
Hy-Vee, Inc., American Sales Company, Inc.
CVS Pharmacy, Inc., Rite Aid Corporation and Rite
Aid Hdqtrs. Corp.


CHIMICLES & TIKELLIS LLP


_____/s/ A. Zachary Naylor_____
A. Zachary Naylor (Del. Bar No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
zacharynaylor@chimicles.com
(302) 656-2500
Liaison Counsel for Indirect Purchaser Class

                MURPHY, SPADARO & LANDON

                */s/ Jonathan L. Parshall*
                Jonathan L. Parshall (Del. Bar No. 3247)
                1011 Centre Road, Suite 210
                Wilmington, DE 19805
                jonp@msllaw.com
                (302) 472-8100
                Attorneys for Pacificare Health Systems, Inc.

Dated: October 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2006, I caused the foregoing document to be served on the following parties via CM/ECF and/or email:

William F. Cavanaugh, Jr., Esq.
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Steven C. Sunshine, Esq.
Bradley J. Demuth, Esq.
Cadwalader Wickersham & Taft, LLP
1201 F Street, N.W.
Washington, D.C. 20004

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square, 920 North King Street
Wilmington, DE 19801

Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Mary B. Matterer, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

Pamela S. Tikellis, Esq.
Chimicles & Tikellis, LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
P.O. Box 1070
Wilmington, DE 19899

Asim Bhansali, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Bryan L. Clobes, Esq.
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
Philadelphia, PA 19103

Bernard Persky, Esq.
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

Adam Steinfeld, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

19638.1\315540v1

Christopher T. Holding, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

Neill Clark, Esquire
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Joseph T. Lukens, Esq.
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

Jonathan L. Parshall, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19801

REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340):

Bruce E. Gerstein
**bgerstein@garwingerstein.com**

Adam M. Steinfeld
**asteinfeld@garwingerstein.com**

Daniel Berger
**danberger@bm.net**

Peter Kohn
**pkohn@bm.net**

Linda P. Nussbaum
**lnussbaum@cmht.com**

David P. Germaine
**dgermaine@vaneklaw.com**

Stuart Des Roches
**stuart@odrlaw.com**

Adelaida Ferchmin
**aferchmin@odrlaw.com**

Russell A. Chorush
**rchorush@hpcllp.com**

Barry S. Taus
**btaus@garwingerstein.com**

Rimma Neman
**rneman@garwingerstein.com**

Eric L. Cramer
**ecramer@bm.net**

Neill W. Clark
**nclark@bm.net**

Steig D. Olson
**solson@cmht.com**

Joseph Vanek
**jvanek@vaneklaw.com**

Andrew Kelly
**akelly@odrlaw.com**

David P. Smith
**dpsmith@psfllp.com**

Michael F. Heim
**mheim@hpcllp.com**

REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340):

Scott E. Perwin
**sperwin@kennynachwalter.com**

Lauren Ravkind
**lravkind@kennynachwalter.com**

Joseph T. Lukens
**jlukens@hangley.com**

Elizabeth M. McGeever
**emmcgeever@prickett.com**

REPRESENTING PACIFICARE (C.A. No. 05-340):

Jonathan L. Parshall
**jonp@msllaw.com**

William Christopher Carmody
**bcarmody@susmangodfrey.com**

John Turner
**jturner@susmangodfrey.com**

Shawn Rabin
**srabin@susmangodfrey.com**

Justin Nelson
**jnelson@susmangodfrey.com**

Ken Zylstra
**kzylstra@sbclasslaw.com**

Lyle Stamps
**lstamps@sbclasslaw.com**

Steve Connolly
**sconnolly@sbclasslaw.com**

Casey Murphy
**cmurphy@sbclasslaw.com**

Mark Sandman
**mms@rawlingsandassociates.com**

Jeffrey Swann
**js5@rawlingsandassociates.com**

REPRESENTING IMPAX LABORATORIES (C.A. No. 03-120):

Mary Matterer
**mmatterer@morrisjames.com**

John C. Vetter
**jvetter@kenyon.com**

Asim Bhansali
**abhansali@kvn.com**

REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360):

Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffery L. Kodroff
Bernard J. Persky
Michael Gottsch
A. Zachary Naylor
Robert Davis
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven
Greg Matthews
Christopher McDonald
Kellie Safar
Ted Lieverman
Pat Howard
**tricor@chimicles.com**

Michael I. Silverman
**mike@silverman-mcdonald.psemail.com**

Lynn A. Iannone
**lynn@silverman-mcdonald.psemail.com**

Patrick Francis Morris
**pmorris@morrisandmorrislaw.com**

REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512):

Josy W. Ingersoll
Bruce M. Gagala
Karen E. Keller
Christopher T. Holding
Ken Cohen
Elaine Blais
**tricor@ycst.com**

REPRESENTING ABBOTT (ALL CASES):

Mary B. Graham
**tricor@mnat.com**

William F. Cavanaugh
**wfcavanaugh@pbwt.com**

Chad J. Peterman
**cjpeterman@pbwt.com**

REPRESENTING FOURNIER (ALL CASES):

Frederick L. Cottrell, III
Anne Shea Gaza
Steven S. Sunshine
Matthew P. Hendrickson
Bradley J. Demuth
Maggie DiMoscato
Timothy C. Bickham
**tricor@rlf.com**

_____
Elizabeth M. McGeever (#2057)
emmcgeever@prickett.com