IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | )<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>C.A. No. 05-605 (KAJ) | )<br>)<br>)<br>)<br>) |

Civil Action No. 05-340 (KAJ)
CONSOLIDATED

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 16, 2006, I caused a copy of PLAINTIFFS RITE AID CORPORATION, RITE AID HDQTRS. CORP., AND CVS CORPORATION'S RESPONSE TO DEFENDANTS' FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS and this NOTICE OF SERVICE to be served via EF/CMF and/or email on the following:

William F. Cavanaugh, Jr., Esq.
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Steven C. Sunshine, Esq.
Bradley J. Demuth, Esq.
Cadwalader Wickersham & Taft, LLP
1201 F Street, N.W.
Washington, D.C. 20004

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square, 920 North King Street
Wilmington, DE 19801

Mary B. Matterer, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

19638.1\315540v1

Pamela S. Tikellis, Esq.  
Chimicles & Tikellis, LLP  
One Rodney Square, P.O. Box 1035  
Wilmington, DE 19899  

Jeffrey S. Goddess, Esq.  
Rosenthal Monhait Gross & Goddess, P.A.  
P.O. Box 1070  
Wilmington, DE 19899  

Asim Bhansali, Esq.  
Keker & Van Nest, LLP  
710 Sansome Street  
San Francisco, CA 94111  

Bryan L. Clobes, Esq.  
Miller Faucher & Cafferty, LLP  
One Logan Square, Suite 1700  
Philadelphia, PA 19103  

Bernard Persky, Esq.  
Goodkin Labaton Rudoff & Sucharow  
100 Park Avenue  
New York, NY 10017  

Adam Steinfeld, Esq.  
Garwin Gerstein & Fisher, LLP  
1501 Broadway, Suite 1416  
New York, NY 10036  

Christopher T. Holding, Esq.  
Goodwin Procter, LLP  
Exchange Place  
Boston, MA 02109  

Joseph T. Lukens, Esq.  
Hangley Aronchick Segal & Pudlin  
One Logan Square, 27th Floor  
Philadelphia, PA 19103-6933  

Neill Clark, Esquire  
Berger & Montague, PC  
1622 Locust Street  
Philadelphia, PA 19103  

Jonathan L. Parshall, Esquire  
Murphy Spadaro & Landon  
1011 Centre Road, Suite 210  
Wilmington, DE 19801  

REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340):

Bruce E. Gerstein  
**bgerstein@garwingerstein.com**

Barry S. Taus  
**btaus@garwingerstein.com**

Adam M. Steinfeld  
**asteinfeld@garwingerstein.com**

Rimma Neman  
**rneman@garwingerstein.com**

Daniel Berger  
**danberger@bm.net**

Eric L. Cramer  
**ecramer@bm.net**

Peter Kohn  
**pkohn@bm.net**

Neill W. Clark  
**nclark@bm.net**

Linda P. Nussbaum  
**lnussbaum@cmht.com**

Steig D. Olson  
**solson@cmht.com**

| | |
|---|---|
| David P. Germaine<br>**dgermaine@vaneklaw.com** | Joseph Vanek<br>**jvanek@vaneklaw.com** |
| Stuart Des Roches<br>**stuart@odrlaw.com** | Andrew Kelly<br>**akelly@odrlaw.com** |
| Adelaida Ferchmin<br>**aferchmin@odrlaw.com** | David P. Smith<br>**dpsmith@psfllp.com** |
| Russell A. Chorush<br>**rchorush@hpcllp.com** | Michael F. Heim<br>**mheim@hpcllp.com** |

REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340):

Scott E. Perwin
**sperwin@kennynachwalter.com**

Lauren Ravkind
**lravkind@kennynachwalter.com**

Joseph T. Lukens
**jlukens@hangley.com**

Elizabeth M. McGeever
**emmcgeever@prickett.com**

REPRESENTING PACIFICARE (C.A. No. 05-340):

Jonathan L. Parshall
**jonp@msllaw.com**

William Christopher Carmody
**bcarmody@susmangodfrey.com**

John Turner
**jturner@susmangodfrey.com**

Shawn Rabin
**srabin@susmangodfrey.com**

Justin Nelson
**jnelson@susmangodfrey.com**

Ken Zylstra
**kzylstra@sbclasslaw.com**

Lyle Stamps
**lstamps@sbclasslaw.com**

Steve Connolly
**sconnolly@sbclasslaw.com**

Casey Murphy
**cmurphy@sbclasslaw.com**

Mark Sandman
**mms@rawlingsandassociates.com**

Jeffrey Swann
**js5@rawlingsandassociates.com**

REPRESENTING IMPAX LABORATORIES (C.A. No. 03-120):

Mary Matterer  
**mmatterer@morrisjames.com**

John C. Vetter  
**jvetter@kenyon.com**

Asim Bhansali  
**abhansali@kvn.com**

REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360):

Pamela S. Tikellis  
Thomas M. Sobol  
Patrick E. Cafferty  
Jeffery L. Kodroff  
Bernard J. Persky  
Michael Gottsch  
A. Zachary Naylor  
Robert Davis  
Brian Clobes  
Michael Tarringer  
Tim Fraser  
David Nalven  
Greg Matthews  
Christopher McDonald  
Kellie Safar  
Ted Lieverman  
Pat Howard  
**tricor@chimicles.com**

Michael I. Silverman  
**mike@silverman-mcdonald.psemail.com**

Lynn A. Iannone  
**lynn@silverman-mcdonald.psemail.com**

Patrick Francis Morris  
**pmorris@morrisandmorrislaw.com**

REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512):

Josy W. Ingersoll
Bruce M. Gagala
Karen E. Keller
Christopher T. Holding
Ken Cohen
Elaine Blais
**tricor@ycst.com**

REPRESENTING ABBOTT (ALL CASES):

| | |
|---|---|
| Mary B. Graham | William F. Cavanaugh |
| **tricor@mnat.com** | **wfcavanaugh@pbwt.com** |

Chad J. Peterman
**cjpeterman@pbwt.com**


REPRESENTING FOURNIER (ALL CASES):

Frederick L. Cottrell, III
Anne Shea Gaza
Steven S. Sunshine
Matthew P. Hendrickson
Bradley J. Demuth
Maggie DiMoscato
Timothy C. Bickham
**tricor@rlf.com**

                                    PRICKETT, JONES & ELLIOTT, P.A.

                                    /s/ Elizabeth M. McGeever by J. Clayton Athey #4378
                                    Elizabeth M. McGeever (#2057)
                                    1310 King Street
                                    Wilmington, DE 19801
                                    (302) 888-6500
                                    *Attorneys for Plaintiffs Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and CVS Corporation*

OF COUNSEL:

Steve D. Shadowen
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Fourth Street, Suite 700
Harrisburg, PA 17101-1713
Telephone: (717) 364-1030

Joseph T. Lukens
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7032

Dated: October 16, 2006