IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION : <br> : <br> ———————————————————— : <br> : Civil Action No. 05-340 (KAJ) <br> THIS DOCUMENT RELATES TO: : <br> : <br> Walgreen (05-404) : <br> ———————————————————— : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 30, 2006, I caused a copy of WALGREEN PLAINTIFFS' RESPONSES TO ABBOTT'S AND FOURNIER'S SECOND SET OF INTERROGATORIES and this NOTICE OF SERVICE to be served via EF/CMF and/or email on the following:

| | |
|---|---|
| William F. Cavanaugh, Jr., Esq.<br>Patterson Belknap Webb & Tyler, LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Steven C. Sunshine, Esq.<br>Bradley J. Demuth, Esq.<br>Cadwalader Wickersham & Taft, LLP<br>1201 F Street, N.W.<br>Washington, D.C. 20004 |
| Josy W. Ingersoll, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Frederick L. Cottrell, III, Esq.<br>Anne Shea Gaza, Esq.<br>Richards Layton & Finger<br>One Rodney Square, 920 North King Street<br>Wilmington, DE 19801 |
| Mary B. Graham, Esq.<br>James W. Parrett, Jr., Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801 | Mary B. Matterer, Esq.<br>Morris James Hitchens & Williams, LLP<br>222 Delaware Ave., 10th Floor<br>Wilmington, DE 19801 |

Pamela S. Tikellis, Esq.
Chimicles & Tikellis, LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

Asim Bhansali, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Bernard Persky, Esq.
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

Christopher T. Holding, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

Neill Clark, Esquire
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
P.O. Box 1070
Wilmington, DE 19899

Bryan L. Clobes, Esq.
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
Philadelphia, PA 19103

Adam Steinfeld, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

Joseph T. Lukens, Esq.
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

Jonathan L. Parshall, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19801

REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340):

Bruce E. Gerstein
**bgerstein@garwingerstein.com**

Adam M. Steinfeld
**asteinfeld@garwingerstein.com**

Daniel Berger
**danberger@bm.net**

Peter Kohn
**pkohn@bm.net**

Linda P. Nussbaum
**lnussbaum@cmht.com**

Barry S. Taus
**btaus@garwingerstein.com**

Rimma Neman
**rneman@garwingerstein.com**

Eric L. Cramer
**ecramer@bm.net**

Neill W. Clark
**nclark@bm.net**

Steig D. Olson
**solson@cmht.com**

| | |
|---|---|
| David P. Germaine<br>**dgermaine@vaneklaw.com** | Joseph Vanek<br>**jvanek@vaneklaw.com** |
| Stuart Des Roches<br>**stuart@odrlaw.com** | Andrew Kelly<br>**akelly@odrlaw.com** |
| Adelaida Ferchmin<br>**aferchmin@odrlaw.com** | David P. Smith<br>**dpsmith@psfllp.com** |
| Russell A. Chorush<br>**rchorush@hpcllp.com** | Michael F. Heim<br>**mheim@hpcllp.com** |

REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340):

| | |
|---|---|
| Scott E. Perwin<br>**sperwin@kennynachwalter.com** | Lauren Ravkind<br>**lravkind@kennynachwalter.com** |
| Joseph T. Lukens<br>**jlukens@hangley.com** | Elizabeth M. McGeever<br>**emmcgeever@prickett.com** |

REPRESENTING PACIFICARE (C.A. No. 05-340):

| | |
|---|---|
| Jonathan L. Parshall<br>**jonp@msllaw.com** | William Christopher Carmody<br>**bcarmody@susmangodfrey.com** |
| John Turner<br>**jturner@susmangodfrey.com** | Shawn Rabin<br>**srabin@susmangodfrey.com** |
| Justin Nelson<br>**jnelson@susmangodfrey.com** | Ken Zylstra<br>**kzylstra@sbclasslaw.com** |
| Lyle Stamps<br>**lstamps@sbclasslaw.com** | Steve Connolly<br>**sconnolly@sbclasslaw.com** |
| Casey Murphy<br>**cmurphy@sbclasslaw.com** | Mark Sandman<br>**mms@rawlingsandassociates.com** |
| Jeffrey Swann<br>**js5@rawlingsandassociates.com** | |

REPRESENTING IMPAX LABORATORIES (C.A. No. 03-120):

| | |
|---|---|
| Mary Matterer<br>**mmatterer@morrisjames.com** | John C. Vetter<br>**jvetter@kenyon.com** |

Asim Bhansali
**abhansali@kvn.com**

REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360):

Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffery L. Kodroff
Bernard J. Persky
Michael Gottsch
A. Zachary Naylor
Robert Davis
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven
Greg Matthews
Christopher McDonald
Kellie Safar
Ted Lieverman
Pat Howard
**tricor@chimicles.com**

Michael I. Silverman
**mike@silverman-mcdonald.psemail.com**

Lynn A. Iannone
**lynn@silverman-mcdonald.psemail.com**

Patrick Francis Morris
**pmorris@morrisandmorrislaw.com**

REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512):

Josy W. Ingersoll
Bruce M. Gagala
Karen E. Keller
Christopher T. Holding
Ken Cohen
Elaine Blais
**tricor@ycst.com**

REPRESENTING ABBOTT (ALL CASES):

| | |
|---|---|
| Mary B. Graham | William F. Cavanaugh |
| **tricor@mnat.com** | **wfcavanaugh@pbwt.com** |

Chad J. Peterman
**cjpeterman@pbwt.com**


REPRESENTING FOURNIER (ALL CASES):

Frederick L. Cottrell, III
Anne Shea Gaza
Steven S. Sunshine
Matthew P. Hendrickson
Bradley J. Demuth
Maggie DiMoscato
Timothy C. Bickham
**tricor@rlf.com**


                                            PRICKETT, JONES & ELLIOTT, P.A.

                                            */s/ Elizabeth M. McGeever*
                                            Elizabeth M. McGeever (#2057)
                                            1310 King Street
                                            Wilmington, DE 19801
                                            (302) 888-6500
                                            Attorneys for Plaintiffs Walgreen Co., Eckerd Corporation, The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's, Inc., Safeway, Inc., and Hy-Vee, Inc.

OF COUNSEL:

Richard Alan Arnold
Scott E. Perwin
Lauren Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center, 201 S. Biscayne Boulevard
Miami, Florida 33131-4327

Dated: October 30, 2006