IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | )<br>)<br>)<br>) C.A. No. 05-340 (KAJ) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>) CONSOLIDATED<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendants Abbott Laboratories, Fournier Industrie Et Santé and Laboratoires Fournier S.A.'s Joint Response to Direct Purchaser Plaintiffs' First Request for Admission and Related Interrogatories* were caused to be served on October 30, 2006 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (LOUISIANA WHOLESALE, ROCHESTER DRUG, MEIJER)<br><br>(C.A. 05-340) | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com**<br>Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br>Barry S. Taus<br>**btaus@garwingerstein.com**<br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br>Daniel Berger<br>**danberger@bm.net**<br>Eric L. Cramer<br>**ecramer@bm.net**<br>Peter Kohn<br>**pkohn@bm.net**<br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br>Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Scott E. Perwin |

- 2 -

|  |  |
|---|---|
|  | **sperwin@kennynachwalter.com** |
| REPRESENTING CVS, RITE AID | Elizabeth M. McGeever |
|  | **emmcgeever@prickett.com** |
| (C.A. 05-340) | Joseph T. Lukens |
|  | **jlukens@hangley.com** |
|  | Steve D. Shadowen |
|  | **sshadowen@hangley.com** |
| REPRESENTING AMERICAN SALES COMPANY INC. | Elizabeth M. McGeever |
|  | **emmcgeever@prickett.com** |
| (C.A. 05-340) | Scott E. Perwin |
|  | **sperwin@kennynachwalter.com** |
| REPRESENTING INDIRECT PURCHASER CLASS PLAINTIFFS | A. Zachary Naylor |
|  | Pamela S. Tikellis |
|  | Thomas M. Sobol |
| (C.A. 05-360) | Patrick E. Cafferty |
|  | Jeffrey L. Kodroff |
|  | Bernard J. Persky |
|  | Mike Gottsch |
|  | Brian Clobes |
|  | Michael Tarringer |
|  | Tim Fraser |
|  | David Nalven |
|  | Greg Matthews |
|  | Christopher McDonald |
|  | Kellie Safar |
|  | Theodore M. Lieverman |
|  | Pat Howard |
|  | **tricor@chimicles.com** |
| REPRESENTING PACIFICARE | Jonathan L. Parshall |
|  | **jonp@msllaw.com** |
| (C.A. 05-360) | William Christopher Carmody |
|  | **bcarmody@susmangodfrey.com** |
|  | John Turner |
|  | **jturner@susmangodfrey.com** |
|  | Shawn Rabin |
|  | **srabin@susmangodfrey.com** |
|  | Justin Nelson |
|  | **jnelson@susmangodfrey.com** |
|  | Cindy Tijerina |
|  | **ctijerina@susmangodfrey.com** |
|  | Ken Zylstra |
|  | **kzylstra@sbclasslaw.com** |
|  | Steve Connolly |

|  |  |
|---|---|
|  | sconnolly@sbclasslaw.com |
|  | Mark Sandman |
|  | **mms@rawlingsandassociates.com** |
|  | Jeffrey Swann |
|  | **js5@rawlingsandassociates.com** |
| REPRESENTING TEVA PHARMACEUTICALS | Josy W. Ingersoll |
|  | Karen E. Keller |
| (C.A. 02-1512) | Bruce M. Gagala |
|  | Christopher T. Holding |
|  | Ken Cohen |
|  | Elaine Blais |
|  | **tricor@ycst.com** |
| REPRESENTING IMPAX LABORATORIES | Mary Matterer |
|  | **mmatterer@morrisjames.com** |
| (C.A. 03-120) | John C. Vetter |
|  | **jvetter@kenyon.com** |
|  | Asim Bhansali |
|  | **abhansali@kvn.com** |
| REPRESENTING FOURNIER | Frederick L. Cottrell, III |
|  | Anne Shea Gaza |
| (ALL CASES) | Steven C. Sunshine |
|  | Matthew P. Hendrickson |
|  | Bradley J. Demuth |
|  | Maggie DiMoscato |
|  | Timothy C. Bickham |
|  | **tricor@rlf.com** |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

OF COUNSEL:

_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200

William F. Cavanaugh, Jr.
Thomas W. Pippert
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
212.336.2000

*Attorneys for Abbott Laboratories*

Dated:  October 30, 2006
536373

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF and that true and correct copies of same were served upon the following parties via electronic mail:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (LOUISIANA WHOLESALE, ROCHESTER DRUG, MEIJER)<br><br>(C.A. 05-340) | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com**<br>Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br>Barry S. Taus<br>**btaus@garwingerstein.com**<br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br>Daniel Berger<br>**danberger@bm.net**<br>Eric L. Cramer<br>**ecramer@bm.net**<br>Peter Kohn<br>**pkohn@bm.net**<br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br>Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
| REPRESENTING CVS, RITE AID<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Joseph T. Lukens<br>**jlukens@hangley.com**<br>Steve D. Shadowen<br>**sshadowen@hangley.com** |
| REPRESENTING AMERICAN SALES COMPANY INC.<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Scott E. Perwin<br>**sperwin@kennynachwalter.com** |

- 2 -

| | |
|---|---|
| REPRESENTING INDIRECT PURCHASER CLASS PLAINTIFFS<br><br>(C.A. 05-360) | A. Zachary Naylor<br>Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>Mike Gottsch<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Theodore M. Lieverman<br>Pat Howard<br>**tricor@chimicles.com** |
| REPRESENTING PACIFICARE<br><br>(C.A. 05-360) | Jonathan L. Parshall<br>**jonp@msllaw.com**<br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br>John Turner<br>**jturner@susmangodfrey.com**<br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br>Justin Nelson<br>**jnelson@susmangodfrey.com**<br>Cindy Tijerina<br>**ctijerina@susmangodfrey.com**<br>Ken Zylstra<br>**kzylstra@sbclasslaw.com**<br>Steve Connolly<br>**sconnolly@sbclasslaw.com**<br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING TEVA PHARMACEUTICALS<br><br>(C.A. 02-1512) | Josy W. Ingersoll<br>Karen E. Keller<br>Bruce M. Gagala<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |

- 3 -

| | |
|---|---|
| REPRESENTING IMPAX LABORATORIES<br><br>(C.A. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com**<br>John C. Vetter<br>**jvetter@kenyon.com**<br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING FOURNIER<br><br>(ALL CASES) | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven C. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>**tricor@rlf.com** |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

536373