UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION )<br>)<br>)<br>──────────────────────────── )<br>)<br>THIS DOCUMENT RELATES TO: )<br>C.A. No. 05-605 (KAJ) )<br>)<br>──────────────────────────── ) | Civil Action No. 05-340 (KAJ)<br>CONSOLIDATED |

**RITE AID CORPORATION AND RITE AID HDQTRS. CORP.'S OBJECTION TO DEFENDANTS' NOTICE OF VIDEOTAPE DEPOSITION OF RITE AID CORP. AND RITE AID HDQTRS. CORP. PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs Rite Aid Corporation and Rite Aid Hdqtrs. ("Plaintiff"), through its undersigned counsel, hereby object to the Rule 30(b)(6) Deposition Notice of Defendants of the Videotape Deposition of Plaintiff, as follows:

1. Plaintiff objects to the definition of "Rite Aid" on the as over broad, unduly burdensome and vague. Plaintiffs further object to the definition of "Rite Aid" to the extent that it includes Plaintiff's attorneys, consultants and all others purporting to act on behalf of the related business entities.

2. Plaintiff objects to Defendants' efforts to use a Rule 30(b0(6) notice as a request for documents. Plaintiff will not produce any additional documents in response to the 30(b)(6) notice. Plaintiff further objects to the use of the 30(b)(6) as a document request to the extent that when combined with the definition of "Rite Aid" the request for documents could be construed to require Plaintiff to search for and produce documents that are in the custody and/or control of third parties.

TXdoc1803                                    1

3. Plaintiff objects to the subject matters specified in Exhibit A (specifically Topics 2 and 3) to the extent that they seek information relating to Plaintiff's sales, sales prices, sales terms, pricing, and profits because such subjects have no bearing on the claims or defenses in this case and will not lead to the discovery of admissible evidence. The Court has already ruled that defendants are not entitled to "downstream discovery."

4. Plaintiff objects to the subject matters specified in Exhibit A (including Topics 2, 3, and 5) to the extent that they include products other than TriCor, Lofibra, and any other fenofibrate product.

5. Plaintiff objects to Topics 4, 5, 6, 8 and 9 in Exhibit A to the extent that they seek opinions and conclusions on topics that will be the subject of expert testimony.

6. Plaintiff objects to all the subject matters specified in Exhibit A to the extent that they seek the disclosure of information protected from discovery by the attorney-client privilege, the work-product doctrine or any other applicable privilege and/or immunity.

7. Plaintiff objects to all of the subject matters specified in Exhibit A (including Topics 1, 2, 3, 4, 5, 6, 7, and 8) as overly broad, unduly burdensome and as seeking information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

8. Plaintiff objects to all of the subject matters specified in Exhibit A (including Topics 2, 5, 6 ) as vague and confusing.

PRICKETT, JONES & ELLIOTT, P.A.

*[signature]*
_____
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
*Attorneys for Plaintiffs Rite Aid Corporation, Rite Aid Hdqtrs. Corp. and CVS Corporation*

OF COUNSEL:

Steve D. Shadowen
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
Telephone: (717) 364-1030
Telecopy:  (717) 364-1020

Joseph T. Lukens
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7032
Telecopy:  (215) 568-0300

Dated: November 2, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2006, I caused the foregoing document to be served on the following parties via CM/ECF and/or email:

William F. Cavanaugh, Jr., Esq.
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Pamela S. Tikellis, Esq.
Chimicles & Tikellis, LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

Asim Bhansali, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Bernard Persky, Esq.
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

Steven C. Sunshine, Esq.
Bradley J. Demuth, Esq.
Cadwalader Wickersham & Taft, LLP
1201 F Street, N.W.
Washington, D.C. 20004

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square, 920 North King Street
Wilmington, DE 19801

Mary B. Matterer, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
P.O. Box 1070
Wilmington, DE 19899

Bryan L. Clobes, Esq.
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
Philadelphia, PA 19103

Adam Steinfeld, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

19638.1\315540v1

Christopher T. Holding, Esq.  
Goodwin Procter, LLP  
Exchange Place  
Boston, MA 02109  

Neill Clark, Esquire  
Berger & Montague, PC  
1622 Locust Street  
Philadelphia, PA 19103  

Joseph T. Lukens, Esq.  
Hangley Aronchick Segal & Pudlin  
One Logan Square, 27th Floor  
Philadelphia, PA 19103-6933  

Jonathan L. Parshall, Esquire  
Murphy Spadaro & Landon  
1011 Centre Road, Suite 210  
Wilmington, DE 19801  

REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340):

Bruce E. Gerstein  
**bgerstein@garwingerstein.com**

Adam M. Steinfeld  
**asteinfeld@garwingerstein.com**

Daniel Berger  
**danberger@bm.net**

Peter Kohn  
**pkohn@bm.net**

Linda P. Nussbaum  
**lnussbaum@cmht.com**

David P. Germaine  
**dgermaine@vaneklaw.com**

Stuart Des Roches  
**stuart@odrlaw.com**

Adelaida Ferchmin  
**aferchmin@odrlaw.com**

Russell A. Chorush  
**rchorush@hpcllp.com**

Barry S. Taus  
**btaus@garwingerstein.com**

Rimma Neman  
**rneman@garwingerstein.com**

Eric L. Cramer  
**ecramer@bm.net**

Neill W. Clark  
**nclark@bm.net**

Steig D. Olson  
**solson@cmht.com**

Joseph Vanek  
**jvanek@vaneklaw.com**

Andrew Kelly  
**akelly@odrlaw.com**

David P. Smith  
**dpsmith@psfllp.com**

Michael F. Heim  
**mheim@hpcllp.com**

REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340):

Scott E. Perwin
**sperwin@kennynachwalter.com**

Lauren Ravkind
**lravkind@kennynachwalter.com**

Joseph T. Lukens
**jlukens@hangley.com**

Elizabeth M. McGeever
**emmcgeever@prickett.com**

REPRESENTING PACIFICARE (C.A. No. 05-340):

Jonathan L. Parshall
**jonp@msllaw.com**

William Christopher Carmody
**bcarmody@susmangodfrey.com**

John Turner
**jturner@susmangodfrey.com**

Shawn Rabin
**srabin@susmangodfrey.com**

Justin Nelson
**jnelson@susmangodfrey.com**

Ken Zylstra
**kzylstra@sbclasslaw.com**

Lyle Stamps
**lstamps@sbclasslaw.com**

Steve Connolly
**sconnolly@sbclasslaw.com**

Casey Murphy
**cmurphy@sbclasslaw.com**

Mark Sandman
**mms@rawlingsandassociates.com**

Jeffrey Swann
**js5@rawlingsandassociates.com**

REPRESENTING IMPAX LABORATORIES (C.A. No. 03-120):

Mary Matterer
**mmatterer@morrisjames.com**

John C. Vetter
**jvetter@kenyon.com**

Asim Bhansali
**abhansali@kvn.com**

REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360):

Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffery L. Kodroff
Bernard J. Persky
Michael Gottsch
A. Zachary Naylor
Robert Davis
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven
Greg Matthews
Christopher McDonald
Kellie Safar
Ted Lieverman
Pat Howard
**tricor@chimicles.com**

Michael I. Silverman
**mike@silverman-mcdonald.psemail.com**

Lynn A. Iannone
**lynn@silverman-mcdonald.psemail.com**

Patrick Francis Morris
**pmorris@morrisandmorrislaw.com**

REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512):

Josy W. Ingersoll
Bruce M. Gagala
Karen E. Keller
Christopher T. Holding
Ken Cohen
Elaine Blais
**tricor@ycst.com**

REPRESENTING ABBOTT (ALL CASES):

Mary B. Graham
**tricor@mnat.com**

William F. Cavanaugh
**wfcavanaugh@pbwt.com**

Chad J. Peterman
**cjpeterman@pbwt.com**

REPRESENTING FOURNIER (ALL CASES):

Frederick L. Cottrell, III
Anne Shea Gaza
Steven S. Sunshine
Matthew P. Hendrickson
Bradley J. Demuth
Maggie DiMoscato
Timothy C. Bickham
**tricor@rlf.com**

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (#2057)
emmcgeever@prickett.com