IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and NOVOPHARM, LTD.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A.,<br><br>Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 02-1512 (KAJ)<br><br>CONSOLIDATED |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A.<br><br>Plaintiffs,<br>v.<br><br>IMPAX LABORATORIES, INC.<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 03-120 (KAJ)<br><br>CONSOLIDATED |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) ) ) | C.A. No. 05-340 (KAJ)<br><br>CONSOLIDATED |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) ) ) ) | C.A. No. 05-360 (KAJ)<br><br>CONSOLIDATED |

**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

WHEREAS the parties have been working diligently to complete discovery but need additional time to complete previously-noticed depositions and provide responses to certain outstanding written discovery;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The date by which fact discovery must be completed in this action is hereby extended from October 31, 2006[1] to November 30, 2006 in order to allow additional time for completion of depositions noticed prior to October 31, 2006 and completion of the discovery identified in the following paragraphs involving responses to certain outstanding written discovery.

2. The Teva Plaintiffs may have until October 31, 2006 to respond to Abbott's and Fournier's First and Second Sets Of Interrogatories To The Teva Plaintiffs;

3. PacifiCare Health Systems Inc. may have until November 17, 2006 to respond to Abbott's and Fournier's First Set of Interrogatories To Plaintiff PacifiCare Health Systems Inc.

4. The Indirect Purchaser Plaintiffs may have until November 21, 2006 to respond to Abbott's and Fournier's First Set of Interrogatories To All Indirect Purchaser Plaintiffs.

5. Defendants Abbott and Fournier may have until November 8, 2006 to respond to Direct Purchaser Plaintiffs' Third Set Of Interrogatories To Fournier Defendants and Direct Purchaser Plaintiffs' Third Set Of Interrogatories To Defendant Abbott Laboratories, Inc. and to November 22, 2006 to respond to Teva's Second Set of Antitrust Interrogatories, Teva's

---

[1] The deadline for completion of fact discovery was set in the scheduling order entered in each of the above actions: C.A. No. 02-1512 (D.I. 390); C.A. No. 03-120 (D.I. 301); C.A. No. 05-340 (D.I. 43); and C.A. No. 05-360 (D.I. 47).

Second Set of Requests for Admission (Nos. 26-112), Impax's First Antitrust Set of Requests for Admission to Counterclaim Defendants, and Impax's Second Antitrust Set of Interrogatories.

6. No other dates on the current scheduling order are changed by this stipulation.

| | |
|---|---|
| ROSENTHAL, MONHAIT & GODDESS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Jeffrey S. Goddess* | */s/ Mary B. Graham* |
| Jeffrey S. Goddess (# 630)<br>Jessica Zeldin (# 3558)<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433 | Mary B. Graham (# 2256)<br>James W. Parrett, Jr. (# 4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200 |
| *Liaison Counsel for Direct Purchasers* | *Attorneys for Abbott Laboratories* |
| PRICKETT JONES & ELLIOTT, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Elizabeth M. McGeever* | */s/ Anne Shea Gaza* |
| Elizabeth M. McGeever (# 2057)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6521 | Frederick L. Cottrell, III (# 2555)<br>Anne Shea Gaza (# 4093)<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700 |
| *Counsel for Walgreen Co., Eckerd Corp., The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's Inc., Safeway, Inc. and Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs Corp., and American Sales Company Inc.* | *Attorneys for Fournier Industrie et Santé and Laboratoires Fournier, S.A.* |

| | |
|---|---|
| CHIMICLES & TIKELLIS LLP | MURPHY, SPADARO & LANDON |
| */s/ A. Zachary Naylor* | */s/ Jonathan L. Parshall* |
| Pamela S. Tikellis (#2172)<br>A. Zachary Naylor (# 4439)<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE  19899<br>(302) 656-2500<br><br>*Liaison Counsel for Indirect Purchasers* | Jonathan L. Parshall (# 3247)<br>1011 Centre Road, Suite 210<br>Wilmington, DE  19805<br>(302) 472-8100<br><br>*Attorneys for Pacificare Health Systems, Inc.* |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS JAMES HITCHENS & WILLIAMS LLP |
| */s/ Karen E. Keller* | */s/ Mary B. Matterer* |
| Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899-0391<br>(302) 571-6600<br><br>*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., and Novopharm Ltd.* | Mary B. Matterer (#2696)<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19899-2306<br>(302) 888-6800<br><br>*Attorneys for Impax Laboratories Inc.* |

Dated:  November 7, 2006
543604

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.J.