IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-340 (KAJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | CONSOLIDATED |

## STIPULATION AND ORDER WITH RESPECT TO PHYSICIAN EXPERTS

WHEREAS an expert physician retained by the Direct Purchaser Plaintiffs for the purpose of rendering expert opinions and testimony in this case has recently encountered a serious health issue; and

WHEREAS the Direct Purchaser Plaintiffs and Defendants have agreed upon a schedule modification to allow the Direct Purchaser Plaintiffs a reasonable opportunity to retain and offer an expert report from another physician, under a schedule which is least disruptive to progression of the case as a whole;

IT IS HEREBY STIPULATED by the Direct Purchaser Plaintiffs and the Defendants, subject to the approval of the Court, that the following modification to the schedule will apply:

1.      Any party bearing the burden of proof on any issue and desiring to present a physician expert thereon shall file its initial Federal Rule of Civil Procedure 26(a)(2) disclosures of such physician expert testimony on or before January 16, 2007.

2.      Any party, on or before February 28, 2007, may file an opposing expert report to contradict or rebut evidence on the same subject matter identified by another party in such physician expert disclosures.

3.      Any party filing an initial expert report per para. 1 shall be entitled

to file a reply physician expert report on or before March 31, 2007.

4.      Depositions of the experts at issue in this Stipulation shall be taken

by April 27, 2007.

5.      No other dates on the Scheduling Order (D.I. 43) are changed by

this stipulation.

ROSENTHAL, MONHAIT & GODDESS, P.A.          MORRIS, NICHOLS, ARSHT & TUNNELL LLP


/s/ Jeffrey S. Goddess                            /s/ Mary B. Graham
Jeffrey S. Goddess (# 630)                        Mary B. Graham (# 2256)
Jessica Zeldin (# 3558)                           James W. Parrett, Jr. (# 4292)
919 Market Street, Suite 1401                     1201 N. Market Street
P.O. Box 1070                                     P.O. Box 1347
Wilmington, DE  19899-1070                        Wilmington, DE  19899
(302) 656-4433                                    (302) 658-9200

 *Liaison Counsel for Direct Purchaser Class*       *Attorneys for Abbott Laboratories*

PRICKETT JONES & ELLIOTT, P.A.                    RICHARDS, LAYTON & FINGER, P.A.


/s/ Elizabeth M. McGeever                         /s/ Anne Shea Gaza
Elizabeth M. McGeever (# 2057)                    Frederick L. Cottrell, III (# 2555)
1310 King Street                                  Anne Shea Gaza (# 4093)
P.O. Box 1328                                     One Rodney Square
Wilmington, DE  19899                             Wilmington, DE  19801
(302) 888-6521                                    (302) 651-7700

*Counsel for Walgreen Co., Eckerd Corp., The*       *Attorneys for Fournier Industrie et Santé and*
*Kroger Co., Maxi Drug, Inc. d/b/a Brooks*          *Laboratoires Fournier, S.A.*
*Pharmacy, Albertson's Inc., Safeway, Inc. and*
*Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid*
*Corp. and Rite Aid Hdqtrs. Corp., and*
*American Sales Company Inc.*

SO ORDERED this _____ day of _____,
2006.


_____
U.S.D.J

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2006 I electronically filed the foregoing document  using CM/ECF, which will send notification of such filing to all registered participants, including:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen Keller, Esquire
Young Conaway Stargatt
  & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Mary B. Graham, Esquire
James W. Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
P. O. Box 2306
Wilmington, DE 19899

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr., Esquire
A. Zachary Naylor, Esquire
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899

Jonathan L. Parshall, Esquire
Murphy Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19801

Elizabeth M. McGeever, Esquire
Prickett Jones Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899

Michael I. Silverman, Esquire
Lynn A. Iannone, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway #22
Wilmington, DE 19805

Patrick Francis Morris, Esquire
Morris & Morris
1105 North Market Street
Suite 803
Wilmington, DE 19801

I hereby certify that on December 13, 2006 I sent by electronic mail the foregoing

document to the following non-registered participants:

| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein **bgerstein@garwingerstein.com** |
|---|---|
| | Barry S. Taus **btaus@garwingerstein.com** |
| | Adam M. Steinfeld **asteinfeld@garwingerstein.com** |
| | Rimma Neman **rneman@garwingerstein.com** |
| | Daniel Berger **danberger@bm.net** |
| | Eric L. Cramer **ecramer@bm.net** |
| | Peter Kohn **pkohn@bm.net** |
| | Neill W. Clark **nclark@bm.net** |
| | Linda P. Nussbaum **lnussbaum@cmht.com** |
| | Steig D. Olson **solson@cmht.com** |
| | David P. Germaine **dgermaine@vaneklaw.com** |

Joseph Vanek
**jvanek@vaneklaw.com**

Stuart Des Roches
**stuart@odrlaw.com**

Andrew Kelly
**akelly@odrlaw.com**

Adelaida Ferchmin
**aferchmin@odrlaw.com**

David P. Smith
**dpsmith@psfllp.com**

Russell A. Chorush
**rchorush@hpcllp.com**

Michael F. Heim
**mheim@hpcllp.com**

REPRESENTING WALGREEN, ECKERD,
KROGER, MAXI, CVS, RITE AID
(C.A. No. 05-340):

Elizabeth M. McGeever
**emmcgeever@prickett.com**

Scott E. Perwin
**sperwin@kennynachwalter.com**

Lauren Ravkind
**lravkind@kennynachwalter.com**

Joseph T. Lukens
**jlukens@hangley.com**

REPRESENTING PACIFICARE
(C.A. No. 05-340):

Jonathan L. Parshall
**jonp@msllaw.com**

William Christopher Carmody
**bcarmody@susmangodfrey.com**

John Turner
**jturner@susmangodfrey.com**

Shawn Rabin
**srabin@susmangodfrey.com**

Ken Zylstra
**zylstra@marcusauerbach.com**

Jerome Marcus
**jmarcus@marcusauerbach.com**

Lyle Stamps
**lstamps@sbclasslaw.com**

Steve Connolly
**sconnolly@sbclasslaw.com**

Casey Murphy
**cmurphy@sbclasslaw.com**

Mark Sandman
**mms@rawlingsandassociates.com**

Jeffrey Swann
**js5@rawlingsandassociates.com**

REPRESENTING IMPAX
LABORATORIES (C.A. No. 03-120)

Mary Matterer
**mmatterer@morrisjames.com**

John C. Vetter
**jvetter@kenyon.com**

Asim Bhansali
**abhansali@kvn.com**

REPRESENTING INDIRECT PARTY
PLAINTIFFS (C.A. No. 05-360):

Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffery L. Kodroff
Bernard J. Persky
Michael Gottsch
A. Zachary Naylor
Robert Davis
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven
Greg Matthews
Christopher McDonald
Kellie Safar
Ted Lieverman
Pat Howard
**tricor@chimicles.com**

Michael I. Silverman
mike@silverman-mcdonald.psemail.com

Lynn A. Iannone
lynn@silverman-mcdonald.psemail.com

Patrick Francis Morris
**pmorris@morrisandmorrislaw.com**


REPRESENTING TEVA
PHARMACEUTICALS (C.A. No. 02-1512):

Josy W. Ingersoll
Bruce M. Gagala
Karen E. Keller
Christopher T. Holding
Ken Cohen
Elaine Blais
**tricor@ycst.com**

REPRESENTING ABBOTT (ALL CASES):

Mary B. Graham
**tricor@mnat.com**

James W. Parrett, Jr.
**jparrett@mnat.com**

William F. Cavanaugh
**wfcavanaugh@pbwt.com**

Chad J. Peterman
**cjpeterman@pbwt.com**

REPRESENTING FOURNIER (ALL CASES):

Frederick L. Cottrell, III
Anne Shea Gaza
Steven S. Sunshine
Matthew P. Hendrickson
Bradley J. Demuth
Maggie DiMoscato
Timothy C. Bickham
**tricor@rlf.com**

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com