IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | : : : : : |
| THIS DOCUMENT RELATES TO: | : Civil Action No. 05-340 (***) : : |
| Walgreen (05-404)<br>CVS (05-605)<br>American Sales (06-192) | : : : : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 15, 2006, the Walgreen Plaintiffs[1] and the CVS and Rite Aid Plaintiffs[2] served a copy of the Expert Report of Keith B. Leffler via electronic mail on the following counsel:

William F. Cavanaugh, Jr., Esq.  
Chad Peterman, Esq.  
Patterson Belknap Webb & Tyler, LLP  
1133 Avenue of the Americas  
New York, NY 10036-6710  

Steven C. Sunshine, Esq.  
Bradley J. Demuth, Esq.  
Cadwalader Wickersham & Taft, LLP  
1201 F Street, N.W.  
Washington, D.C. 20004  

PLEASE TAKE FURTHER NOTICE that on December 19, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants as follows:

William F. Cavanaugh, Jr., Esq.  
Chad Peterman, Esq.  
Patterson Belknap Webb & Tyler, LLP  
1133 Avenue of the Americas  
New York, NY 10036-6710  

Steven C. Sunshine, Esq.  
Bradley J. Demuth, Esq.  
Cadwalader Wickersham & Taft, LLP  
1201 F Street, N.W.  
Washington, D.C. 20004  

---

1 The Walgreen Plaintiffs are Walgreen Co., Eckerd Corporation, The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's, Inc., Safeway, Inc., Hy-Vee, Inc. and American Sales Company, Inc.
2 The CVS and Rite Aid Plaintiffs are Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and CVS Corporation.

Josy W. Ingersoll, Esq.  
Young Conaway Stargatt & Taylor, LLP  
1000 West Street, 17th Floor  
Wilmington, DE 19801  

Mary B. Graham, Esq.  
James W. Parrett, Jr., Esq.  
Morris Nichols Arsht & Tunnell  
1201 N. Market Street  
Wilmington, DE 19801  

Pamela S. Tikellis, Esq.  
Chimicles & Tikellis, LLP  
One Rodney Square, P.O. Box 1035  
Wilmington, DE 19899  

Asim Bhansali, Esq.  
Keker & Van Nest, LLP  
710 Sansome Street  
San Francisco, CA 94111  

Bernard Persky, Esq.  
Goodkin Labaton Rudoff & Sucharow  
100 Park Avenue  
New York, NY 10017  

Christopher T. Holding, Esq.  
Goodwin Procter, LLP  
Exchange Place  
Boston, MA 02109  

Neill Clark, Esquire  
Berger & Montague, PC  
1622 Locust Street  
Philadelphia, PA 19103  

Frederick L. Cottrell, III, Esq.  
Anne Shea Gaza, Esq.  
Richards Layton & Finger  
One Rodney Square, 920 North King Street  
Wilmington, DE 19801  

Mary B. Matterer, Esq.  
Morris James Hitchens & Williams, LLP  
222 Delaware Ave., 10th Floor  
Wilmington, DE 19801  

Jeffrey S. Goddess, Esq.  
Rosenthal Monhait Gross & Goddess, P.A.  
P.O. Box 1070  
Wilmington, DE 19899  

Bryan L. Clobes, Esq.  
Miller Faucher & Cafferty, LLP  
One Logan Square, Suite 1700  
Philadelphia, PA 19103  

Adam Steinfeld, Esq.  
Garwin Gerstein & Fisher, LLP  
1501 Broadway, Suite 1416  
New York, NY 10036  

Joseph T. Lukens, Esq.  
Hangley Aronchick Segal & Pudlin  
One Logan Square, 27th Floor  
Philadelphia, PA 19103-6933  

Jonathan L. Parshall, Esquire  
Murphy Spadaro & Landon  
1011 Centre Road, Suite 210  
Wilmington, DE 19801

REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340):

Bruce E. Gerstein
**bgerstein@garwingerstein.com**

Barry S. Taus
**btaus@garwingerstein.com**

Adam M. Steinfeld
**asteinfeld@garwingerstein.com**

Rimma Neman
**rneman@garwingerstein.com**

Daniel Berger
**danberger@bm.net**

Eric L. Cramer
**ecramer@bm.net**

Peter Kohn
**pkohn@bm.net**

Neill W. Clark
**nclark@bm.net**

Linda P. Nussbaum
**lnussbaum@cmht.com**

Steig D. Olson
**solson@cmht.com**

David P. Germaine
**dgermaine@vaneklaw.com**

Joseph Vanek
**jvanek@vaneklaw.com**

Stuart Des Roches
**stuart@odrlaw.com**

Andrew Kelly
**akelly@odrlaw.com**

Adelaida Ferchmin
**aferchmin@odrlaw.com**

David P. Smith
**dpsmith@psfllp.com**

Russell A. Chorush
**rchorush@hpcllp.com**

Michael F. Heim
**mheim@hpcllp.com**

REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340):

Scott E. Perwin
**sperwin@kennynachwalter.com**

Lauren Ravkind
**lravkind@kennynachwalter.com**

Joseph T. Lukens
**jlukens@hangley.com**

Elizabeth M. McGeever
**emmcgeever@prickett.com**

REPRESENTING PACIFICARE (C.A. No. 05-340):

Jonathan L. Parshall
jonp@msllaw.com

William Christopher Carmody
bcarmody@susmangodfrey.com

John Turner
jturner@susmangodfrey.com

Shawn Rabin
srabin@susmangodfrey.com

Justin Nelson
jnelson@susmangodfrey.com

Ken Zylstra
kzylstra@sbclasslaw.com

Lyle Stamps
lstamps@sbclasslaw.com

Steve Connolly
sconnolly@sbclasslaw.com

Casey Murphy
cmurphy@sbclasslaw.com

Mark Sandman
mms@rawlingsandassociates.com

Jeffrey Swann
js5@rawlingsandassociates.com

REPRESENTING IMPAX LABORATORIES (C.A. No. 03-120):

Mary Matterer
mmatterer@morrisjames.com

John C. Vetter
jvetter@kenyon.com

Asim Bhansali
abhansali@kvn.com

REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360):

Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffery L. Kodroff
Bernard J. Persky
Michael Gottsch
A. Zachary Naylor
Robert Davis
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven

Greg Matthews
Christopher McDonald
Kellie Safar
Ted Lieverman
Pat Howard
**tricor@chimicles.com**

Michael I. Silverman
**mike@silverman-mcdonald.psemail.com**

Lynn A. Iannone
**lynn@silverman-mcdonald.psemail.com**

Patrick Francis Morris
**pmorris@morrisandmorrislaw.com**

REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512):

Josy W. Ingersoll
Bruce M. Gagala
Karen E. Keller
Christopher T. Holding
Ken Cohen
Elaine Blais
**tricor@ycst.com**

REPRESENTING ABBOTT (ALL CASES):

| | |
|---|---|
| Mary B. Graham<br>**tricor@mnat.com** | William F. Cavanaugh<br>**wfcavanaugh@pbwt.com** |

Chad J. Peterman
**cjpeterman@pbwt.com**

REPRESENTING FOURNIER (ALL CASES):

Frederick L. Cottrell, III
Anne Shea Gaza
Steven S. Sunshine
Matthew P. Hendrickson
Bradley J. Demuth
Maggie DiMoscato
Timothy C. Bickham
**tricor@rlf.com**

                    PRICKETT, JONES & ELLIOTT, P.A.

                    Elizabeth M. McGeever (#2057)
                    1310 King Street
                    Wilmington, DE 19801
                    (302) 888-6500

OF COUNSEL:

Richard Alan Arnold
Scott E. Perwin
Lauren Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center, 201 S. Biscayne Boulevard
Miami, Florida 33131-4327

Attorneys for Plaintiffs Walgreen Co., Eckerd Corporation, The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's, Inc., Safeway, Inc., Hy-Vee, Inc. and American Sales Company, Inc.


Joseph Lukens
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 18th & Cherry Streets
Philadelphia, PA 19103-6933

Attorneys for Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and CVS Corporation

Dated: December 19, 2006