IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | : : : | |
| _____ | : : | C. A. No. 05-340-*** (MPT) |
| THIS DOCUMENT RELATES TO: | : : | (CONSOLIDATED) |
| ALL ACTIONS | : : | |

### ORDER

At Wilmington this **5th** day of **January, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, January 10, 2007 at 4:30 p.m.** with Magistrate Judge Thynge. **Mary B. Graham, Esquire shall initiate the teleconference call.** Counsel are to advise the Magistrate Judge by fax on or before **Tuesday, January 9, 2007**, the names of those participating in the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE