<table>
<tr><td>Writer's Direct Dial:<br>(302)888-6521<br>Writer's Telecopy Number::<br>(302)888-6554<br>Writer's E-Mail Address:<br>EMMcgeever@prickett.com</td><td align="center">PRICKETT, JONES & ELLIOTT<br>A PROFESSIONAL ASSOCIATION<br>1310 KING STREET, BOX 1328<br>WILMINGTON, DELAWARE 19899<br>TEL: (302) 888-6500<br>FAX: (302) 658-8111<br>http://www.prickett.com</td><td>Dover Office:<br>11 NORTH STATE STREET<br>DOVER, DELAWARE 19901<br>TEL: (302) 674-3841<br>FAX: (302) 674-5864</td></tr>
</table>

January 9, 2007

VIA CM/ECF & FAX

Honorable Mary Pat Thynge
United States District Court
Lockbox 10, 844 King Street
Wilmington, Delaware 19801

Re:   *Abbott Laboratories et al. v. Teva Pharmaceutical USA, Inc. et. al.*,
      C.A. No. 02-1512 (consolidated) *** (MPT);
      *Abbott Laboratories et al. v. Impax Laboratories Inc.*, C.A. No. 03-120
      (consolidated) *** (MPT);
      *In re TriCor Direct Purchaser Antitrust Litigation*, C.A. No. 05-340 *** (MPT);
      *In re TriCor Indirect Purchaser Antitrust Litigation*, C.A. No. 05-360 *** (MPT)

Dear Magistrate Thynge:

     We are Delaware counsel for certain individual direct purchaser plaintiffs in the above action. I will be on the conference call tomorrow along with my co-counsel Joseph Lukens of Hangley Aronchick Segal & Pudlin and Scott Perwin of Kenny Nachwalter. Mr. Lukens represents Rite Aid Corp., Rite Aid Hdqtrs. Corp. and CVS Corporation ("Direct Purchaser Plaintiffs"). Mr. Perwin represents Walgreen Co.; Eckerd Corp.; The Kroger Co.; Maxi Drug, Inc. d/b/a Brooks Pharmacy; Albertson's, Inc.; Safeway, Inc.; Hy-Vee, Inc. and American Sales Co., Inc.

     In response to the Court's order of January 5 2007, we hereby submit the following proposed revised schedule on behalf of the various parties that have filed antitrust claims against Abbott and Fournier with respect to Abbott's and Fournier's alleged wrongful conduct in preventing generic competition to their drug TriCor® (fenofibrate). To assist the Court, we also are providing a brief description of the various antitrust claimants and the relationship of their several cases against Abbott and Fournier.

     The antitrust claimants in this litigation are:

     (a)   Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., and Novopharm Ltd. (collectively "Teva"), a manufacturer of generic drug products. Teva filed antitrust counterclaims against Abbott and Fournier in Civil Action No. 02-1512, a case that originated as a patent infringement lawsuit by Abbott and Fournier against Teva.

Honorable Mary Pat Thynge
January 9, 2007
Page 2

---

(b)   Impax Laboratories, Inc. ("Impax"), a manufacturer of generic drug products. Impax filed antitrust counterclaims against Abbott and Fournier in Civil Action No. 03-120 (and consolidated cases), a case that originated as a patent infringement lawsuit by Abbott and Fournier against Impax.

(c)   The Direct Purchaser Plaintiffs, which include both the Direct Purchaser Class and two non-class Direct Purchaser groups, the CVS/Rite Aid group and the Walgreen group. The various Direct Purchaser lawsuits have been consolidated in Civil Action No. 05-340.

(d)   The Indirect Purchaser Plaintiffs, which include both the Indirect Purchaser Class and one non-class Indirect Purchaser Plaintiff, Pacificare. The various Indirect Purchaser lawsuits have been consolidated in Civil Action No. 05-360.

The various antitrust claimants are represented by separate counsel. Their claims have been coordinated for pretrial purposes but the cases have not, however, been formally consolidated with each other. Moreover, various antitrust claimants reserve the right to seek separate trials against Abbott and Fournier, in part because of the differing (and in some cases inconsistent) damage measures applicable in the various cases. This issue has been raised with the Court, but the Court reserved the issue to be resolved at a later date. *See* 10/24/05 Transcript, at 12-13. We do not believe that the Court needs to resolve the issue of trial structure now, but we raise it so the Court is aware that the issue will be presented again as the litigation gets closer to trial.

The antitrust claimants propose the following revised schedule:

| **Event** | **Original Date** | **Revised Date** |
|---|---|---|
| Rebuttal expert reports | January 30, 2007 | March 14, 2007 |
| Reply expert reports | February 28, 2007 | April 30, 2007 |
| Close of expert discovery | March 30, 2007 | June 15, 2007 |
| Dispositive motions filed | May 2, 2007 | August 1, 2007 |
| Trial date | November 26, 2007 | Unchanged |

Thank you for your consideration of this letter.

Respectfully,

*Elizabeth M. McGeever*
Elizabeth M. McGeever
(DE Bar ID No. 2057)

cc:   All Counsel of Record

## SERVICE LIST

William F. Cavanaugh, Jr., Esq.
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Mary B. Graham, Esq.
James W. Parrett, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Pamela S. Tikellis, Esq.
Chimicles & Tikellis, LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

Asim Bhansali, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Bernard Persky, Esq.
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

Steven C. Sunshine, Esq.
Bradley J. Demuth, Esq.
Cadwalader Wickersham & Taft, LLP
1201 F Street, N.W.
Washington, D.C. 20004

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square, 920 North King Street
Wilmington, DE 19801

Mary B. Matterer, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
P.O. Box 1070
Wilmington, DE 19899

Bryan L. Clobes, Esq.
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
Philadelphia, PA 19103

Adam Steinfeld, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

19638.1\323633v1

Christopher T. Holding, Esq.  
Goodwin Procter, LLP  
Exchange Place  
Boston, MA 02109  

Joseph T. Lukens, Esq.  
Hangley Aronchick Segal & Pudlin  
One Logan Square, 27th Floor  
Philadelphia, PA 19103-6933  

Neill Clark, Esquire  
Berger & Montague, PC  
1622 Locust Street  
Philadelphia, PA 19103  

Jonathan L. Parshall, Esquire  
Murphy Spadaro & Landon  
1011 Centre Road, Suite 210  
Wilmington, DE 19801  

REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340):

Bruce E. Gerstein  
**bgerstein@garwingerstein.com**

Barry S. Taus  
**btaus@garwingerstein.com**

Adam M. Steinfeld  
**asteinfeld@garwingerstein.com**

Rimma Neman  
**rneman@garwingerstein.com**

Daniel Berger  
**danberger@bm.net**

Eric L. Cramer  
**ecramer@bm.net**

Peter Kohn  
**pkohn@bm.net**

Neill W. Clark  
**nclark@bm.net**

Linda P. Nussbaum  
**lnussbaum@cmht.com**

Steig D. Olson  
**solson@cmht.com**

David P. Germaine  
**dgermaine@vaneklaw.com**

Joseph Vanek  
**jvanek@vaneklaw.com**

Stuart Des Roches  
**stuart@odrlaw.com**

Andrew Kelly  
**akelly@odrlaw.com**

Adelaida Ferchmin  
**aferchmin@odrlaw.com**

David P. Smith  
**dpsmith@psfllp.com**

Russell A. Chorush  
**rchorush@hpcllp.com**

Michael F. Heim  
**mheim@hpcllp.com**

REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340):

Scott E. Perwin
**sperwin@kennynachwalter.com**

Lauren Ravkind
**lravkind@kennynachwalter.com**

Joseph T. Lukens
**jlukens@hangley.com**

Elizabeth M. McGeever
**emmcgeever@prickett.com**


REPRESENTING PACIFICARE (C.A. No. 05-340):

Jonathan L. Parshall
**jonp@msllaw.com**

William Christopher Carmody
**bcarmody@susmangodfrey.com**

John Turner
**jturner@susmangodfrey.com**

Shawn Rabin
**srabin@susmangodfrey.com**

Justin Nelson
**jnelson@susmangodfrey.com**

Ken Zylstra
**kzylstra@sbclasslaw.com**

Lyle Stamps
**lstamps@sbclasslaw.com**

Steve Connolly
**sconnolly@sbclasslaw.com**

Casey Murphy
**cmurphy@sbclasslaw.com**

Mark Sandman
**mms@rawlingsandassociates.com**

Jeffrey Swann
**js5@rawlingsandassociates.com**


REPRESENTING IMPAX LABORATORIES (C.A. No. 03-120):

Mary Matterer
**mmatterer@morrisjames.com**

John C. Vetter
**jvetter@kenyon.com**

Asim Bhansali
**abhansali@kvn.com**

REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360):

Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffery L. Kodroff
Bernard J. Persky
Michael Gottsch
A. Zachary Naylor
Robert Davis
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven
Greg Matthews
Christopher McDonald
Kellie Safar
Ted Lieverman
Pat Howard
**tricor@chimicles.com**

Michael I. Silverman
**mike@silverman-mcdonald.psemail.com**

Lynn A. Iannone
**lynn@silverman-mcdonald.psemail.com**

Patrick Francis Morris
**pmorris@morrisandmorrislaw.com**

REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512):

Josy W. Ingersoll
Bruce M. Gagala
Karen E. Keller
Christopher T. Holding
Ken Cohen
Elaine Blais
**tricor@ycst.com**

REPRESENTING ABBOTT (ALL CASES):

Mary B. Graham  
**tricor@mnat.com**

William F. Cavanaugh  
**wfcavanaugh@pbwt.com**

Chad J. Peterman  
**cjpeterman@pbwt.com**

REPRESENTING FOURNIER (ALL CASES):

Frederick L. Cottrell, III  
Anne Shea Gaza  
Steven S. Sunshine  
Matthew P. Hendrickson  
Bradley J. Demuth  
Maggie DiMoscato  
Timothy C. Bickham  
**tricor@rlf.com**