# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Mary B. Graham**
302.351.9199
mgraham@mnat.com

January 9, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court - Federal Building
844 North King Street
Wilmington, DE  19801

    Re:    *In re TriCor® Antitrust Litigations*
             C.A. Nos. 02-1512, 03-120, 05-340 and 05-360 (***)

Dear Judge Thynge:

        Enclosed is the scheduling proposal of Abbott and Fournier.  Participating in the teleconference for Abbott will be Bill Cavanaugh, Chad Peterman and me; for Fournier will be Steve Sunshine, Matt Hendrickson, Tara Reinhart and Fred Cottrell.

                                          Respectfully,

                                          */s/ Mary B. Graham*

                                          Mary B. Graham (#2256)

MBG/dam
cc:    Clerk of the Court (via hand delivery and electronic filing)
        All Counsel of Record (via e-mail)
661615