IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and NOVOPHARM, LTD., | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 02-1512 (***) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | CONSOLIDATED |
| Counterclaim Defendants. | ) ) ) | |
| IMPAX LABORATORIES, INC., | ) ) | |
| Counterclaim Plaintiff, v. | ) ) ) | C.A. No. 03-120 (***) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | CONSOLIDATED |
| Counterclaim Defendants. | ) ) ) | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-340 (***) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | CONSOLIDATED |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (***) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | CONSOLIDATED |

**[PROPOSED] AMENDED SCHEDULING ORDER**

This ___ day of January, 2007, the Court having considered the request of Abbott Laboratories, Fournier Industrie et Santé and Laboratoires Fournier S.A. for an extension of the schedule and good cause having been shown,

IT IS HEREBY ORDERED that, the scheduling order entered in these related cases (D.I. 390, C.A. No. 02-1512; D.I. 301, C.A. No. 03-120; D.I. 43, and D.I. 299, C.A. No. 05-340; D.I. 47, C.A. No. 05-360) is modified to the following extent:

| EVENT | CURRENT DATE | REVISED DATE |
|---|---|---|
| Directs' physician expert report due | January 16, 2007 | January 16, 2007 |
| Opposing expert reports (except in response to physician expert) | January 30, 2007 | April 16, 2007 |
| Reply expert reports | February 28, 2007 | May 25, 2007 |
| Close of depositions | March 30, 2007 | August 1, 2007 |
| *Daubert* motions due | May 2, 2007 | September 14, 2007 |
| Case dispositive motions due | May 2, 2007 | September 14, 2007 |
| Trial | November 26, 2007 | TBD |

_____
UNITED STATES DISTRICT JUDGE

661159