# Morris James LLP

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

January 9, 2006

**VIA EFILING AND FACSIMILE 302.573.6445**
The Honorable Mary Pat Thynge
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *Abbott Labs., et al. v. Impax Labs., Inc.*, C. A. No. 03-120 *** (consolidated)
            *Abbott Labs, et al. v. Teva Pharmaceutical*, C.A. No. 02-1512 ***(consolidated)
            *In re TriCor Direct Purchaser Litigation*, C.A. No. 05-340 ***
            *In re Tricor Indirect Purchaser Litigation*, C.A. No. 05-360 ***

Your Honor:

    With respect to tomorrow afternoon's teleconference, Asim Bhansali from Keker & Van Nest and I will be participating on behalf of Impax Laboratories, Inc.

Respectfully,

*Mary Matterer*

Mary B. Matterer

cc:    All counsel (via e-mail)