# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

302 658 9200
302 658 3989 Fax

**Mary B. Graham**
302.351.9199
mgraham@mnat.com

February 1, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court - Federal Building
844 North King Street
Wilmington, DE  19801

      Re:   *In re TriCor® Antitrust Litigations*
                C.A. Nos. 02-1512, 03-120, 05-340 and 05-360 (***)

Dear Judge Thynge:

      Attached for the Court's consideration is an agreed-upon form of scheduling order reflecting the dates as set in the scheduling teleconference with the Court on January 10, 2007.  I note that the parties agreed to a two-week extension to January 30, 2007 of the date by which plaintiffs were to inform Abbott and Fournier of the availability of their experts for deposition.  However, that change does not impact the remainder of the schedule.

      Counsel are available if the Court has questions.

                Respectfully,

                */s/ Mary B. Graham*

                Mary B. Graham (#2256)

MBG/dam
cc:    Clerk of the Court (via hand delivery and electronic filing)
       All Counsel of Record (via e-mail)
722631