IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, Inc., a Delaware corporation,<br><br>    Defendant. | Civil Action No. 02-1512-*** (MPT)<br>(consolidated) |
| TEVA PHARMACEUTICALS USA, Inc., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation, and NOVOPHARM, LTD.,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>    Counterclaim Defendants. | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMPAX LABORATORIES, INC, a Delaware corporation,<br><br>    Defendant. | Civil Action No.: 03-120-*** (MPT)<br>(Consolidated) |

| | |
|---|---|
| IMPAX LABORATORIES, INC, a Delaware corporation, <br><br>   Counterclaim Plaintiffs, <br><br>v. <br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, <br><br>   Counterclaim Defendants. | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION <br><br>THIS DOCUMENT RELATES TO: <br><br>ALL ACTIONS | Civil Action No. 05-340-*** (MPT) <br><br>(consolidated) |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION <br><br>THIS DOCUMENT RELATES TO: <br><br>ALL ACTIONS | Civil Action No. 05-360-*** (MPT) <br><br>(consolidated) |

## NOTICE OF CHANGE OF LAW FIRM

PLEASE TAKE NOTICE that the law firm for the following counsel of record for Fournier Industrie Et Santé and Laboratoires Fournier, S.A. has changed from Cadwalader, Wickersham & Taft LLP to Skadden, Arps, Slate, Meagher & Flom LLP as follows:

Steven C. Sunshine
Tara L. Reinhart
Steven M. Albertson
Nicolas Boring
Audwin F. Levasseur
Tara S. Swidler
Janet J. Kim
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
(202) 393-5760

Matthew P. Hendrickson
Bradley J. Demuth
Dwayne A. Shivnarain
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
(212) 735-3000
(212) 777-2000
mhendric@skadden.com
bdemuth@skadden.com
dwayne.shivnarain@skadden.com

RLF1-3115451-1

steve.sunshine@skadden.com
tara.reinhart@skadden.com
steven.albertson@skadden.com
nboring@skadden.com
alevasse@skadden.com
tara.swidler@skadden.com
janet.kim@skadden.com

*Of Counsel:*
Steven C. Sunshine
Tara L. Reinhart
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000

Matthew P. Hendrickson
Bradley J. Demuth
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
(212) 735-3000

Timothy C. Bickham
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-5517

Dated: February 14, 2007

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Cottrell@rlf.com
Gaza@rlf.com
*Attorneys for Fournier Industrie Et Santé and Laboratoires Fournier, S.A.*

RLF1-3115451-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2007, I caused to be served by hand delivery the foregoing document to the following:

Josy W. Ingersoll
John W. Shaw
Karen Keller
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Tel. (302) 656-4433
Fax. (302) 658-7567

Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19801

Michael I. Silverman
Lynn A. Iannone
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Mary B. Graham
Morris Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Mary B. Matterer
Morris James, LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Elizabeth M. McGeever
Prickett Jones Elliott, P.A.
1310 King Street
Wilmington, DE 19801

Patrick Francis Morris
Morris & Morris LLC
4001 Kennett Pike, Suite 300
Wilmington, Delaware 19807

RLF1-2950085-1

I hereby certify that on February 14, 2007, I sent by electronic mail the foregoing document to the following:

| | |
|---|---|
| REPRESENTING DIRECT PARTY PLAINTIFFS (C.A. 05-340): | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com**<br><br>Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br>Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br><br>Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br><br>Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID, ALBERTSON'S, SAFEWAY, HY-VEE AND AMERICAN SALES (C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner:<br>**jturner@susmangodfrey.com** |

RLF1-2950085-1

|  |  |
|---|---|
|  | Shawn Rabin:<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson:<br>**jnelson@susmangodfrey.com**<br><br>Cindy Tijerina:<br>**ctijerina@susmangodfrey.com**<br><br>Ken Zylstra:<br>**kzylstra@sbclasslaw.com**<br><br>Lyle Stamps:<br>**lstamps@sbclasslaw.com**<br><br>Steve Connolly<br>**Sconnolly@abclasslaw.com**<br><br>Mark Sandman:<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann:<br>**js5@rawlingsandassociates.com** |
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>William C. Carmody<br>Mike Gottsch<br>Zach Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br><br>**Tricor@chimicles.com** |

| | |
|---|---|
| REPRESENTING IMPAX LABORATORIES (C.A. 03-120): | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING TEVA PHARMACEUTICALS (C.A. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**Tricor@mnat.com**<br><br>William F. Cavanaugh<br>**wfcavanaugh@pbwt.com**<br><br>Chad J. Peterman<br>**cjpeterman@pbwt.com** |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
GAZA@rlf.com