IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION, ) ) ) THIS DOCUMENT RELATES TO: ) ) ) _____) | C.A. No. 05-340 (***) Consolidated |

**MOTION AND ORDER
FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Robert N. Kaplan, Esquire and Richard J. Kilsheimer, Esquire of Kaplan Fox & Kilsheimer LLP, 805 Third Avenue, New York, NY 10002, to represent plaintiffs Meijer, Inc. and Meijer Distribution, Inc. in this matter.

                                                                                            /s/ Jeffrey S. Goddess
Jeffrey S. Goddess, Movant (#630)
Jessica Zeldin (#3558)
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899
(302) 656-4433
jgoddess@rmgglaw.com
 Attorneys for Plaintiff

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsels' motion for admission *pro hac vice* of Robert N. Kaplan and Richard J. Kilsheimer is granted.

Date: _____            _____
                                                                         United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: TRICOR DIRECT PURCHASER )
ANTITRUST LITIGATION )
) Lead Case: 1:05-cv-00340
)
)
THIS DOCUMENT RELATES TO: )
)

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 has been paid to the Clerk of the Court.

Date: February 13, 2007

Robert N. Kaplan
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10002
(212) 687-1980

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION )<br>)<br>) | Lead Case: 1:05-cv-00340 |
| THIS DOCUMENT RELATES TO: )<br>)<br>)<br>) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: February 13, 2007

Richard J. Kilsheimer
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10002
(212) 687-1980