IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC.,<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br>and NOVOPHARM, LTD., | ) ) ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1512 (***) |
| | ) | |
| ABBOTT LABORATORIES,<br>FOURNIER INDUSTRIE ET SANTÉ, and<br>LABORATOIRES FOURNIER S.A., | ) ) ) | CONSOLIDATED |
| | ) | |
| Counterclaim Defendants. | ) | |
| ———————————————————— | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| v. | ) | C.A. No. 03-120 (***) |
| | ) | |
| ABBOTT LABORATORIES,<br>FOURNIER INDUSTRIE ET SANTÉ, and<br>LABORATOIRES FOURNIER S.A., | ) ) ) | CONSOLIDATED |
| | ) | |
| Counterclaim Defendants. | ) | |
| ———————————————————— | ) | |
| | ) | |
| IN RE TRICOR DIRECT PURCHASER<br>ANTITRUST LITIGATION | ) ) | |
| ———————————————————— | ) | C.A. No. 05-340 (***) |
| | ) | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) | CONSOLIDATED |
| ———————————————————— | ) | |
| | ) | |
| IN RE TRICOR INDIRECT PURCHASER<br>ANTITRUST LITIGATION | ) ) | |
| ———————————————————— | ) | C.A. No. 05-360 (***) |
| | ) | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) | CONSOLIDATED |
| ———————————————————— | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Expert Report of Dr. Gordon Amidon*, (2) *Expert Report of Dr. Robert O. Williams III* and (3) *Expert Report of Dr. Stephen R. Byrn,* were caused to be served on April 18, 2007 upon the following in the manner indicated:

## BY ELECTRONIC MAIL

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (LOUISIANA WHOLESALE, ROCHESTER DRUG, MEIJER) <br><br> (C.A. 05-340) | Jeffrey S. Goddess <br> **jgoddess@rmgglaw.com** <br> Bruce E. Gerstein <br> **bgerstein@garwingerstein.com** <br> Barry S. Taus <br> **btaus@garwingerstein.com** <br> Adam M. Steinfeld <br> **asteinfeld@garwingerstein.com** <br> Daniel Berger <br> **danberger@bm.net** <br> Eric L. Cramer <br> **ecramer@bm.net** <br> Peter Kohn <br> **pkohn@bm.net** <br> Linda P. Nussbaum <br> **lnussbaum@kaplanfox.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI <br><br> (C.A. 05-340) | Elizabeth M. McGeever <br> **emmcgeever@prickett.com** <br> Scott E. Perwin <br> **sperwin@kennynachwalter.com** |
| REPRESENTING CVS, RITE AID <br><br> (C.A. 05-340) | Elizabeth M. McGeever <br> **emmcgeever@prickett.com** <br> Joseph T. Lukens <br> **jlukens@hangley.com** <br> Steve D. Shadowen <br> **sshadowen@hangley.com** |
| REPRESENTING AMERICAN SALES COMPANY INC. <br><br> (C.A. 05-340) | Elizabeth M. McGeever <br> **emmcgeever@prickett.com** <br> Scott E. Perwin <br> **sperwin@kennynachwalter.com** |

| | |
|---|---|
| REPRESENTING INDIRECT PURCHASER CLASS PLAINTIFFS<br><br>(C.A. 05-360) | A. Zachary Naylor<br>Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>Mike Gottsch<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Theodore M. Lieverman<br>Pat Howard<br><br>**tricor@chimicles.com** |
| REPRESENTING PACIFICARE<br><br>(C.A. 05-360) | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner<br>**jturner@susmangodfrey.com**<br><br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson<br>**jnelson@susmangodfrey.com**<br><br>Cindy Tijerina<br>**ctijerina@susmangodfrey.com**<br><br>Ken Zylstra<br>**zylstra@marcusauerbach.com**<br><br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING TEVA PHARMACEUTICALS<br><br>(C.A. 02-1512) | Josy W. Ingersoll<br>Karen E. Keller<br>Bruce M. Gagala<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |

| | |
|---|---|
| REPRESENTING IMPAX LABORATORIES | Mary Matterer |
| | **mmatterer@morrisjames.com** |
| (C.A. 03-120) | John C. Vetter |
| | **jvetter@kenyon.com** |
| | Asim Bhansali |
| | **abhansali@kvn.com** |
| | |
| REPRESENTING FOURNIER | Frederick L. Cottrell, III |
| | Anne Shea Gaza |
| (ALL CASES) | Steven C. Sunshine |
| | Matthew P. Hendrickson |
| | Bradley J. Demuth |
| | Maggie DiMoscato |
| | Timothy C. Bickham |
| | **tricor@rlf.com** |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200

OF COUNSEL:

*Attorneys for Abbott Laboratories*

William F. Cavanaugh, Jr.
Thomas W. Pippert
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
212.336.2000

Dated:  April 23, 2007
806494

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on April 23, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on April 23, 2007 upon the following parties:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (LOUISIANA WHOLESALE, ROCHESTER DRUG, MEIJER)<br><br>(C.A. 05-340) | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com**<br>Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br>Barry S. Taus<br>**btaus@garwingerstein.com**<br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br>Daniel Berger<br>**danberger@bm.net**<br>Eric L. Cramer<br>**ecramer@bm.net**<br>Peter Kohn<br>**pkohn@bm.net**<br>Linda P. Nussbaum<br>**lnussbaum@kaplanfox.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
| REPRESENTING CVS, RITE AID<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Joseph T. Lukens<br>**jlukens@hangley.com**<br>Steve D. Shadowen<br>**sshadowen@hangley.com** |

REPRESENTING AMERICAN SALES COMPANY INC.

(C.A. 05-340)

Elizabeth M. McGeever
**emmcgeever@prickett.com**
Scott E. Perwin
**sperwin@kennynachwalter.com**

REPRESENTING INDIRECT PURCHASER
CLASS PLAINTIFFS

(C.A. 05-360)

A. Zachary Naylor
Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffrey L. Kodroff
Bernard J. Persky
Mike Gottsch
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven
Greg Matthews
Christopher McDonald
Kellie Safar
Theodore M. Lieverman
Pat Howard

**tricor@chimicles.com**

REPRESENTING PACIFICARE

(C.A. 05-360)

Jonathan L. Parshall
**jonp@msllaw.com**
William Christopher Carmody
**bcarmody@susmangodfrey.com**
John Turner
**jturner@susmangodfrey.com**
Shawn Rabin
**srabin@susmangodfrey.com**
Justin Nelson
**jnelson@susmangodfrey.com**
Cindy Tijerina
**ctijerina@susmangodfrey.com**
Ken Zylstra
**zylstra@marcusauerbach.com**
Mark Sandman
**mms@rawlingsandassociates.com**
Jeffrey Swann
**js5@rawlingsandassociates.com**

| | |
|---|---|
| REPRESENTING TEVA PHARMACEUTICALS<br><br>(C.A. 02-1512) | Josy W. Ingersoll<br>Karen E. Keller<br>Bruce M. Gagala<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |
| REPRESENTING IMPAX LABORATORIES<br><br>(C.A. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com**<br>John C. Vetter<br>**jvetter@kenyon.com**<br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING FOURNIER<br><br>(ALL CASES) | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven C. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br><br>**tricor@rlf.com** |

*/s/ James W. Parrett, Jr.*

_____

James W. Parrett, Jr. (#4292)

806494

- 3 -