CASES IN WHICH JOSEPH COLAIANNI HAS TESTIFIED
OR BEEN DEPOSED AS AN EXPERT WITNESS

1) McNeil-PPC, Inc. v. **Bayer Corporation**
Civil Action No. 99 CV 4733 – Eastern District of Pennsylvania

2) **Purdue Pharma L.P.** et al v. Endo Pharmaceuticals et al
Civil Action No. 00 Civ. 8029 (SHS)
Southern District of New York

3) **Ole Nilssen** v. Magnetek, Inc.
Civil Action No. 98 C 2229
Northern District of Illinois

4) **Schneider Automation Inc.** v. OPTO 22, Inc.
Civil Action No. CV-02-4859 PA (MANx) –
Central District of California, Western Division

5) Pfizer Inc. and **Alza Corporation** v. Andrx Corporation et al
Civil Action No. 01-8636-CIV-HURLEY/LYNCH
Southern District of Florida

6) **Plastpro Inc.** v. Therma-Tru Corporation
Civil Action No. 97-1222 (JCL)
District of New Jersey

7) Symbol Technologies, Inc. v. **Proxim Incorporated**
Civil Action No. 01-801-SLR
District of Delaware

8) **Sightsound.com, Inc.** v. N2K, Inc., CDNOW, Inc. and CDNOW Online, Inc.
Civil Action No. 98-0118
Western District of Pennsylvania

9) PolyMASC Pharmaceuticals, PLC v. **Alza Corporation**
Civil Action No. 01-228 JJF
District of Delaware

10) **St. Clair Intellectual Property Consultants, Inc.** v. Canon Inc., et al
Civil Action No. 03-241 JJF
District of Delaware

11) **Ethos Technologies** v. Real Networks
Civil Action No. 02-11324-REK
District of Massachusetts

12) **Plasma Physics** v. IBM, Analog Devices and ST Microelectronics
Civil Action No. CV –2-3475 (LDW/WDW)
Eastern District of New York

13) Szoka v. **Alza Corporation**
Civil Action No. C-02-5524 SI
Northern District of California, San Francisco Division

14) Cook Biotech Incorporated and **Purdue Research Foundation** v. ACell Incorporated, Stephen Badylak and Alan Spievack
Civil Action No. 4:03CV0046
Northern District of Indiana, Lafayette Division

15) **Sharp Corporation** v. AU Optronics Corporation et al
Civil Action No. C03-04244 MMC
Northern District of California, San Francisco Division

16) The Rockefeller University & Chiron Corporation v. Centocor, Inc. and **Abbott Laboratories**
Civil Action No. 2-04CV-168-TJW
Eastern District of Texas, Marshall Division

17) In the Matter of Certain Axle Bearing Assemblies, Components Thereof and Products Containing the Same
ITC Inv. No. 337-TA-554 (7/06)

18) **Ricoh Company Ltd.** v. Aeroflex Incorporated, Synopsys, Inc.
C-03-4669-MJJ (EMC) and C-03-2289-MJJ (EMC)
Northern District of California, San Francisco Division (8/06)

19) Ivan Rice v. **Rolls-Royce et al**
CA # 6:05cv330 – Eastern District of Texas – Tyler Division (2/07)