**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | C.A. No. 05-340 (***) |
| ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) | (consolidated) |
| IN RE TRICOR INDIRECT PURCHASER ) ANTITRUST LITIGATION ) | C.A. No. 05-360 (***) |
| ) THIS DOCUMENT RELATES TO: ) ) ) ALL ACTIONS ) | (consolidated) |

**JOINT STATUS REPORT**

Pursuant to this Court's Scheduling Order dated October 27, 2005 (the "Scheduling Order"), Coordinated Direct Purchaser Plaintiffs, Indirect Purchaser Class Plaintiffs, and Indirect Purchaser Plaintiff Pacificare Health Systems, Inc. ("Pacificare"), (collectively "Plaintiffs"), and Defendants Abbott Laboratories ("Abbott"),  Fournier Industrie et Sante, and Laboratories Fournier ("Fournier") (collectively, "Defendants"), by and through their counsel, hereby submit this Joint Status Report.

1

1.      Pursuant to the Scheduling Order, the deadline for completion of fact discovery was October 31, 2006. By stipulated order entered on November 7, 2006, the Court extended the deadline to November 30, 2006 in order to allow additional time for certain specific written discovery responses and for completion of depositions noticed prior to the deadline. C.A. No. 05-340 (D.I. 293); C.A. No. 05-340 (D.I. 278).

2.      By mutual agreement, certain depositions noticed prior to the October 31, 2006 discovery cutoff were scheduled after that date. As of the below date, all depositions of fact witnesses are completed.

3.      Pursuant to the Scheduling Order, Plaintiffs submitted opening expert reports on December 15, 2006. At Coordinated Direct Purchaser Plaintiffs' request, Defendants agreed to extend the due date for Dr. Arthur Schwartzbard's expert report to January 15, 2007. Upon request of the Defendants and following a status conference with the Court, the Court then entered an Amended Scheduling Order on February 2, 2007, which modified certain deadlines for the submission of responsive and reply reports. Pursuant to the Amended Scheduling Order, on April 18, 2007, Defendants submitted their expert reports responding to Plaintiffs' December 15, 2006 reports and Dr. Schwartzbard's January 15, 2007 report, with the exception of reports from Margaret E. Guerin-Calvert, Richard Gilbert and Sally A. Look. On May 14, 2007, the Court granted Indirect Class Plaintiffs unopposed motion for leave to serve the Supplemental Declaration of Charles King III Concerning Damages, which was deemed served on May 2, 2007.

2

4.      On May 22, 2007, the Court conducted a telephonic hearing regarding a further modification of the deadlines for the submissions of expert reports and expert depositions, during which time the parties announced that they had agreed to modify the Amended Scheduling Order. A Second Amended Scheduling Order was entered by the Court on June 11, 2007.

Dated: June 20, 2007

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
  *Liaison Counsel for Direct
  Purchaser Class*

/s/ Rodger D. Smith, II
Mary B. Graham (Del. Bar No. 2256)
James W. Parrett, Jr. (Del. Bar No. 4292)
Rodger D. Smith, II (Del. Bar No. 3778)
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mbgefiling@mnat.com
  *Attorney for Abbott Laboratories*

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (Del. Bar No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@prickett.com
  *Counsel for Walgreen Co., Eckerd
  Corporation, The Kroger Co., Maxi Drug,
  Inc. d/b/a Brooks Pharmacy, Albertson's,
  Inc., Safeway, Inc. and Hy-Vee, Inc.,
  CVS Pharmacy, Inc. Rite Aid Corporation,
  Rite Aid Hdqtrs. Corp. and American Sales
  Company, Inc.*

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (Bar No. 2555)
Anne Shea Gaza (Del. Bar No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
  *Attorneys for Fournier Industrie
  et Sante and Laboratories Fournier
  S.A.*

3

*/s/ A. Zachary Naylor*
A. Zachary Naylor (Del. Bar No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500
zacharynaylor@chimicles.com
  *Liaison Counsel for Indirect Purchaser*
  *Class*


*/s/ Jonathan L. Parshall*
Jonathan L. Parshall (Del. Bar No. 3247)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com
  *Attorney for Pacificare Health Systems, Inc.*

4