IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-340 (***) |
| THIS DOCUMENT RELATES TO: | ) ) ) | (Consolidated) |
| ALL ACTIONS | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 8, 2007, counsel for the Direct Purchaser Plaintiffs[1] served the below-listed items via electronic mail directed to all counsel:

The Rebuttal Expert Report of Stephen W. Schondelmeyer, Pharm.D., Ph.D.;

The Rebuttal Expert Report of Jeffrey L. Leitzinger, Ph.D.; and

The Rebuttal Report of Dr. John Abramson.

PLEASE TAKE FURTHER NOTICE that on October 9, 2007, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participant(s).

---

[1] Direct Purchaser Plaintiffs include Louisiana Wholesale Drug Co., Inc., Rochester Drug Co-Operative, Co., Meijer Inc. and Meijer Distribution, Inc. (collectively, the "Direct Purchaser Class Plaintiffs"); CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Hdqtrs. Corp. (collectively, the "CVS and Rite Aid Plaintiffs"), and Walgreen Co., Eckerd Corporation, The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's, Inc., Safeway, Inc., American Sales Company, Inc. and Hy-Vee, Inc. (collectively, the "Walgreen Plaintiffs").

ALSO, PLEASE TAKE NOTICE that a copy of the above-mentioned Reports, along with this NOTICE OF SERVICE was served on October 9, 2007, as follows:

**VIA E-MAIL**

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein<br>**bgerstein@garwingerstein.com** |
| | Barry S. Taus<br>**btaus@garwingerstein.com** |
| | Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com** |
| | Rimma Neman<br>**rneman@garwingerstein.com** |
| | Daniel Berger<br>**danberger@bm.net** |
| | Eric L. Cramer<br>**ecramer@bm.net** |
| | Peter Kohn<br>**pkohn@bm.net** |
| | Neill W. Clark<br>**nclark@bm.net** |
| | Linda P. Nussbaum<br>**lnussbaum@kaplanfox.com** |
| | David P. Germaine<br>**dgermaine@vaneklaw.com** |
| | Joseph Vanek<br>**jvanek@vaneklaw.com** |
| | Stuart Des Roches<br>**stuart@odrlaw.com** |

Andrew Kelly
**akelly@odrlaw.com**

Adelaida Ferchmin
**aferchmin@odrlaw.com**

David P. Smith
**dpsmith@psfllp.com**

Russell A. Chorush
**rchorush@hpcllp.com**

Michael F. Heim
**mheim@hpcllp.com**

| | |
|---|---|
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever **emmcgeever@prickett.com** |
| | Scott E. Perwin **sperwin@kennynachwalter.com** |
| | Lauren Ravkind **lravkind@kennynachwalter.com** |
| | Joseph T. Lukens **jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. No. 05-340): | Jonathan L. Parshall **jonp@msllaw.com** |
| | William Christopher Carmody **bcarmody@susmangodfrey.com** |
| | John Turner **jturner@susmangodfrey.com** |
| | Shawn Rabin **srabin@susmangodfrey.com** |
| | Ken Zylstra **zylstra@marcusauerbach.com** |

|  |  |
|---|---|
|  | Jerome Marcus<br>**jmarcus@marcusauerbach.com** |
|  | Lyle Stamps<br>**lstamps@sbclasslaw.com** |
|  | Steve Connolly<br>**sconnolly@sbclasslaw.com** |
|  | Casey Murphy<br>**cmurphy@sbclasslaw.com** |
|  | Mark Sandman<br>**mms@rawlingsandassociates.com** |
|  | Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING IMPAX<br>LABORATORIES (C.A. No. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com** |
|  | John C. Vetter<br>**jvetter@kenyon.com** |
|  | Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING INDIRECT PARTY<br>PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar |

|  |  |
|---|---|
|  | Ted Lieverman<br>Pat Howard<br>**tricor@chimicles.com** |
|  | Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com |
|  | Lynn A. Iannone<br>lynn@silverman-mcdonald.psemail.com |
|  | Patrick Francis Morris<br>**pmorris@morrisandmorrislaw.com** |
| REPRESENTING TEVA<br>PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**tricor@mnat.com** |
|  | James W. Parrett, Jr.<br>**jparrett@mnat.com** |
|  | William F. Cavanaugh<br>**wfcavanaugh@pbwt.com** |
|  | Chad J. Peterman<br>**cjpeterman@pbwt.com** |
|  | Thomas W. Pippert<br>**twpippert@pbwt.com** |

| | |
|---|---|
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven S. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>**tricor@rlf.com** |

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com
*Liaison For Direct Purchaser*
*Class Plaintiffs*