IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-340 (***) |
| THIS DOCUMENT RELATES TO ) ) ) ALL ACTIONS ) | (CONSOLIDATED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 8, 2007, pursuant to the Federal Rules of Civil Procedure and the Court's most recent scheduling Order, Plaintiffs in the *Walgreen*, *CVS/Rite Aid* and *American Sales* cases caused to be served the following rebuttal expert reports:

(1) Rebuttal Report of Keith Leffler;

(2) Rebuttal Report of John Abramson, M.D.;

(3) Rebuttal Report of Stephen Schondelmeyer;

(4) Rebuttal Report of Paul O'Connell;

(5) Rebuttal Report of Arvin Shroff; and

(6) Rebuttal Report of George Seaback.

Plaintiffs reserve the right to present testimony from any other expert who has submitted a report in this consolidated litigation in order to avoid duplication of testimony, or as otherwise permitted by the Court.

19638.1\348495v1

Dated: October 10, 2007

        /s/ Elizabeth M. McGeever
Elizabeth M. McGeever (#2057)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500
*Attorneys for Plaintiffs Walgreen Co., Eckerd Corporation, The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's, Inc., Safeway, Inc., and Hy-Vee, Inc.; Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and CVS Corporation; and American Sales Company, Inc.*

OF COUNSEL:

Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER P.A.
1100 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

Steve D. Shadowen
Joseph T. Lukens
HANGLEY ARONCHICK SEGAL & PUDLIN P.A.
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7032
Facsimile: (215) 568-0300

## Certificate of Service

I hereby certify that on October 10, 2007, I electronically filed the foregoing document via CM/ECF, which will send notification of such filing to all registered participants.

                                            /s/ Elizabeth M. McGeever
                                    Elizabeth M. McGeever (#2057)

19638.1\348495v1