IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and NOVOPHARM, LTD., | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 02-1512 (***) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | CONSOLIDATED |
| Counterclaim Defendants. | ) ) ) | |
| IMPAX LABORATORIES, INC., | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 03-120 (***) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., Counterclaim Defendants. | ) ) ) ) ) ) | CONSOLIDATED |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-340 (***) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | CONSOLIDATED |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (***) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | CONSOLIDATED |

## STIPULATION AND PROPOSED ORDER CONCERNING EXPERT DEPOSITIONS

Pursuant to Rule 29(2) of the Federal Rules of Civil Procedure, and in order to facilitate the orderly progress of discovery in this matter, IT IS HEREBY STIPULATED by the Plaintiffs and the Defendants, subject to the approval of the Court, that the following procedures shall apply to the conduct of depositions of expert witnesses in this matter:

1. Any party (including that party's counsel) that has retained a testifying expert witness in this matter may consult with that witness concerning, inter alia, the subject matter of this litigation after the witness has been sworn for deposition and during the course of the witness's deposition.

2. No party nor expert witness shall be required to answer questions concerning, the existence or content of any communications between counsel and an expert witness covered by Paragraph 1, above, except where the expert is explicitly relying upon such communications in support of that expert's opinions in this case.

| | |
|---|---|
| ROSENTHAL, MONHAIT & GODDESS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Jeffrey S. Goddess (# 630) | /s/ James W. Parrett, Jr. (# 4292) |
| Jeffrey S. Goddess (# 630)<br>Jessica Zeldin (# 3558)<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433 | Mary B. Graham (# 2256)<br>James W. Parrett, Jr. (# 4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200 |
| *Liaison Counsel for Direct Purchasers* | *Attorneys for Abbott Laboratories* |

| | |
|---|---|
| PRICKETT JONES & ELLIOTT, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Elizabeth M. McGeever (# 2057) | /s/ Anne Shea Gaza (# 4093) |
| Elizabeth M. McGeever (# 2057)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6521 | Frederick L. Cottrell, III (# 2555)<br>Anne Shea Gaza (# 4093)<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700 |
| *Counsel for Walgreen Co., Eckerd Corp., The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's Inc., Safeway, Inc. and Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs Corp., and American Sales Company Inc.* | *Attorneys for Fournier Industrie et Santé and Laboratoires Fournier, S.A.* |
| CHIMICLES & TIKELLIS LLP | MURPHY & LANDON |
| /s/ A. Zachary Naylor (# 4439) | /s/ Jonathan L. Parshall (# 3247) |
| Pamela S. Tikellis (#2172)<br>A. Zachary Naylor (# 4439)<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500 | Jonathan L. Parshall (# 3247)<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>(302) 472-8100 |
| *Liaison Counsel for Indirect Purchasers* | *Attorneys for Pacificare Health Systems, Inc.* |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS JAMES LLP |
| /s/ Josy W. Ingersoll (#1088) | /s/ Mary B. Matterer (#2696) |
| Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-6600 | Mary B. Matterer (#2696)<br>500 Delaware Avenue, Ste. 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800 |
| *Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., and Novopharm Ltd.* | *Attorneys for Impax Laboratories Inc.* |

DB01:2473368.1                                                                                                                                    058956.1004

- 4 -

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE