**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                        )
IN RE TRICOR DIRECT PURCHASER    )              C.A. No. 05-340 (***)
ANTITRUST LITIGATION                        )
_____)
                                                        )              (consolidated)
THIS DOCUMENT RELATES TO:           )
                                                        )
ALL ACTIONS                                        )
_____)
_____
                                                        )
IN RE TRICOR INDIRECT PURCHASER )
ANTITRUST LITIGATION                        )              C.A. No. 05-360 (***)
_____)
                                                        )
THIS DOCUMENT RELATES TO:           )              (consolidated)
                                                        )
ALL ACTIONS                                        )
_____)

**JOINT STATUS REPORT**

          Pursuant to this Court's Scheduling Order dated October 27, 2005 (the "Scheduling

Order"), Coordinated Direct Purchaser Plaintiffs, Indirect Purchaser Class Plaintiffs, and Indirect

Purchaser Plaintiff Pacificare Health Systems, Inc. ("Pacificare"), (collectively "Plaintiffs"), and

Defendants Abbott Laboratories ("Abbott"),  Fournier Industrie et Sante, and Laboratories

Fournier ("Fournier") (collectively, "Defendants"), by and through their counsel, hereby submit

this Joint Status Report.

1

1.        As of the below date, fact discovery has been completed. On June 26, 2007, the court entered a stipulated agreement among the parties regarding the authentication of certain documents produced during the course of fact discovery.  In accordance with this stipulation (in accordance with deadlines subsequently modified by the Court), the Plaintiffs designated certain documents for authentication, to which Defendants responded on September 14, 2007.

2.        Pursuant to the Scheduling Order, Plaintiffs submitted opening expert reports on December 15, 2006.  At Coordinated Direct Purchaser Plaintiffs' request, Defendants agreed to extend the due date for Dr. Arthur Schwartzbard's expert report to January 15, 2007.  Upon request of the Defendants and following a status conference with the Court, the Court then entered an Amended Scheduling Order on February 2, 2007, which modified certain deadlines for the submission of responsive and rebuttal reports.  Pursuant to the Amended Scheduling Order, on April 18, 2007, Defendants submitted their expert reports responding to Plaintiffs' December 15, 2006 reports and Dr. Schwartzbard's January 15, 2007 report, with the exception of reports from Margaret E. Guerin-Calvert, Richard Gilbert and Sally A. Look (which were subsequently served on June 29, 2007).  On May 14, 2007, the Court granted Indirect Class Plaintiffs unopposed motion for leave to serve the Supplemental Declaration of Charles King III Concerning Damages, which was deemed served on May 2, 2007.

3.        On June 11, July 23, September 9, October 1, and November 13, 2007, the Court entered, at the request of the parties, further amended scheduling orders modifying, inter alia, the deadlines for the submissions of expert reports and expert depositions.  Pursuant to these orders,

2

the parties served rebuttal expert reports on August 10, and October 8, 2007. Furthermore, the

Court's latest scheduling order, entered November 13, 2007 also sets the following deadlines: (a)

To the extent any objection to expert testimony is made pursuant to the principles announced in

Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993), it shall be made by motion no later

than April 4, 2008. Answering briefs shall be served on or before May 2, 2008; and (b) All case

dispositive motions, and an opening brief, and affidavits, if any, in support of the motion shall be

served and filed on or before April 18, 2008. Answering briefs shall be served and filed by May

27, 2008 and reply briefs shall be served and filed by June 27, 2008.

4.    As of the below date, all expert reports have been served, depositions of expert

witnesses have begun, and the parties continue to work toward scheduling all expert depositions

prior to the close of expert discovery on February 29, 2008.

Dated: December 21, 2007

*/s/ Jeffrey S. Goddess*                          */s/ James W. Parrett, Jr.*
Jeffrey S. Goddess (No. 630)                      Mary B. Graham (No. 2256)
Rosenthal, Monhait & Goddess, P.A.                James W. Parrett, Jr. (No. 4292)
919 Market Street, Suite 1401                     Morris, Nichols, Arsht & Tunnell
P. O. Box 1070                                    1201 North Market Street
Wilmington, DE 19899-1070                         P. O. Box 1347
(302) 656-4433                                    Wilmington, DE 19899
jgoddess@rmgglaw.com                              (302) 658-9200
  Liaison Counsel for Direct                      mbgefiling@mnat.com
  Purchaser Class                                   Attorney for Abbott Laboratories

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@prickett.com
   Counsel for Walgreen Co., Eckerd
   Corporation, The Kroger Co., Maxi Drug,
   Inc. d/b/a Brooks Pharmacy, Albertson's,
   Inc., Safeway, Inc. and Hy-Vee, Inc.,
   American Sales Company, Inc.,
   CVS Pharmacy, Inc. Rite Aid Corporation
   and Rite Aid Hdqtrs. Corp.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (No. 2555)
Anne Shea Gaza (No. 4093)
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
   Attorneys for Fournier Industrie
   et Sante and Laboratories Fournier
   S.A.

/s/ A. Zachary Naylor
A. Zachary Naylor (No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500
zacharynaylor@chimicles.com
   Liaison Counsel for Indirect Purchaser
   Class

/s/ Jonathan L. Parshall
Jonathan L. Parshall (No. 3247)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com
   Attorney for Pacificare Health Systems, Inc.