**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>                    Defendant. | |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation, and NOVOPHARM, LTD., a Canadian Corporation,<br><br>                    Counterclaim Plaintiffs,<br><br>    v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>                    Counterclaim Defendants. | C.A. No. 02-1512 (***)<br>(Consolidated) |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>                    Plaintiffs,<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>                    Defendant. | C.A. No. 03-120 (***)<br>(Consolidated) |

|  |  |
|---|---|
| _____ ) | |
| IMPAX LABORATORIES, INC., a Delaware ) | |
| corporation, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ABBOTT LABORATORIES, an Illinois corporation, ) | |
| FOURNIER INDUSTRIE ET SANTÉ, a French ) | |
| corporation, and LABORATOIRES FOURNIER, S.A., ) | |
| a French corporation, ) | |
| ) | |
| Counterclaim Defendant. ) | |
| _____) | |
| IN RE TRICOR DIRECT PURCHASER ) | |
| ANTITRUST LITIGATION ) | C.A. No. 05-340 (***) |
| ) | (Consolidated) |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| ALL ACTIONS ) | |
| _____) | |
| IN RE TRICOR INDIRECT PURCHASER ) | C.A. No. 05-360 (***) |
| ANTITRUST LITIGATION ) | (Consolidated) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| ALL ACTIONS ) | |
| _____ ) | |

## NOTICE OF TAKING THE VIDEO-TAPED
## DEPOSITION OF ARTHUR GOLDBERG

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs/Counterclaim Plaintiffs in the above-referenced actions will take the video-taped deposition upon oral examination of Arthur Goldberg. This deposition will occur as follows:

| Date | Time | Place |
|---|---|---|
| February 29, 2008 | 9:00 a.m. | Steptoe & Johnson<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036 |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

Dated: January 15, 2008

Respectfully submitted,

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
　*Liaison Counsel for Direct*
　*Purchaser Class*

*/s/ Elizabeth M. McGeever*
Elizabeth M. McGeever (No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@prickett.com
　*Counsel for Walgreen Co., Eckerd*
　*Corporation, The Kroger Co., Maxi Drug,*
　*Inc. d/b/a Brooks Pharmacy, Albertson's,*
　*Inc., Safeway, Inc. and Hy-Vee, Inc.,*
　*CVS Pharmacy, Inc. Rite Aid Corporation,*
　*Rite Aid Hdqtrs. Corp. and American Sales*
　*Company, Inc.*

*/s/ A. Zachary Naylor*
A. Zachary Naylor (No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500
zacharynaylor@chimicles.com
　*Liaison Counsel for Indirect Purchaser*
　*Class*

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com
kkeller@ycst.com
　*Attorneys for Teva Pharmaceuticals USA,*
　*Inc., Teva Pharmaceuticals Industries Ltd.,*
　*and Novopharm Ltd.*

*/s/ Jonathan L. Parshall*
Jonathan L. Parshall (No. 3247)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com
   *Attorney for Pacificare Health Systems, Inc.*

*/s/ Mary B. Matterer*
Mary B. Matterer (No. 2696)
Morris James, LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
mmatterer@morrisjames.com
   *Attorneys for Impax Laboratories Inc.*