# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>　　　　　　　　　Defendant. | |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation, and NOVOPHARM, LTD., a Canadian Corporation,<br><br>　　　　　　　　　Counterclaim Plaintiffs,<br><br>　　　v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>　　　　　　　　　Counterclaim Defendants. | C.A. No. 02-1512 (***)<br>(Consolidated) |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>　　　　　　　　　Plaintiffs,<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　　　　Defendant. | C.A. No. 03-120 (***)<br>(Consolidated) |

|  |  |  |
|---|---|---|
| IMPAX LABORATORIES, INC., a Delaware corporation, | ) ) ) ) | |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, | ) ) ) ) ) ) | |
| Counterclaim Defendant. | ) ) | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-340 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) ) | |

**NOTICE OF TAKING THE VIDEO-TAPED
DEPOSITION OF JAMES McGINITY**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs/Counterclaim Plaintiffs in the above-referenced actions will take the video-taped deposition upon oral examination of James McGinity. This deposition will occur as follows:

| Date | Time | Place |
|---|---|---|
| January 23, 2008 | 9:00 a.m. | Doubletree Guest Suites Austin 303 W. 15th Street Austin, TX 78701 |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

Dated: January 15, 2008

| | |
|---|---|
| */s/ Jeffrey S. Goddess* | */s/ Elizabeth M. McGeever* |
| Jeffrey S. Goddess (No. 630) | Elizabeth M. McGeever (No. 2057) |
| Rosenthal, Monhait & Goddess, P.A. | Prickett Jones & Elliott, P.A. |
| 919 Market Street, Suite 1401 | 1310 King Street |
| P. O. Box 1070 | P. O. Box 1328 |
| Wilmington, DE 19899-1070 | Wilmington, DE 19899 |
| (302) 656-4433 | (302) 888-6521 |
| jgoddess@rmgglaw.com | emmcgeever@prickett.com |
| *Liaison Counsel for Direct Purchaser Class* | *Counsel for Walgreen Co., Eckerd Corporation, The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's, Inc., Safeway, Inc. and Hy-Vee, Inc., CVS Pharmacy, Inc. Rite Aid Corporation, Rite Aid Hdqtrs. Corp. and American Sales Company, Inc.* |
| */s/ A. Zachary Naylor* | */s/ Karen E. Keller* |
| A. Zachary Naylor (No. 4439) | Josy W. Ingersoll (No. 1088) |
| Chimicles & Tikellis LLP | Karen E. Keller (No. 4489) |
| One Rodney Square | Young Conaway Stargatt & Taylor, LLP |
| P. O. Box 1035 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| (302) 656-2500 | Wilmington, DE 19899-0391 |
| zacharynaylor@chimicles.com | (302) 571-6600 |
| *Liaison Counsel for Indirect Purchaser Class* | jingersoll@ycst.com |
| | kkeller@ycst.com |
| | *Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., and Novopharm Ltd.* |

| | |
|---|---|
| */s/ Jonathan L. Parshall* | */s/ Mary B. Matterer* |
| Jonathan L. Parshall (No. 3247) | Mary B. Matterer (No. 2696) |
| Murphy & Landon | Morris James, LLP |
| 1011 Centre Road, Suite 210 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19805 | P. O. Box 2306 |
| (302) 472-8100 | Wilmington, DE 19899-2306 |
| jonp@msllaw.com | (302) 888-6800 |
| *Attorney for Pacificare Health Systems, Inc.* | mmatterer@morrisjames.com |
| | *Attorneys for Impax Laboratories Inc.* |