## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>      Defendant. | |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation, and NOVOPHARM, LTD., a Canadian Corporation,<br><br>      Counterclaim Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>      Counterclaim Defendants. | C.A. No. 02-1512 (SLR)<br>(Consolidated) |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>      Plaintiffs,<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>      Defendant. | C.A. No. 03-120 (SLR)<br>(Consolidated) |

|  |  |  |
|---|---|---|
| IMPAX LABORATORIES, INC., a Delaware corporation, | ) ) ) ) | |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, | ) ) ) ) ) ) | |
| Counterclaim Defendant. | ) ) | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-340 (SLR) (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (SLR) (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |

## RE-NOTICE OF TAKING THE VIDEO-TAPED DEPOSITION OF ARTHUR GOLDBERG

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs/Counterclaim Plaintiffs in the above-referenced actions will take the video-taped deposition upon oral examination of Arthur Goldberg. This deposition will occur as follows:

| **Date** | **Time** | **Place** |
|---|---|---|
| February 29, 2008 | 9:00 a.m. | Steptoe & Johnson<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036 |

2

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

| | |
|---|---|
| */s/ Jeffrey S. Goddess*<br>Jeffrey S. Goddess (No. 630)<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street, Suite 1401<br>P. O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>jgoddess@rmgglaw.com<br>  *Liaison Counsel for Direct*<br>  *Purchaser Class* | */s/ Elizabeth M. McGeever*<br>Elizabeth M. McGeever (No. 2057)<br>Prickett Jones & Elliott, P.A.<br>1310 King Street<br>P. O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6521<br>emmcgeever@prickett.com<br>  *Counsel for Walgreen Co., Eckerd*<br>  *Corporation, The Kroger Co., Maxi Drug,*<br>  *CVS Pharmacy, Inc. Rite Aid Corporation,*<br>  *Rite Aid Hdqtrs. Corp. and American Sales*<br>  *Company, Inc.* |
| */s/ A. Zachary Naylor*<br>A. Zachary Naylor (No. 4439)<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>P. O. Box 1035<br>Wilmington, DE 19899<br>(302) 656-2500<br>zacharynaylor@chimicles.com<br>  *Liaison Counsel for Indirect Purchaser*<br>  *Class* | */s/ Karen E. Keller*<br>Josy W. Ingersoll (No. 1088)<br>Karen E. Keller (No. 4489)<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>jingersoll@ycst.com<br>kkeller@ycst.com<br>  *Attorneys for Teva Pharmaceuticals USA,*<br>  *Inc., Teva Pharmaceuticals Industries Ltd.,*<br>  *and Novopharm Ltd.* |

|  |  |
|---|---|
| */s/ Jonathan L. Parshall* | */s/ Mary B. Matterer* |
| Jonathan L. Parshall (No. 3247) | Mary B. Matterer (No. 2696) |
| Murphy & Landon | Morris James LLP |
| 1011 Centre Road, Suite 210 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19805 | P. O. Box 2306 |
| (302) 472-8100 | Wilmington, DE 19899-2306 |
| jonp@msllaw.com | (302) 888-6800 |
| *Attorney for Pacificare Health Systems, Inc.* | mmatterer@morrisjames.com |
|  | *Attorneys for Impax Laboratories Inc.* |

Dated: February 12, 2008

4