IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE' and LABORATORIES FOURNIER SA, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 02-1512-SLR |
| TEVA PHARMACEUTICALS, U.S.A., INC., | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE', and LABORATORIES FOURNIER S.A., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 03-120-SLR |
| IMPAX LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 05-340-SLR |
| ABBOTT LABORATORIES, et al., | ) ) ) ) | |
| Defendants. | ) | |

```
PAINTERS DISTRICT COUNCIL        )
NO 30 HEALTH & WELFARE FUND,     )
et al.,                          )
                                 )
         Plaintiffs,             )
                                 )
    v.                           )   Civ. No. 05-360-SLR
                                 )
ABBOTT LABORATORIES,             )
FOURNIER INDUSTRIE ET SANTE',    )
and LABORATORIES FOURNIER S.A.,  )
                                 )
         Defendants.             )
```

## ORDER

At Wilmington this 28th day of February, 2008,

IT IS ORDERED that an in-person status conference shall be held on **Tuesday, March 25, 2008**, at 11:00 a.m. in courtroom 6B on the 6th Floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge