IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, Inc. and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 02-1512-SLR (Consolidated) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | |
| Counterclaim Defendants. | ) | |

| | | |
|---|---|---|
| IMPAX LABORATORIES, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 03-120-SLR (Consolidated) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | |
| Counterclaim Defendants. | ) | |

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) | Civ. No. 05-340-SLR (Consolidated) |

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | Civ. No. 05-360-SLR (Consolidated) |

# O R D E R

At Wilmington this 3d day of April, 2008, having conferred with counsel;

IT IS ORDERED that:

1. **Class certification.** Defendants may file a supplemental brief (limited to 10 pages) in opposition to plaintiffs' motions for class certification on or before **April 17, 2008.** Plaintiffs may file responses to the above (limited to 10 pages) on or before **May 1, 2008.** The court shall conduct oral argument on class certification on **May 9, 2008** starting at **1:30 p.m.** in courtroom 6B sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The class proponents (direct and indirect purchasers) each shall have 20 minutes in which to present their arguments; defendants (collectively) shall have 40 minutes in which to present their arguments.

2. **Bifurcation.** The case will proceed forward only on liability issues. All issues related to damages shall be stayed until further order of the court.

3. **Summary judgment.** The parties may file summary judgment motions related to two issues: market definition and the propriety of the patent litigations. The motions, along with opening briefs and appendices, shall be filed on or before **May 1, 2008.** Responsive briefs and appendices shall be filed on or before **May 29, 2008.** Reply briefs shall be filed on or before **June 12, 2008.** The court shall conduct oral argument on the summary judgment motions on **June 27, 2008** starting at **1:30 p.m.** in courtroom 6B sixth floor Federal Building, 844 King Street, Wilmington, Delaware. Counterclaim defendants shall have (collectively) 1.5 hours in which to present their arguments; counterclaim plaintiffs shall have (collectively) 1.5 hours in which to present

their arguments.

4. **Daubert motions.** All Daubert motions shall be filed on or before **September 22, 2008**; responses shall be filed on or before **September 29, 2008.**

5. **Pretrial conference.** A pretrial conference shall be conducted by the court in courtroom 6B on **October 6, 2008** at **4:30 p.m..** The court does not allow motions in limine to be filed; all evidentiary issues shall be identified in the parties' proposed pretrial order, which order shall be filed with the court on or before **September 29, 2008**, along with proposed voir dire and preliminary and final jury instructions. At the pretrial conference, the court will issue a specific trial schedule with the number of trial hours allocated to each litigant group.

6. **Trial.** The court has set aside the weeks of **November 3, November 10** and **November 17, 2008** for the above captioned cases to be tried to the same jury on all issues related to liability.

_____
United States District Judge