IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-340 (SLR) (Consolidated) |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (SLR) (Consolidated) |
| THIS DOCUMENT RELATES TO: C.A. Nos. 05-340, 05-351, 05-358, 05-450 05-360, 05-365, 05-390, 05-394, 05-426, 05-467, 05-482, 05-475, 05-516, 05-695 | REDACTED PUBLIC VERSION |

### DECLARATION OF ANNE SHEA GAZA IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO DIRECT PURCHASER CLASS PLAINTIFFS' AND INDIRECT PURCHASER CLASS PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION

I, Anne Shea Gaza, of full age, hereby declare as follows:

1. I am Counsel at Richards, Layton & Finger, which represents Fournier Industrie et Santé and Laboratories Fournier S.A. in this action. I make this Declaration in support of Defendants' Supplemental Brief in Opposition to Direct Purchaser Class Plaintiffs' and Indirect Purchaser Class Plaintiffs' Motions for Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of Updated Appendix A (Variations In State Consumer Protection Acts: Defendants' 43 Jurisdiction Survey) to Defendants' Answering Brief In Opposition To Brief in Support of Indirect Purchaser Plaintiffs' Motion For Class Certification (DI 211).

3. Attached hereto as Exhibit 2 is a true and correct copy of Updated Appendix B (Variations In The Law Of Unjust Enrichment: Defendants' 51 Jurisdiction Survey) to Defendants' Answering Brief In Opposition To Brief in Support of Indirect Purchaser Plaintiffs' Motion For Class Certification (DI 211).

4. Attached hereto as Exhibit 3 is a true and correct copy of a chart titled Expert Opinion Concerning Whether TriCor Prices Would Have Decreased In The "But For" World.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Margaret E. Guerin-Calvert dated June 29, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of a document titled Pricing Overview and bates labeled Abbott_TriCor00013973-78.

7. Attached hereto as Exhibit 6 is the Expert Report of Jeffrey J. Leitzinger, Ph.D. dated December 15, 2006.

8. Attached hereto as Exhibit 7 is the Rebuttal Report of Jeffrey J. Leitzinger, Ph.D. dated October 8, 2007.

9. Attached hereto as Exhibit 8 is the Declaration of Charles King III Concerning Damages dated December 15, 2007.

10. Attached hereto as Exhibit 9 is the Surrebuttal of Charles King III Concerning Damages dated October 5, 2007.

11. Attached hereto as Exhibit 10 is the Expert Report of Keith B. Leffler Ph.D. dated October 8, 2007.

12. Attached hereto as Exhibit 11 is the Expert Report of Richard J. Gilbert, Ph.D dated June 29, 2007.

13. Attached hereto as Exhibit 12 is the Supplemental Expert Report of Richard J. Gilbert, Ph.D. dated March 28, 2008.

14. Attached hereto as Exhibit 13 is an excerpt from the transcript of the March 13, 2008 Deposition of Jeffrey J. Leitzinger, Ph.D.

15. Attached hereto as Exhibit 14 is an excerpt from the transcript of the of the January 30, 2008 Deposition of Charles King III, Ph.D.

16. Attached hereto as Exhibit 15 is an excerpt from the transcript of the December 7, 2007 Deposition of Keith B. Leffler, Ph.D.

I hereby declare under penalty of perjury that all the statements made by me herein are true and correct.

Dated: April 17, 2008

*Anne Shea Gaza*

Anne Shea Gaza (#4093)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll
John W. Shaw
Karen Keller
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Tel. (302) 656-4433
Fax. (302) 658-7567

Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19801

Michael I. Silverman
Lynn A. Iannone
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Mary B. Graham
Morris Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Mary B. Matterer
Morris James, LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Elizabeth M. McGeever
Prickett Jones Elliott, P.A.
1310 King Street
Wilmington, DE 19801

Patrick Francis Morris
Morris & Morris LLC
4001 Kennett Pike, Suite 300
Wilmington, Delaware 19807

I hereby certify that on April 24, 2008, I sent by electronic mail the foregoing document to the following:

| | |
|---|---|
| REPRESENTING DIRECT PARTY PLAINTIFFS (C.A. 05-340): | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com**<br><br>Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br>Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br><br>Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br><br>Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID, ALBERTSON'S, SAFEWAY, HY-VEE AND AMERICAN SALES (C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner:<br>**jturner@susmangodfrey.com** |

|  |  |
|---|---|
|  | Shawn Rabin:<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson:<br>**jnelson@susmangodfrey.com**<br><br>Cindy Tijerina:<br>**ctijerina@susmangodfrey.com**<br><br>Ken Zylstra:<br>**kzylstra@sbclasslaw.com**<br><br>Lyle Stamps:<br>**lstamps@sbclasslaw.com**<br><br>Steve Connolly<br>**Sconnolly@abclasslaw.com**<br><br>Mark Sandman:<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann:<br>**js5@rawlingsandassociates.com** |
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>William C. Carmody<br>Mike Gottsch<br>Zach Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br><br>**Tricor@chimicles.com** |

| | |
|---|---|
| REPRESENTING IMPAX LABORATORIES (C.A. 03-120): | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING TEVA PHARMACEUTICALS (C.A. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**Tricor@mnat.com**<br><br>William F. Cavanaugh<br>**wfcavanaugh@pbwt.com**<br><br>Chad J. Peterman<br>**cjpeterman@pbwt.com** |

_/s/ Anne Shea Gaza_
Anne Shea Gaza (#4093)
gaza@rlf.com