# EXHIBITS 3 - 15 REDACTED IN THEIR ENTIRETY