IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC.,<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br>and NOVOPHARM, LTD., | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1512 (SLR) |
| | ) | |
| ABBOTT LABORATORIES, | ) | CONSOLIDATED |
| FOURNIER INDUSTRIE ET SANTÉ, and<br>LABORATOIRES FOURNIER S.A., | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |
| | ) | |
| ABBOTT LABORATORIES, | ) | |
| FOURNIER INDUSTRIE ET SANTÉ, and<br>LABORATOIRES FOURNIER S.A. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 03-120 (SLR) |
| | ) | |
| IMPAX LABORATORIES, INC. | ) | CONSOLIDATED |
| | ) | |
| Defendant. | ) | |
| | ) | |
| IN RE TRICOR DIRECT PURCHASER<br>ANTITRUST LITIGATION | ) | |
| | ) | C.A. No. 05-340 (SLR) |
| | ) | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) | CONSOLIDATED |
| | ) | |
| IN RE TRICOR INDIRECT PURCHASER<br>ANTITRUST LITIGATION | ) | |
| | ) | C.A. No. 05-360 (SLR) |
| | ) | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) | CONSOLIDATED |

**STIPULATION AND ORDER RE BRIEFING SCHEDULE**

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that, at the request of Abbott and Fournier for an extension of time, the briefing schedule on Abbott's and Fournier's summary judgment motions set out in paragraph 3 of the Court's order of April 3, 2008 (D.I. 593 in C.A. 02-1512; D.I. 500 in C.A. 03-120; D.I. 380 in C.A. 05-340; and D.I. 372 in C.A. 05-360) is modified as follows:

1.    Opening briefs and appendices shall be filed on or before May 5, 2008;

2.    Responsive briefs and appendices shall be filed on or before June 2, 2008.

3.    The date of June 12, 2008 for the reply briefs is unaffected by this stipulation. The change in dates set forth in Paragraphs 1 and 2 shall not form any basis for any extension of the June 12, 2008 date for reply briefs or any other change in the schedule set out in the Court's order of April 3, 2008, including the trial date.

ROSENTHAL, MONHAIT & GODDESS, P.A.

*/s/ Jeffrey S. Goddess*

_____
Jeffrey S. Goddess (# 630)
Jessica Zeldin (# 3558)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
    *Liaison Counsel for Direct Purchasers*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

_____
Mary B. Graham (# 2256)
James W. Parrett, Jr. (# 4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jparrett@mnat.com
    *Attorneys for Abbott Laboratories*

CHIMICLES & TIKELLIS LLP

*/s/ A. Zachary Naylor*

_____
Pamela S. Tikellis (#2172)
A. Zachary Naylor (# 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
(302) 656-2500
zacharynaylor@chimicles.com
    *Liaison Counsel for Indirect Purchasers*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Anne Shea Gaza*

_____
Frederick L. Cottrell, III (# 2555)
Anne Shea Gaza (# 4093)
One Rodney Square
Wilmington, DE  19801
(302) 651-7700
gaza@rlf.com
    *Attorneys for Fournier Industrie et Santé
    and Laboratoires Fournier, S.A.*

PRICKETT JONES & ELLIOTT, P.A.

*/s/ Elizabeth M. McGeever*
_____

Elizabeth M. McGeever (# 2057)
1310 King Street
P.O. Box 1328
Wilmington, DE  19899
(302) 888-6521
emmcgeever@prickett.com
   *Counsel for Walgreen Co., Eckerd Corp.,*
   *The Kroger Co., Maxi Drug, Inc. d/b/a*
   *Brooks Pharmacy, Albertson's Inc., Safeway,*
   *Inc. and Hy-Vee, Inc., CVS Pharmacy, Inc.,*
   *Rite Aid Corp. and Rite Aid Hdqtrs Corp.,*
   *and American Sales Company Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Josy W. Ingersoll*
_____

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
(302) 571-6600
jingersoll@ycst.com
   *Attorneys for Teva Pharmaceuticals USA,*
   *Inc., Teva Pharmaceuticals Industries Ltd.,*
   *and Novopharm Ltd.*

MURPHY & LANDON

*/s/ Jonathan L. Parshall*
_____

Jonathan L. Parshall (# 3247)
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8100
jonp@msllaw.com
   *Attorneys for Pacificare Health Systems, Inc.*

MORRIS JAMES HITCHENS & WILLIAMS LLP

*/s/ Mary B. Matterer*
_____

Mary B. Matterer (#2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899-2306
(302) 888-6800
mmatterer@morrisjames.com
   *Attorneys for Impax Laboratories Inc.*

SO ORDERED this _____ day of _____, 2008.

2306861

_____
UNITED STATES DISTRICT JUDGE