## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICALS INDUSTRIES, LTD., and NOVAPHARM, LTD., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., <br><br> Counterclaim Defendants. | **C.A. NO. 02-1512 (SLR)** <br><br> **CONSOLIDATED** |
| IMPAX LABORATORIES, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., <br><br> Counterclaim Defendants. | **C.A. NO. 03-120 (SLR)** <br><br> **CONSOLIDATED** |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS. | **C.A. NO. 05-340 (SLR)** <br><br> **CONSOLIDATED** |
| STATE OF FLORIDA, et al. <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., <br><br> Defendants. | **C.A. NO. 08-155 (SLR)** |

**RESPONSE OF TEVA, IMPAX, AND DIRECT PURCHASER PLAINTIFFS
TO PLAINTIFF STATES' MOTION TO CONSOLIDATE**

Teva Pharmaceuticals USA, Teva Pharmaceutical Industries, Ltd., and Novopharm, Ltd. (Teva), Impax Laboratories, Inc. (Impax), and the Direct Purchaser Plaintiffs submit this response to Plaintiff States' Motion to Consolidate:

1. Teva, Impax and the Direct Purchaser Plaintiffs filed the claims presently at issue in the spring and summer of 2005. Given the amount of time that has elapsed since these claims' original filing, Teva, Impax and the Direct Purchaser Plaintiffs object strenuously to any action, including consolidation of the Plaintiff States' claims, that would delay the liability trial now set for November 3, 2008.

2. At the April 3, 2008 status conference, Abbott counsel said that Abbott and Fournier require further discovery from the Plaintiff States. (Hearing Transcript, April 3, 2008, at 51:16-25). Teva, Impax and the Direct Purchaser Plaintiffs take no position on the merits of Abbott and Fournier's argument. However, if the Court concludes that Abbott and Fournier are entitled to additional discovery from the Plaintiff States prior to any liability trial, then Teva, Impax and the Direct Purchaser Plaintiffs would be concerned about the effect this additional discovery might have on maintaining the November 3, 2008 trial date. To the extent that this additional discovery would be permitted and could cause a delay in the trial date, Teva, Impax and the Direct Purchasers object to the Plaintiff States' Motion to Consolidate.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

   /s/ Karen E. Keller
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jingersoll@ycst.com
kkeller@ycst.com

GOODWIN PROCTER LLP
David M. Hashmall
Christopher T. Holding
Sarah Heaton Concannon
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., and Novopharm Ltd.*

MORRIS JAMES LLP

   /s/ Mary B. Matterer
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

KEKER & VAN NEST
Robert A. Van Nest
Mark A. Lemley
Asim M. Bhansali
Paula L. Blizzard
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

*Attorneys for Impax Laboratories Inc.*

ROSENTHAL, MONHAIT & GODDESS, P.A.

   /s/ Jeffrey S. Goddess
Jeffrey S. Goddess (#630)
Jessica Zeldin (#3558)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com

GARWIN, GERSTEIN & FISHER, L.L.P.
Bruce E. Gerstein
Barry Taus
Adam Steinfeld
1501 Broadway, Suite 1416
New York NY 10036
(212) 398-0055

*Liaison Counsel for Direct Purchasers*

PRICKET, JONES & ELLIOTT, P.A.

   /s/ Elizabeth M. McGeever
Elizabeth M. McGreever (#2057)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@pricket.com

KENNY NACHWALTER, P.A.
Richard Allen Arnold
Scott E. Perwin
Lauren Ravkind
1100 Miami Center
201 S. Biscayne Boulevard
Miami, FL 33131-4327
(305) 373-1000

*Counsel for Walgreen Co., Eckerd Corp., The Kroger Co., Maxi Drugs, Inc. d/b/a Brooks Pharmacy, Albertson's Inc., Safeway, Inc. and Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs Corp., and American Sales Company, Inc.*