IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC.,<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br>and NOVOPHARM, LTD., | ) ) ) | **REDACTED PUBLIC<br>VERSION** |
| | ) | |
| Counterclaim Plaintiffs, | ) | C.A. No. 02-1512 (SLR) |
| v. | ) | |
| | ) | CONSOLIDATED |
| ABBOTT LABORATORIES,<br>FOURNIER INDUSTRIE ET SANTÉ, and<br>LABORATOIRES FOURNIER S.A.,<br>Counterclaim Defendants. | ) ) ) ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | C.A. No. 03-120 (SLR) |
| v. | ) | |
| | ) | CONSOLIDATED |
| ABBOTT LABORATORIES,<br>FOURNIER INDUSTRIE ET SANTÉ, and<br>LABORATOIRES FOURNIER S.A., | ) ) ) | |
| | ) | |
| Counterclaim Defendants. | ) | |
| | ) | |
| IN RE TRICOR DIRECT PURCHASER<br>ANTITRUST LITIGATION | ) ) | C.A. No. 05-340 (SLR) |
| | ) | CONSOLIDATED |
| | ) | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) | |
| | ) | |
| IN RE TRICOR INDIRECT PURCHASER<br>ANTITRUST LITIGATION | ) ) | C.A. No. 05-360 (SLR) |
| | ) | CONSOLIDATED |
| | ) | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) | |

**DEFENDANTS' JOINT APPENDIX
IN SUPPORT OF SUMMARY JUDGMENT MOTIONS**
**VOLUME II OF III**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jparrett@mnat.com

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Chad J. Peterman
Alexis Deise
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

*Attorneys for Defendant Abbott Laboratories*

RICHARDS, LAYTON & FINGER, P.A.
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

OF COUNSEL:

William Baer
James Cooper
Anne P. Davis
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC 20004
(202) 942-5000

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-5517

*Attorneys for Fournier Industrie Et Santé and
Laboratoires Fournier, S.A.*

Dated: May 5, 2008
**Redacted Filing Date: May 13, 2008**

# DEFENDANTS' JOINT APPENDIX
## TABLE OF CONTENTS

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| **DEPOSITION TRANSCRIPTS/EXHIBITS** ||
| Dr. Loyd V. Allen Deposition Transcript, December 12, 2001 | DJA-1 to DJA-4 |
| Pierre Diebolt Deposition Transcript, June 8, 2004 | DJA-5 to DJA-7.003 |
| Edward Grieff Deposition Transcript, June 25, 2004 | DJA-7.004 to DJA-7.008 |
| Dr. Gordon Amidon Deposition Transcript, November 18, 2004 | DJA-8 to DJA-9 |
| Dr. Loyd V. Allen Deposition Transcript, November 23, 2004 | DJA-10 to DJA-12 |
| James McNeil Deposition Transcript, December 22, 2004 | DJA-12.001 to DJA-12.006 |
| Philippe Reginault Deposition Transcript, October 24, 2006 | DJA-13 to DJA-22 |
| Philippe Reginault Deposition Exhibit 1, October 24, 2006 | DJA-23 to DJA-28 |
| Philippe Reginault Deposition Exhibit 4, October 24, 2006 | DJA-29 to DJA-32 |
| Philippe Reginault Deposition Exhibit 8, October 24, 2006 | DJA-33 to DJA-46 |
| Philippe Reginault Deposition Exhibit 25, October 24, 2006 | DJA-47 to DJA-52 |
| Pascale Blouquin, Deposition Transcript, November 30, 2006 | DJA-52.001-52.004 |
| Dr. Peter Jones Deposition Transcript, November 28, 2007 | DJA-53 to DJA-57 |
| Keith B. Leffler Deposition Transcript, December 7, 2007 | DJA-58 to DJA-80 |
| Dr. Sander J. Robins Deposition Transcript, December 19, 2007 | DJA-81 to DJA-97 |
| Iain Cockburn Deposition Transcript, January 9, 2008 | DJA-98 to DJA-106 |
| Dr. Loyd V. Allen Deposition Transcript, January 10, 2008 | DJA-107 to DJA-108 |
| Dr. Stephen P. Schondelmeyer Deposition Transcript, January 24, 2008 | DJA-109 to DJA-118 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Dr. Gordon Amidon Deposition Transcript, January 29, 2008 | DJA-119 to DJA-126 |
| Charles L. King III Deposition Transcript, January 29, 2008 | DJA-127 to DJA-136 |
| Arthur Schwartzbard Deposition Transcript, February 12, 2008 | DJA-137 to DJA-148 |
| Dr. Hal J. Singer Deposition Transcript, February 21, 2008 | DJA-149 to DJA-158 |
| Dr. Richard Grimm Deposition Transcript, March 4, 2008 | DJA-159 to DJA-168 |
| Dr. Rodolfo Soto Deposition Transcript, March 12, 2008 | DJA-169 to DJA-196 |
| Dr. Jeffrey J. Leitzinger Deposition Transcript, March 13, 2008 | DJA-197 to DJA-212 |
| DISCOVERY DOCUMENTS | |
| 2005 Marketing Plan (Abbott_Tricor0000007-Abbott_Tricor0000062) | DJA-213 to DJA-268 |
| Pharmaceutical Products Division Cardiology Franchise Summary 2004 Plan (Abbott_Tricor00000111- Abbott_Tricor00000117) | DJA-269 to DJA-275 |
| TriCor 2003 Marketing Plan (Abbott_Tricor00013709, Abbott_Tricor00013743, Abbott_Tricor00013794) | DJA-276 to DJA-278 |
| TriCor '03 Plan (Abbott_Tricor00013965-Abbott_Tricor00014049) | DJA-279 to DJA-363 |
| 2006 Strategic Marketing Plan (Abbott_Tricor00056920-Abbott_Tricor00056957) | DJA-364 to DJA-401 |
| Section VI Bioavailability/Bioequivalence (Continued) IABII002617- IABII002619 | DJA-402 to DJA-404 |
| Data Summary; In-Process Control in Manufacturing the Biobatch of Fenofibrate Tablets, 100 mg (Lot #R02015) (IABII003278) | DJA-405 |
| Section VII Components and Composition (Continued) IABII014506 | DJA-406 |
| In-Process Control in Manufacturing the Biobatch of Fenofibrate Tablets, 54 mg IABII014666 | DJA-407 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Teva ANDA Application excerpt | DJA-408 to DJA-409 |
| Lofibra Marketing Communications Plan Teva (Teva-TriCor044141- Teva-TriCor044165) | DJA-410 to DJA-434 |
| Convention Report (Teva-TriCor046652-Teva-TriCor46653) | DJA-435 to DJA-436 |
| Lofibra Training Manual (Teva-TriCor083807, Teva-TriCor083859- Teva-TriCor083886) | DJA-437 to DJA-465 |
| REPORTS AND DECLARATIONS | |
| Expert Statement of Dr. Arthur H. Goldberg in Rebuttal to the Expert Report of Dr. Loyd V. Allen, Jr., October 31, 2001 | DJA-466 to DJA-471 |
| Expert Report of Dr. Arthur H. Goldberg, February 15, 2002 | DJA-472 to DJA-475 |
| Expert Report of Dr. Loyd V. Allen, Jr., August 26, 2004 | DJA-476 to DJA-480 |
| Expert Report of Dr. Stephen R. Byrn, August 27, 2004 | DJA-481 to DJA-578 |
| Rebuttal Expert Report of Dr. Gordon Amidon, October 15, 2004 | DJA-579 to DJA- 617 |
| Expert Report of Dr. Robert O. Williams III, October 15, 2004 | DJA-618 to DJA-651 |
| Declaration of Dr. Robert O. Williams III, January 18, 2005 | DJA-652 to DJA-656 |
| Supplemental Expert Report of Dr. Stephen R. Byrn, May 27, 2005 | DJA-657 to DJA-667 |
| Declaration of Michael A. Jones, August 16, 2006 | DJA-668 to DJA-681 |
| Expert Report of Dr. Edmund Elder, December 14, 2006 | DJA-682 to DJA-684 |
| Expert Report of Professor Iain M. Cockburn, December 15, 2006 | DJA-685 to DJA-731 |
| Expert Report of Gerhard Levy Relating to the Antitrust Case | DJA-732 to DJA-733 |
| Expert Report of Dr. Gregory K. Leonard, December 15, 2006 | DJA-734 to DJA-738 |
| Expert Report of Richard H. Grimm, M.D., M.P.H., P.H.D. on behalf of End Payor Plaintiffs and Pacificare, December 15, 2006 | DJA-739 to DJA-747 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Expert Report of Jeffrey J. Leitzinger, PH.D, December 15, 2006 | DJA-748 to DJA-774 |
| Expert Report of Keith B. Leffler in In Re Tricor Direct Purchaser Antitrust Litigation, December 15, 2006 | DJA-775 to DJA-793 |
| Declaration of Charles King III Concerning Liability and Product Market Definition, December 15, 2006 | DJA-794 to DJA-814 |
| Declaration of Charles King III Concerning Damages, December 15, 20062006 Physicians' Desk Reference (60th ed. 2002) Zetia | DJA-815 to DJA-820 |
| Expert Report of Gerhard Levy Relating to the Antitrust Case, December 15, 2006 | DJA-821 to DJA-824 |
| Expert Report of Stephen W. Schondelmeyer, Pharm.D., PH.D., December 15, 2006 | DJA-825 to DJA-842 |
| Expert Report of Dr. Arthur Schawrtzbard, M.D., F.A.C.C., January 16, 2007 | DJA-843 to DJA-846 |
| Expert Report of Dr. Peter Howard Jones, April 17, 2007 | DJA-847 to DJA-859 |
| Expert Report of Dr. Gordon Amidon, April 18, 2007 | DJA-860 to DJA-875 |
| Expert Report of Dr. Stephen R. Byrn, April 18, 2007 | DJA-877 to DJA-907 |
| Expert Report of Dr. Arthur H. Goldberg, April 18, 2007 | DJA-908 to DJA-926 |
| Expert Report of Dr. James McGinty, April 18, 2007 | DJA-927 to DJA-942 |
| Expert Report of Dr. Robert O. Williams, III, April 18, 2007 | DJA-943 to DJA-953 |
| Expert Report of Richard J. Gilbert, PH.D, June 29, 2007 | DJA-954 to DJA-990 |
| Expert Report of Margaret E. Guerin-Calvert, June 29, 2007 | DJA-991 to DJA-1006 |
| Expert Report of Richard J. Gilbert, PH.D, June 29, 2007 | DJA-1007 to DJA-1036 |
| Expert Report of Sander J. Robins, M.D., July 13, 2007 | DJA-1037 to DJA-1046 |
| Expert Report of Rodolfo Soto, M.D., July 20, 2007 | DJA-1047 to DJA-1050 |

| Document Description | Appendix Pages |
|---|---|
| Reply Expert Report of Stanley A. Kaplan, Ph.D., August 10, 2007 | DJA-1051 to DJA-1053 |
| Surrebuttal of Charles King III Concerning Liability and Product Market Definition, October 5, 2007 | DJA-1054 to DJA-1067 |
| Rebuttal Expert Report of Professor Iain M. Cockburn, October 8, 2007 | DJA-1068 to DJA-1087 |
| Rebuttal Expert Report of Jeffrey J. Leitzinger, PH.D., October 8, 2007 | DJA-1088 to DJA-1094 |
| Expert Report of Keith B. Leffler, October, 8, 2007 | DJA-1095 to DJA-1105 |
| Supplemental Expert Report of Richard J. Gilbert, PH.D, March 28, 2008 | DJA-1106 to DJA-1118 |
| **Legal Filings** | |
| Defendant's Memorandum of Law in Support of Motion for Partial Summary Judgment of Non-Infringement, US Dist. Court for the N. District of Illinois Eastern Division, April 23, 2002 | DJA-1119 to DJA-1122 |
| Declaration of Philippe Reginault, Deposition Exhibit 25 | DJA-1123 to DJA-1128 |
| Declaration of Charles King III, Concerning Damages, December 15, 2006 | DJA-1129 to DJA-1134 |
| Declaration of Charles King III, Concerning Liability and Product Market Definition, December 15, 2006 | DJA-1135 to DJA-1155 |
| **Miscellaneous** | |
| Webster's Third New International Dictionary of the English Language Unabridged | DJA-1156 to DJA-1157 |
| IMS Business Watch Article "1999 In Review" May 2000 | DJA-1158 to DJA-1168 |
| ATP III Executive Summary May 2001 | DJA-1169 to DJA-1208 |
| 2002 Physicians' Desk Reference (56th ed. 2002) | DJA-1209 to DJA-1209 |
| 2002 Physicians' Desk Reference (56th ed. 2002) | DJA-1210 to DJA-1214 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Teva Internal Document re Formula Comparison, June 14, 2002 | DJA-1215 to DJA-1238 |
| Kurt Nielsen Letter, August 21, 2002 | DJA-1239 to DJA-1247 |
| Charles Wolfe Letter, December 9, 2002 | DJA-1248 to DJA-1264 |
| Mark Shaw Letter, January 28, 2003 | DJA-1265 to DJA-1279 |
| Declaration of Philippe Reginault, June 13, 2003 | DJA-1280 to DJA-1285 |
| Kurt Nielsen Letter, July 16, 2003 | DJA-1286 to DJA-1293 |
| Mark Shaw Letter, August 8, 2003 | DJA-1294 to DJA-1300 |
| Mark Shaw Letter, November 28, 2003 | DJA-1301 to DJA-1320 |
| Kurt Nielsen Letter, December 12, 2003 | DJA-1321 to DJA-1329 |
| Blouquin Declaration, February 17, 2005 | DJA-1330 to DJA-1334 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Crestor | DJA-1335 to DJA-1340 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Pravachol | DJA-1341 to DJA-1346 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Advicor | DJA-1347 to DJA-1352 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Niaspan | DJA-1353 to DJA-1357 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Zocor | DJA-1358 to DJA-1364 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Vytorin | DJA-1365 to DJA-1369 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Zetia | DJA-1370 to DJA-1376 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Lipitor | DJA-1377 to DJA-1380 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Lescol | DJA-1381 to DJA-1386 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Omacor | DJA-1386 to DJA-1387 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Tricor Label 48 mg and 145 mg | DJA-1387.001 to DJA-1387.012 |
| 2007 Standards of Medical Care in Diabetes | DJA-1388 to DJA-1477 |
| 2007 Washington Manual of Medical Therapeutics - WMMT - Dyslipidemia | DJA-1478 to DJA-1489 |
| PATENTS | |
| United States Patent 4,895,726 | DJA-1490 to DJA-1494 |
| United States Patent 6,074,670 | DJA-1495 to DJA-1503 |
| United States Patent 6,277,405 | DJA-1504 to DJA-1512 |
| United States Patent 6,589,522 | DJA-1513 to DJA-1521 |
| United States Patent 6,652,881 | DJA-1522 to DJA-1530 |

2316401

REDACTED
IN ITS
ENTIRETY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 13, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on May 13, 2008 upon the following parties:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (LOUISIANA WHOLESALE, ROCHESTER DRUG, MEIJER)<br><br>(C.A. 05-340) | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com**<br>Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br>Barry S. Taus<br>**btaus@garwingerstein.com**<br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br>Daniel Berger<br>**danberger@bm.net**<br>Eric L. Cramer<br>**ecramer@bm.net**<br>Peter Kohn<br>**pkohn@bm.net**<br>Linda P. Nussbaum<br>**lnussbaum@kaplanfox.com**<br><br>Stuart Des Roches<br>**stuart@odrlaw.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
| REPRESENTING CVS, RITE AID<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Joseph T. Lukens<br>**jlukens@hangley.com**<br>Steve D. Shadowen<br>**sshadowen@hangley.com** |

REPRESENTING AMERICAN SALES COMPANY INC.

(C.A. 05-340)

Elizabeth M. McGeever
**emmcgeever@prickett.com**
Scott E. Perwin
**sperwin@kennynachwalter.com**

REPRESENTING INDIRECT PURCHASER
CLASS PLAINTIFFS

(C.A. 05-360)

A. Zachary Naylor
Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffrey L. Kodroff
Bernard J. Persky
Mike Gottsch
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven
Greg Matthews
Christopher McDonald
Kellie Safar
Theodore M. Lieverman
Pat Howard
**tricor@chimicles.com**

REPRESENTING PACIFICARE

(C.A. 05-360)

Jonathan L. Parshall
**jonp@msllaw.com**
William Christopher Carmody
**bcarmody@susmangodfrey.com**
John Turner
**jturner@susmangodfrey.com**
Shawn Rabin
**srabin@susmangodfrey.com**
Justin Nelson
**jnelson@susmangodfrey.com**
Ken Zylstra
**zylstra@verizon.net**
Mark Sandman
**mms@rawlingsandassociates.com**
Jeffrey Swann
**js5@rawlingsandassociates.com**

REPRESENTING TEVA PHARMACEUTICALS

(C.A. 02-1512)

Josy W. Ingersoll
Karen E. Keller
Bruce M. Gagala
Christopher T. Holding
Ken Cohen
Elaine Blais

**tricor@ycst.com**

REPRESENTING IMPAX LABORATORIES

(C.A. 03-120)

Mary Matterer
**mmatterer@morrisjames.com**

Asim Bhansali
**abhansali@kvn.com**

REPRESENTING FOURNIER

(ALL CASES)

Frederick L. Cottrell, III
Anne Shea Gaza
Steven C. Sunshine
Matthew P. Hendrickson
Bradley J. Demuth
Maggie DiMoscato
Timothy C. Bickham

**tricor@rlf.com**


*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

520842