IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and NOVOPHARM, LTD., <br><br>        Counterclaim Plaintiffs, <br>    v. <br><br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., <br>        Counterclaim Defendants. | REDACTED PUBLIC VERSION <br><br> C.A. No. 02-1512 (SLR) <br><br> CONSOLIDATED |
| IMPAX LABORATORIES, INC., <br><br>        Counterclaim Plaintiff, <br>    v. <br><br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., <br>        Counterclaim Defendants. | C.A. No. 03-120 (SLR) <br><br> CONSOLIDATED |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | C.A. No. 05-340 (SLR) <br><br> CONSOLIDATED |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | C.A. No. 05-360 (SLR) <br><br> CONSOLIDATED |

**DEFENDANTS' JOINT APPENDIX
IN SUPPORT OF SUMMARY JUDGMENT MOTIONS**
**VOLUME III OF III**

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jparrett@mnat.com<br><br>OF COUNSEL:<br><br>William F. Cavanaugh, Jr.<br>Thomas W. Pippert<br>Chad J. Peterman<br>Alexis Deise<br>PATTERSON, BELKNAP, WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY  10036-6710<br>(212) 336-2000<br><br>*Attorneys for Defendant Abbott Laboratories* | RICHARDS, LAYTON & FINGER, P.A.<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br><br>OF COUNSEL:<br><br>William Baer<br>James Cooper<br>Anne P. Davis<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, DC  20004<br>(202) 942-5000<br><br>Timothy C. Bickham<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC  20036-1795<br>(202) 429-5517<br><br>*Attorneys for Fournier Industrie Et Santé and Laboratoires Fournier, S.A.* |

Dated:  May 5, 2008

# DEFENDANTS' JOINT APPENDIX
## TABLE OF CONTENTS

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| **DEPOSITION TRANSCRIPTS/EXHIBITS** | |
| Dr. Loyd V. Allen Deposition Transcript, December 12, 2001 | DJA-1 to DJA-4 |
| Pierre Diebolt Deposition Transcript, June 8, 2004 | DJA-5 to DJA-7.003 |
| Edward Grieff Deposition Transcript, June 25, 2004 | DJA-7.004 to DJA-7.008 |
| Dr. Gordon Amidon Deposition Transcript, November 18, 2004 | DJA-8 to DJA-9 |
| Dr. Loyd V. Allen Deposition Transcript, November 23, 2004 | DJA-10 to DJA-12 |
| James McNeil Deposition Transcript, December 22, 2004 | DJA-12.001 to DJA-12.006 |
| Philippe Reginault Deposition Transcript, October 24, 2006 | DJA-13 to DJA-22 |
| Philippe Reginault Deposition Exhibit 1, October 24, 2006 | DJA-23 to DJA-28 |
| Philippe Reginault Deposition Exhibit 4, October 24, 2006 | DJA-29 to DJA-32 |
| Philippe Reginault Deposition Exhibit 8, October 24, 2006 | DJA-33 to DJA-46 |
| Philippe Reginault Deposition Exhibit 25, October 24, 2006 | DJA-47 to DJA-52 |
| Pascale Blouquin, Deposition Transcript, November 30, 2006 | DJA-52.001-52.004 |
| Dr. Peter Jones Deposition Transcript, November 28, 2007 | DJA-53 to DJA-57 |
| Keith B. Leffler Deposition Transcript, December 7, 2007 | DJA-58 to DJA-80 |
| Dr. Sander J. Robins Deposition Transcript, December 19, 2007 | DJA-81 to DJA-97 |
| Iain Cockburn Deposition Transcript, January 9, 2008 | DJA-98 to DJA-106 |
| Dr. Loyd V. Allen Deposition Transcript, January 10, 2008 | DJA-107 to DJA-108 |
| Dr. Stephen P. Schondelmeyer Deposition Transcript, January 24, 2008 | DJA-109 to DJA-118 |

- 2 -

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Dr. Gordon Amidon Deposition Transcript, January 29, 2008 | DJA-119 to DJA-126 |
| Charles L. King III Deposition Transcript, January 29, 2008 | DJA-127 to DJA-136 |
| Arthur Schwartzbard Deposition Transcript, February 12, 2008 | DJA-137 to DJA-148 |
| Dr. Hal J. Singer Deposition Transcript, February 21, 2008 | DJA-149 to DJA-158 |
| Dr. Richard Grimm Deposition Transcript, March 4, 2008 | DJA-159 to DJA-168 |
| Dr. Rodolfo Soto Deposition Transcript, March 12, 2008 | DJA-169 to DJA-196 |
| Dr. Jeffrey J. Leitzinger Deposition Transcript, March 13, 2008 | DJA-197 to DJA-212 |
| DISCOVERY DOCUMENTS | |
| 2005 Marketing Plan (Abbott_Tricor0000007- Abbott_Tricor0000062) | DJA-213 to DJA-268 |
| Pharmaceutical Products Division Cardiology Franchise Summary 2004 Plan (Abbott_Tricor00000111- Abbott_Tricor00000117) | DJA-269 to DJA-275 |
| TriCor 2003 Marketing Plan (Abbott_Tricor00013709, Abbott_Tricor00013743, Abbott_Tricor00013794) | DJA-276 to DJA-278 |
| TriCor '03 Plan (Abbott_Tricor00013965- Abbott_Tricor00014049) | DJA-279 to DJA-363 |
| 2006 Strategic Marketing Plan (Abbott_Tricor00056920- Abbott_Tricor00056957) | DJA-364 to DJA-401 |
| Section VI Bioavailability/Bioequivalence (Continued) IABII002617- IABII002619 | DJA-402 to DJA-404 |
| Data Summary; In-Process Control in Manufacturing the Biobatch of Fenofibrate Tablets, 100 mg (Lot #R02015) (IABII003278) | DJA-405 |
| Section VII Components and Composition (Continued) IABII014506 | DJA-406 |
| In-Process Control in Manufacturing the Biobatch of Fenofibrate Tablets, 54 mg IABII014666 | DJA-407 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Teva ANDA Application excerpt | DJA-408 to DJA-409 |
| Lofibra Marketing Communications Plan Teva (Teva-TriCor044141- Teva-TriCor044165) | DJA-410 to DJA-434 |
| Convention Report (Teva-TriCor046652-Teva-TriCor46653) | DJA-435 to DJA-436 |
| Lofibra Training Manual (Teva-TriCor083807, Teva-TriCor083859- Teva-TriCor083886) | DJA-437 to DJA-465 |
| **REPORTS AND DECLARATIONS** | |
| Expert Statement of Dr. Arthur H. Goldberg in Rebuttal to the Expert Report of Dr. Loyd V. Allen, Jr., October 31, 2001 | DJA-466 to DJA-471 |
| Expert Report of Dr. Arthur H. Goldberg, February 15, 2002 | DJA-472 to DJA-475 |
| Expert Report of Dr. Loyd V. Allen, Jr., August 26, 2004 | DJA-476 to DJA-480 |
| Expert Report of Dr. Stephen R. Byrn, August 27, 2004 | DJA-481 to DJA-578 |
| Rebuttal Expert Report of Dr. Gordon Amidon, October 15, 2004 | DJA-579 to DJA- 617 |
| Expert Report of Dr. Robert O. Williams III, October 15, 2004 | DJA-618 to DJA-651 |
| Declaration of Dr. Robert O. Williams III, January 18, 2005 | DJA-652 to DJA-656 |
| Supplemental Expert Report of Dr. Stephen R. Byrn, May 27, 2005 | DJA-657 to DJA-667 |
| Declaration of Michael A. Jones, August 16, 2006 | DJA-668 to DJA-681 |
| Expert Report of Dr. Edmund Elder, December 14, 2006 | DJA-682 to DJA-684 |
| Expert Report of Professor Iain M. Cockburn, December 15, 2006 | DJA-685 to DJA-731 |
| Expert Report of Gerhard Levy Relating to the Antitrust Case | DJA-732 to DJA-733 |
| Expert Report of Dr. Gregory K. Leonard, December 15, 2006 | DJA-734 to DJA-738 |
| Expert Report of Richard H. Grimm, M.D., M.P.H., P.H.D. on behalf of End Payor Plaintiffs and Pacificare, December 15, 2006 | DJA-739 to DJA-747 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Expert Report of Jeffrey J. Leitzinger, PH.D, December 15, 2006 | DJA-748 to DJA-774 |
| Expert Report of Keith B. Leffler in In Re Tricor Direct Purchaser Antitrust Litigation, December 15, 2006 | DJA-775 to DJA-793 |
| Declaration of Charles King III Concerning Liability and Product Market Definition, December 15, 2006 | DJA-794 to DJA-814 |
| Declaration of Charles King III Concerning Damages, December 15, 20062006 Physicians' Desk Reference (60th ed. 2002) Zetia | DJA-815 to DJA-820 |
| Expert Report of Gerhard Levy Relating to the Antitrust Case, December 15, 2006 | DJA-821 to DJA-824 |
| Expert Report of Stephen W. Schondelmeyer, Pharm.D., PH.D., December 15, 2006 | DJA-825 to DJA-842 |
| Expert Report of Dr. Arthur Schawrtzbard, M.D., F.A.C.C., January 16, 2007 | DJA-843 to DJA-846 |
| Expert Report of Dr. Peter Howard Jones, April 17, 2007 | DJA-847 to DJA-859 |
| Expert Report of Dr. Gordon Amidon, April 18, 2007 | DJA-860 to DJA-875 |
| Expert Report of Dr. Stephen R. Byrn, April 18, 2007 | DJA-877 to DJA-907 |
| Expert Report of Dr. Arthur H. Goldberg, April 18, 2007 | DJA-908 to DJA-926 |
| Expert Report of Dr. James McGinty, April 18, 2007 | DJA-927 to DJA-942 |
| Expert Report of Dr. Robert O. Williams, III, April 18, 2007 | DJA-943 to DJA-953 |
| Expert Report of Richard J. Gilbert, PH.D, June 29, 2007 | DJA-954 to DJA-990 |
| Expert Report of Margaret E. Guerin-Calvert, June 29, 2007 | DJA-991 to DJA-1006 |
| Expert Report of Richard J. Gilbert, PH.D, June 29, 2007 | DJA-1007 to DJA-1036 |
| Expert Report of Sander J. Robins, M.D., July 13, 2007 | DJA-1037 to DJA-1046 |
| Expert Report of Rodolfo Soto, M.D., July 20, 2007 | DJA-1047 to DJA-1050 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Reply Expert Report of Stanley A. Kaplan, Ph.D., August 10, 2007 | DJA-1051 to DJA-1053 |
| Surrebuttal of Charles King III Concerning Liability and Product Market Definition, October 5, 2007 | DJA-1054 to DJA-1067 |
| Rebuttal Expert Report of Professor Iain M. Cockburn, October 8, 2007 | DJA-1068 to DJA-1087 |
| Rebuttal Expert Report of Jeffrey J. Leitzinger, PH.D., October 8, 2007 | DJA-1088 to DJA-1094 |
| Expert Report of Keith B. Leffler, October, 8, 2007 | DJA-1095 to DJA-1105 |
| Supplemental Expert Report of Richard J. Gilbert, PH.D, March 28, 2008 | DJA-1106 to DJA-1118 |
| **LEGAL FILINGS** | |
| Defendant's Memorandum of Law in Support of Motion for Partial Summary Judgment of Non-Infringement, US Dist. Court for the N. District of Illinois Eastern Division, April 23, 2002 | DJA-1119 to DJA-1122 |
| Declaration of Philippe Reginault, Deposition Exhibit 25 | DJA-1123 to DJA-1128 |
| Declaration of Charles King III, Concerning Damages, December 15, 2006 | DJA-1129 to DJA-1134 |
| Declaration of Charles King III, Concerning Liability and Product Market Definition, December 15, 2006 | DJA-1135 to DJA-1155 |
| **MISCELLANEOUS** | |
| Webster's Third New International Dictionary of the English Language Unabridged | DJA-1156 to DJA-1157 |
| IMS Business Watch Article "1999 In Review" May 2000 | DJA-1158 to DJA-1168 |
| ATP III Executive Summary May 2001 | DJA-1169 to DJA-1208 |
| 2002 Physicians' Desk Reference (56th ed. 2002) | DJA-1209 to DJA-1209 |
| 2002 Physicians' Desk Reference (56th ed. 2002) | DJA-1210 to DJA-1214 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Teva Internal Document re Formula Comparison, June 14, 2002 | DJA-1215 to DJA-1238 |
| Kurt Nielsen Letter, August 21, 2002 | DJA-1239 to DJA-1247 |
| Charles Wolfe Letter, December 9, 2002 | DJA-1248 to DJA-1264 |
| Mark Shaw Letter, January 28, 2003 | DJA-1265 to DJA-1279 |
| Declaration of Philippe Reginault, June 13, 2003 | DJA-1280 to DJA-1285 |
| Kurt Nielsen Letter, July 16, 2003 | DJA-1286 to DJA-1293 |
| Mark Shaw Letter, August 8, 2003 | DJA-1294 to DJA-1300 |
| Mark Shaw Letter, November 28, 2003 | DJA-1301 to DJA-1320 |
| Kurt Nielsen Letter, December 12, 2003 | DJA-1321 to DJA-1329 |
| Blouquin Declaration, February 17, 2005 | DJA-1330 to DJA-1334 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Crestor | DJA-1335 to DJA-1340 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Pravachol | DJA-1341 to DJA-1346 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Advicor | DJA-1347 to DJA-1352 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Niaspan | DJA-1353 to DJA-1357 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Zocor | DJA-1358 to DJA-1364 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Vytorin | DJA-1365 to DJA-1369 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Zetia | DJA-1370 to DJA-1376 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Lipitor | DJA-1377 to DJA-1380 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Lescol | DJA-1381 to DJA-1386 |
| 2006 Physicians' Desk Reference (60th ed. 2002) Omacor | DJA-1386 to DJA-1387 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| Tricor Label 48 mg and 145 mg | DJA-1387.001 to DJA-1387.012 |
| 2007 Standards of Medical Care in Diabetes | DJA-1388 to DJA-1477 |
| 2007 Washington Manual of Medical Therapeutics - WMMT - Dyslipidemia | DJA-1478 to DJA-1489 |
| **PATENTS** | |
| United States Patent 4,895,726 | DJA-1490 to DJA-1494 |
| United States Patent 6,074,670 | DJA-1495 to DJA-1503 |
| United States Patent 6,277,405 | DJA-1504 to DJA-1512 |
| United States Patent 6,589,522 | DJA-1513 to DJA-1521 |
| United States Patent 6,652,881 | DJA-1522 to DJA-1530 |

2316401

# REDACTED IN ITS ENTIRETY

# Webster's Third New International Dictionary

OF THE ENGLISH LANGUAGE

UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

**cluster cup** n : AECIUM
**cluster-cup stage** \\"=,=-\ n : the aecial stage of a rust fungus
**clustered** adj [ME, fr. ¹cluster + -ed] 1 : formed or located in clusters — compare SOLITARY 5a 2 : composed or apparently composed of several similar elements clustered together ⟨a ∼ pier⟩ ⟨a ∼ column⟩
**clustered bluet** n : a weed (Oldenlandia uniflora) having buttonlike clusters of tiny flowers
**clustered poppy mallow** n : a perennial herb (Callirhoë triangulata) of the prairie regions of the U.S. with purple flowers in panicled clusters
**cluster fig** n : an East Indian fig (Ficus glomerata) often planted as a shade tree having tapering leaves, small clusters of red fruit, and astringent bark — called also country fig
**cluster flower** n : a plant of the genus Cestrum
**cluster fly** n : a large dark-brown fly (Pollenia rudis) related to the bluebottles and known for gathering in large clusters in attics and other sheltered places during cool autumn weather
**cluster gear** n : a set of gears of different sizes mounted as a unit on the same shaft — called also gear cluster



clustered pier

**clus·ter·ing·ly** adv : in a clustering manner
**cluster pepper** n 1 : a hot pepper (Capsicum frutescens fasciculatum) with slender elongated bright red and extremely pungent fruits borne erect in clusters 2 : the fruit of a cluster pepper
**cluster piles** n pl : piles driven in a close bundle and usu. lashed together with chains or steel bands
**cluster pine** also **cluster fir** n [so called fr. its cones] : a pyramidal pine (Pinus pinaster) of the Mediterranean region with reflexed bud scales and needles in pairs
**clusters** pres 3d sing of CLUSTER
**cluster variable** n : a short-period variable star of Cepheid characteristics and a period of light fluctuations not longer than a day orig. found in globular clusters but abundant elsewhere in the Milky Way galaxy — called also cluster-type Cepheid
**cluster wheat** n : CLUB WHEAT
¹**clutch** \'kləch\ vb -ED/-ING/-ES [ME clucchen, fr. OE clyccan; akin to OFris kletsie spear, Sw klyka fork, crotch, MHG klok spot, ON klakkr lump, MIr glacc hand — more at CLING] vt 1 a : to seize, grip, or hold with the hand or claws usu. strongly, tightly, or suddenly ⟨sleeps . . . with his musket ∼ed tightly —S.V.Benét⟩ ⟨∼ed his arm fiercely⟩ b : to hold or try to retain control or possession of : SEIZE ⟨∼ power⟩ 2 obs : to close tightly : CLENCH ⟨∼ing hands⟩ ∼ vi 1 : to seek to hold or retain possession ⟨∼ed at her son's devotion —Andrea Parke⟩ : take immediate advantage or make immediate use (as of an idea or an opportunity) — often used with at ⟨∼ at remedies that her calmer self would have put by —H.O.Taylor⟩ 2 : GRASP, HOLD ⟨roots that ∼ deeply into the earth⟩ 3 : to operate a clutch (sense 3) syn see TAKE
²**clutch** \"\ adj 1 of a woman's coat : lacking fasteners and suitable for holding closed with the hand or arm 2 of a woman's handbag : lacking handles and of a size and shape suitable for clasping in the hand
³**clutch** \"\ n -ES [ME cloche, clowche, alter. (influenced by ME clucchen to clutch) of cloke, cluke; akin to OE clyccan to clutch] 1 a : the claws or a hand in the act of grasping or seizing firmly ⟨a rabbit in the ∼ of a hawk⟩ b : control, power, or possession esp. of a rapacious or cruel person or an unrelenting force ⟨in the dry, womanless ∼ of the army —Irwin Shaw⟩ ⟨the fell ∼ of circumstance —W.E.Henley⟩ — often used in pl. ⟨in the ∼es of a desperate infatuation —Delmore Schwartz⟩ c : the act of grasping, holding, or restraining : GRASP, GRIP ⟨the gravitational ∼ of the earth —N.Y. Times⟩ 2 : a device for gripping an object, as at the end of a chain or tackle 3 a : a coupling used to connect and disconnect a driving and a driven part of a mechanism esp. one that permits the former part to engage the latter gradually and without shock — see BAND CLUTCH, CENTRIFUGAL CLUTCH, CONE CLUTCH, DISK CLUTCH, FRICTION CLUTCH, MAGNETIC CLUTCH, MAGNETIC FLUID CLUTCH b : a lever operating such a clutch 4 : a tight or critical situation ⟨as when the outcome of a game is at stake⟩ : PINCH ⟨a batter able to come through with a hit in the ∼⟩ ⟨a good ∼ hitter⟩
⁴**clutch** \"\ n -ES [alter. of cletch] 1 a : a nest of eggs or a brood of chicks b : a group of offspring produced at a birth 2 : the eggs laid by a bird at regular consecutive intervals without intervening longer pauses 3 : GROUP, BUNCH, whole ⟨∼ of people trooped in together —Mollie Panter-Downes⟩
**clutch·man** \'=mən, -ˌman\ n, pl clutchmen [³clutch + man] : one who operates a clutch; specif : one operating a clutch on a beet-slicing machine — called also cutterman
**cluth·er** \'klüthə(r), -ᵺ-\ n [var. of ²clutter] dial Brit : a large quantity : CLUSTER, BUNCH
¹**clut·ter** \'klə́d·ə(r), -ətə-\ vb -ED/-ING/-ES [alter. of earlier clotter, fr. ME clotteren to clot, fr. clot + -eren (freq. suffix) — more at CLOT] vt 1 dial : to crowd together in disorder 2 : to fill or cover with things in disorder or scattered or random or with things that impede movement or action or reduce effectiveness ⟨a ∼ed room⟩ ⟨an author . . . may ∼ his explanations with digressive evidence that delays the reader —G.W.Sherburn⟩ — often used with of ⟨the roads of France ∼ed up with refugees —Henri Peyre⟩ ∼ vi 1 now chiefly dial a : to run together in knots or confused crowds : run in disorder 2 : to make a confused noise : BUSTLE 2 archaic : to speak confusedly or inarticulately : jumble words
²**clutter** \"\ n -S 1 a : a crowded or confused mass or collection ⟨a ∼ of shops and tenements⟩ : a mass of disorderly or distracting objects or details ⟨pure and noble design, unspoiled by ∼ or ornament —E.K.Brown⟩ ⟨steaming . . . seaward among a ∼ of sister ships —K.M.Dodson⟩ b : LITTER, DISORDER ⟨photographs . . . propped up amid a ∼ of china ornaments —Hamilton Basso⟩ ⟨pushing aside the ∼ on the table —Harriet LaBarre⟩ c : the visual indication on a radar screen of interference or echo from objects other than the target tending to obscure target indication — compare SEA RETURN 2 now dial : turmoil or confusion of movement or activity : DISTURBANCE, HUBBUB : confused noise ⟨ladies who were apt to make the greatest ∼ upon such occasions —Jonathan Swift⟩ syn see CONFUSION
**clut·ter·er** \-ərə(r)\ n -S : one whose speech is defective by reason of cluttering
**cluttering** n -s : a speech defect in which phonetic units are dropped, condensed, or otherwise distorted as a result of overly rapid agitated utterance
¹**cly** \'klī\ vt [perh. fr. LG kleien to scratch, fr. MLG; akin to Flem klauwen to scratch, steal, G klauen, OHG klāwa claw — more at CLAW] slang : SEIZE, STEAL
²**cly** \"\ n -ES [perh. fr. ¹cly] slang : POCKET, PURSE
**clydes·dale** \'klīdzˌdāl\ n -s usu cap [fr. Clydesdale, valley in Scotland where it originated] : a heavy draft horse of a breed orig. from Clydesdale, Scotland, distinguished by a dark brown or black coat, white blaze and stockings, and heavy feathering about the fetlock
**clydesdale terrier** n, usu cap C [fr. Clydesdale, valley in Scotland where it originated] : a small terrier of a breed resulting from selective breeding of the Skye terrier and distinguished by tiny erect ears, a long and silky coat, and short legs
**clyde·side** \'klīdˌsīd\ adj, usu cap [Clyde, river in Scotland + ¹side] : of or relating to the region along the Clyde in Scotland; esp : having to do with shipbuilding, the chief industry of this region
**clyde·sider** \-də(r)\ n -s usu cap : a native or resident of the region along the Clyde in Scotland
**cly·er** \'klī(ə)r\ n -S [D klier gland, scrofula, fr. MD cliere; akin to Fris klīr gland] 1 : a tuberculous lymph node in cattle 2 clyers pl : tuberculosis of the bovine lymphatic system
**cly·me·ne·lla** \ˌklīməˈnelə, ˌklim-\ n, cap [NL, fr. Clymene, an Oceanid (fr. Gk Klymenē) + NL -ella] : a genus of polychaete worms common in shallow waters of the northern Atlantic coasts — see BAMBOO WORM
¹**cly·me·nid** \'klīmənə̇d, -ˌnid\ adj [NL Clymenidae] : of or relating to the Clymenidae

²**clymenid** \"\ n -S : a clymenid ammonoid
**cly·men·i·dae** \klī'menəˌdē, klə-\ n pl, cap [NL, fr. Clymenia, type genus (fr. Clymene + NL -ia) + -idae] : a family of extinct Devonian ammonoids having the siphuncle at the dorsal margin of the whorls
**clype** \'klīp\ vi -ED/-ING/-S [alter. of earlier cleip, fr. ME clepien to call — more at CLEPE] Scot : to tell secrets : TATTLE
**clyp·e·al** \'klīpēəl\ adj [NL clypeus + E -al] : of or relating to a clypeus
**clyp·e·as·ter** \'klīpēˌastə(r)\ n, cap [NL, fr. L clypeus round shield + NL -aster] : a widely distributed genus (the type of the family Clypeastridae) of large burrowing cake urchins
**clyp·e·as·tri·dea** \ˌklīpēəˈstridēə\ [NL, fr. Clypeastr-, Clypeaster + -idea] syn of CLYPEASTRINA
**clyp·e·as·tri·na** \-əˈstrīnə, -ˈrēnə\ n pl, cap [NL, fr. Clypeastrina + -ina] : a suborder of sea urchins (order Exocycloida) comprising a large number of flattened more or less discoidal sea urchins (as the cake urchins and sand dollars) — compare SPATANGINA
¹**clyp·e·as·troid** \ˌklīpēəˈstroid\ adj [NL Clypeastroida] : of or relating to the Clypeastrina
²**clypeastroid** \"\ n -s : one of the Clypeastrina : CAKE URCHIN
**clyp·e·as·troi·da** \ˌklīpēəˈstroidə\ or **clyp·e·as·troi·dea** \-dēə\ [NL Clypeastroidea, alter. of Clypeastroidea, fr. Clypeaster + -oidea] syn of CLYPEASTRINA
**clyp·e·ate** \'klīpēət, -ˌāt, usu -d· + V\ or **clyp·e·at·ed** \-ˌād·əd\ or **clyp·e·i·form** \-pēəˌform\ adj [clypeate fr. L clypeus round shield fr. E -ate; clypeated fr. L clypeus + E -ate + -ed; clypeiform fr. L clypeus + E -iform] 1 biol : shaped like a round buckler or shield : SCUTATE 2 biol : furnished with a clypeus or with a shieldlike plate or process
**clyp·e·o·la** \ˌklīpēˈōlə\ also **cly·pe·o·la** \klīˈpēələ\ n, pl **clypeoles** \-lz\ or **clypeo·lae** \-əˌlē\ [NL Clypeola fr. L clypeus round shield + -ola -ole] : one of the shield-shaped sporophylls composing the fertile spike in members of the genus Equisetum
**clyp·e·us** \'klīpēəs\ n, pl **clyp·ei** \-ēˌī\ [NL, fr. L clipeus, clupeus, clypeus round shield] 1 : a plate or shield on the anterior median aspect of an insect's head that commonly consists of two fused sclerites and bears the labrum on its anterior margin 2 bot : a black disklike tissue formed about the mouth of the perithecia in certain ascomycetes 3 : the area on the front of a spider's head bounded by the eyes and the first pair of appendages
**cly·sis** \'klīsə̇s\ n, pl **cly·ses** \-ˌsēz\ [NL, fr. Gk klysis, fr. klyzein to wash] : the introduction of large amounts of fluid into the body usu. by parenteral injection to replace that lost (as from hemorrhage or in dysentery or burns), to provide nutrients, or to maintain blood pressure — see HYPODERMOCLYSIS, PHLEBOCLYSIS, PROCTOCLYSIS
**clys·ma** \'klizmə\ n, pl **clysma·ta** \-mədə\ [NL, fr. Gk klysma, fr. klyzein] : ENEMA
**clys·sus** \'klisəs\ n, pl **clys·si** \-ˌsī\ [NL] : a quintessence or efficacious principle
**clys·ter** \'klistə(r)\ n -S [ME, fr. MF or L; MF clistere, fr. L clyster, fr. Gk klystēr, fr. klyzein to wash out; akin to OE hlūtor clean, pure, OHG hlūtar, ON hlēr sea, Goth hlutrs pure, clean, L cluere to purge, W clir clear, clean, Lith šluoti sweep] : ENEMA
**clyte** \'klīt\ var of CLOIT
**cm** abbr 1 centimeter 2 cumulative
**CM** abbr 1 often not cap [L causa mortis] by reason of death 2 center matched 3 certificated master; certificated mistress 4 circular measure 5 often not cap circular mil 6 common meter 7 corresponding member 8 countermark; countermarked 9 court-martial
**Cm** symbol curium
**c major** n, usu cap C : the major musical key having neither sharps nor flats in its signature
**cmd** abbr command
**CMD** abbr common meter double
**cmdg** abbr commanding
**cmdr** abbr commander
**cmdre** abbr commodore
**c melody** n, usu cap C : a tenor saxophone in C instead of the usual B flat
**c minor** n, usu cap C : the minor musical key having a signature of three flats
**c-mitosis** \'sē+\ n [colchicine + mitosis] : an artificially induced abortive nuclear division in which the chromosome number is doubled but that caused by exposure of cells to colchicine)
**c-mitotic** \"+\ adj : of, like, or inducing c-mitosis
**cml** abbr commercial
**cn** abbr 1 canon 2 consolidated
**CN** abbr 1 case of need 2 circular note 3 compass north 4 consignment note 5 cover note 6 credit note
**-cne·mia** \(k)'nēmēə\ n comb form -S [NL, fr. F -cnémie, fr. Gk knēmē shin + F -ie -y] : -shinnedness ⟨platycnemia⟩
**cne·mi·al** \'nēmēəl\ adj [Gk knēmē shin + E -ial] : relating to the shin or shinbone
**-cne·mic** \(k)'nēmik\ adj comb form [ISV -cnem- (fr. Gk knēmē shin) + -ic; prob. orig. formed as F -cnémique] : -shinned ⟨platycnemic⟩
**cne·mi·do·cop·tes** \ˌnēmə̇dōˈkäpˌtēz\ n [NL, alter. of knemidokoptes, fr. Gk knēmid-, knēmis greave (fr. knēmē shin) + MGk koptēs cutter, fr. Gk koptein to cut — more at CAPON] syn of KNEMIDOKOPTES
**cne·mi·doph·o·rus** \ˌnēməˈdäfərəs\ n, cap [NL, fr. Gk knēmidophoros wearing greaves, fr. knēmid-, knēmis greave + -phoros -phorous] : a genus of American lizards of the family Teiidae — see RACE RUNNER
**cne·mis** \'nēməs\ n, pl **cnem·i·des** \'nemə̇ˌdēz\ [NL, fr. Gk knēmis greave, fr. knēmē shin] : SHIN, TIBIA
**-cne·mus** \(k)'nēməs\ n comb form [NL, modif. of Gk knēmē shin] : -legged one — in generic names of animals (Octacnemus)
**cne·o·rum** \'nēˌōrəm, -ōr-\ n, cap [NL, fr. Gk kneoron, a plant, prob. spurge flax (Daphne gnidium); prob. akin to Goth hnasqus soft, Skt kliknasa grits, and L cinis ashes — more at INCINERATE] : a small genus (constituting a family Cneoraceae) of the order Geraniales) of low evergreen shrubs of the Mediterranean region having oblong or spatulate coriaceous leaves and small axillary cymose or solitary flowers
**cni·cus** \'nīkəs\ n, cap [NL, fr. L cnicus, cnecus safflower, fr. Gk knēkos safflower, thistle, yellow — more at HONEY] — see BLESSED THISTLE : a genus of European herbs of the family Compositae — see BLESSED THISTLE
**cnid-** or **cnido-** comb form [NL, fr. cnida] : cnida ⟨cnidosac⟩ ⟨cnidoglandular⟩ ⟨Cnidaria⟩
**cni·da** \'nīdə\ n, cap -(ˌ)dē\ [NL, fr. Gk knidē nettle, sea nettle; akin to L nidor smell of roasting meat — more at NIDOR] : NEMATOCYST
**cni·dar·ia** \nīˈda(a)rēə\ n [NL, fr. cnid- + -aria] syn of COELENTERATA — used esp. to distinguish the narrow from the more inclusive scope of Coelenterata
¹**cni·dar·i·an** \nīˈda(a)rēən\ adj [NL Cnidaria + E -an] : of or relating to a cnida or the Cnidaria
²**cnidarian** \"\ n -s : one of the Cnidaria
**cni·do·blast** \'nīdəˌblast\ n -s [ISV cnid- + -blast; orig. formed in G] : a cell that develops a nematocyst or develops into a nematocyst
**cni·do·cell** \-ˌsel\ n -s [cnid- + cell] : NEMATOCYST
**cni·do·cil** \-ˌsil\ n -S [ISV cnid- + NL cilium hairlike process — more at CILIA] : a minute process of a nematocyst that when touched is believed to cause the projection of the stinging thread
**cni·do·cyst** \-ˌsist\ n -S [ISV cnid- + -cyst] : NEMATOCYST
**cni·do·phore** \-ˌfō(ə)r\ n -s [cnid- + -phore] : a structure bearing nematocysts — **cni·do·phor·ous** \-ˈdäfərəs\ adj
**cni·do·pod** \-ˌpäd\ n -s [cnid- + -pod] : the stalklike base of a nematocyst
**cni·do·sco·lus** \ˌnīdəˈskōləs\ n, cap [NL, fr. cnido- (fr. Gk knidē nettle) + Gk skōlos thorn, pointed stake; akin to Gk skallein to hoe — more at CNIDA, SHELL] : a genus of stinging perennial herbaceous or shrubby plants (family Euphorbiaceae) characterized by alternate mostly long-petioled palmately veined and often lobed or divided leaves and stipules armed with stinging bristles
**cni·do·spo·rid·ia** \ˌnīdōspəˈridēə\ n pl, cap [NL, fr. cnid- + -sporidia] : a subclass of Sporozoa comprising protozoans that have complex spores with polar capsules and coiled polar filaments and are single-host parasites of lower vertebrates and invertebrates — see ACTINOMYXIDIA, MICROSPORIDIA, MYXOSPORIDIA — **cni·do·spo·rid·i·an** \ˌridēən\ adj or n
**cnossian** usu cap, var of KNOSSIAN
**c-note** \'sē+\ n -S usu cap C, slang : a 100-dollar bill
**cnr** abbr corner
**CNS** abbr central nervous system
**co-** prefix [ME prob. fr. L, fr. com-; akin to OE ge-, perfective, associative, and collective prefix, OHG gi-, ga-, Goth ga-, OIr com-, con- with, together, Alb kë-, Gk koinos common] 1 : with; together : joint ; jointly : shared : mutual : mutually ⟨coexist⟩ ⟨coinheritance⟩ ⟨cosustain⟩ ⟨cooperate⟩ 2 : in or to the same degree ⟨coextensive⟩ ⟨coeval⟩ 3 a : fellow : partner ⟨coauthor⟩ ⟨co-worker⟩ b : having a usu. lesser share in duty or responsibility : alternate : deputy ⟨cochairman⟩ ⟨copilot⟩ 4 a : operating together or reciprocally ⟨coterm⟩ b : of the complement of an angle ⟨cosine⟩ ⟨codeclination⟩
**co** abbr 1 colon 2 company 3 container 4 coral 5 county
**CO** abbr or n -S 1 commanding officer 2 conscientious objector
**C/O** abbr 1 often not cap care of — usu. separated by a virgule 2 carried over 3 cash order 4 certificate of origin 5 colonial office 6 commissioner for oaths 7 communications officer 8 cut out
**Co** symbol cobalt
¹**co·ac·er·vate** \kōˈasərˌvāt, kōəˈsərˌ-\ n -ED/-ING/-S [L coacervatus] : to heap up : gather together in a heap or group : COLLECT; esp : to cause to form a coacervate
²**co·ac·er·vate** \"\ \kōəˈsorˌvāt, (ˈ)kōˌaˈsərˌvāt\ adj [L coacervare (fr. co- + acervare (fr. past part. of coacervare to heap up, fr. co- + acervare (fr. acervus heap); perh. akin to L acus chaff — more at EAR] 1 : piled up : collected into a crowd 2 : growing in dense clusters
³**coacervate** \"\ n -s : an aggregate of colloidal droplets (as of two hydrophilic sols of a sol and ions of opposite charge) held together by electrostatic attractive forces
**co·ac·er·va·tion** \(ˌ)kōˌasə(r)ˈvāshən\ n -S : the process of becoming a coacervate : mutual precipitation : AGGREGATION ⟨∼ of gelatin and gum arabic⟩
¹**coach** \'kōch\ n -ES often attrib [ME coche, fr. MF, fr. G kutsche, prob. fr. Hung kocsi (szekér) wagon from Kocs, fr. Kocs, village in Hungary] 1 a : a large usu. closed 4-wheeled carriage having doors in the sides and generally a front and a back seat inside and an elevated seat in front for the driver b Brit : a railway passenger or mail car c : a railroad passenger car with reclining or nonreclining seats that is intended primarily for day travel d : BABY CARRIAGE e : a closed 2-door single-compartment automobile with permanent back panel and top and in front two separate seats which may be turned down and in the rear a full-width cross seat f : MOTOR COACH g : HOUSE TRAILER h : an automobile body esp. of a closed model i : a class of passenger air transportation at a lower fare than first class j : a cabin on the afterpart of the quarterdeck of a man-of-war usu. occupied by the captain 3 a [so called fr. the tutor's being regarded as a means for conveying the student through his examinations] : a private tutor who assists students esp. in preparing for examination b : one who instructs or trains a performer or a team of performers (as in debating or in musical or dramatic performance); specif : one who instructs players in the fundamentals of a competitive sport and directs team strategy ⟨fencing ∼⟩ ⟨football ∼⟩ — compare MANAGER, TRAINER c : a manual with a condensed body of information on a subject to be committed to memory d : a member of a team at bat in baseball who is posted near first or third base to direct base runners and signal to batters 4 Austral : a decoy bullock used to catch wild cattle 5 : SPONSOR 4b
²**coach** \"\ vb -ED/-ING/-ES vt 1 archaic : to transport in, place in, or provide with a coach 2 a : to train intensively by detailed instruction, frequent demonstration, and repeated practice (as for an examination, a dramatic performance, or a public appearance) ⟨∼ pupils⟩ ⟨there never was a witness so obviously ∼ed⟩ b : to act as coach to (an athletic team or performer) c : to direct the movements of (a base runner) d : to give instructions, directions, or prompting to (one performing or attempting something) ⟨two escort vessels, the first maintaining sound contact . . . while it ∼ed the second . . . by signals —J.P.Baxter b.1893⟩ ∼ vi 1 : to go in a coach ⟨he ∼ed to that licentious city —S.H.Adams⟩ 2 a : to instruct as a coach : receive instruction from a coach b : to direct the movements of a base runner syn see TEACH
**coach-and-four** \ˌ=ˌ=\ n -S : a coach with four horses
**coach box** n : the driver's seat on a coach
**coachbuilding** \ˌ=ˌ=\ n, Brit : the design and manufacture of automobile bodies
**coach dog** n [so called fr. its formerly being used to run in attendance on a coach] : DALMATIAN
**coach·ee** \kōˈchē often and in sense 2 usu ˈ\ n -S 1 : an American carriage shaped like a coach but longer and open in front 2 : COACHMAN
**coach·er** \'kōchə(r)\ n -S [In sense 1, fr. MF cocher, fr. coche; in sense 2, fr. ¹coach + -er; in sense 3, fr. ²coach + -er] 1 : COACHMAN 2 : COACH HORSE 3 : one that coaches; specif : COACH 3d
**coach horn** n : a long straight tapering copper horn with slight flare — compare POST HORN
**coach horse** n : a horse used or adapted for drawing a coach, being typically heavier and of more compact build than a road horse and exhibiting good style and action
**coach house** n : an outbuilding for a coach or carriage
**coaching** n -S 1 a : traveling by coach b : pleasure driving in a coach (as in a tallyho) 2 a : the profession or occupation of a coach b : instruction given esp. in private by or by a coach ⟨she learned reading under the ∼ of her mother⟩
**coaching house** n : an inn serving coach travelers
**coaching traffic** n [¹coach (railroad car) + -ing] Brit : railroad passenger traffic
¹**coach·man** \'=mən\ n, pl **coachmen** [¹coach + man] 1 a : a man whose business is to drive a coach or carriage 2 angling : an artificial fly with white wings, peacock herl body, brown hackle, and gold tag
²**coachman** \"\ adj, of women's clothing : imitative of the double-breasted coat with fitted waist and wide lapels formerly worn by coachmen
**coach roof** n, chiefly Brit : the roof of the cabin on a small boat
**coach screw** n : LAG SCREW
**coachwhip** \ˌ=ˌ=\ n 1 : a whip esp. provided with a long lash and used in driving a coach 2 : OCOTILLO 1 3 : COACHWHIP SNAKE 4 : LONG PENNANT
**coachwhip bird** n : a babblerlike Australian passerine bird of the genus Psophodes; esp : a bird (P. olivaceus) having a note resembling the crack of a whip
**coachwhip snake** n : a long slender active colubrid snake (Masticophis flagellum) of the southern U.S. (Coluber, syn. Masticophis, flagellum) of which the scale pattern resembles a braided whip
**coachwood** \ˌ=ˌ=\ n [so called fr. its use in coachbuilding] 1 : either of two Australian trees of the family Cunoniaceae a : a medium-sized tree (Ceratopetalum apetalum) with grayish bark and dry hard fruits surrounded by winglike calyx lobes — called also leatherjacket b : a medium-sized to large tree (Schizomeria ovata) with a succulent egg-shaped fruit — called also white cherry 2 : the heavy tough fine-grained wood of the coachwood (sense 1a) pinkish in color but darkening on exposure and used chiefly for veneers and in cabinetwork — called also scented satinwood
**coach·work** \ˌ=ˌ=\ n -S : the design, building, and finishing of automobile bodies
¹**coachy** \'kōchē, -chi\ n -ES [alter. of coachee] : COACHMAN
²**coachy** \"\ adj [¹coach (horse) + -y] : like a coach horse esp. in configuration
¹**co·act** \kōˈakt\ vt -ED/-ING/-S [ME coacten, fr. L coactus, past part. of cogere to compel — more at COGENT] : FORCE, COMPEL, DRIVE, CONTROL

Business Watch
Katherine Friedman; Katrina Kulp; Mary Berryann
Medical Marketing and Media; May 2000; 35, 5; Research Library
pg. 40

# IMS HEALTH

# Business Watch

## 1999 IN REVIEW

## The industry hits new heights at the close of the Millennium

*by Katherine Friedman, Katrina Kulp, and Mary Berryann*




*Katherine Friedman is senior manager, communications and Katrina Kulp is senior analyst at IMS HEALTH. Mary Berryann (not shown) is contributing writer. They can be reached at 610 834-5338.*

### 1999 AT A GLANCE

▶ The industry recorded a fourth consecutive year of double-digit growth with sales up 19 percent.

▶ Sales topped $125 billion, double 1995's $64 billion, with growth spurred primarily by higher drug utilization.

▶ Anti-ulcerants remained the sales leader, with cholesterol reducers taking over second spot from specific neurotransmitter modulators.

▶ Prilosec remained the sales leader, with Lipitor moving into second position.

▶ Searle's Celebrex was 1999's star new product, with the 12th highest sales volume in its launch year.

The U.S. pharmaceutical industry closed the millennium by soaring to new heights with an unprecedented 19-percent growth. By the end of 1999, the industry had capped the $125 billion[1] mark in its fourth straight year of double-digit growth, and had virtually doubled its 1995 total of $64 billion. Consumers filled a staggering 2.8 billion prescriptions[2], a nine-percent increase over 1998. The $20.3 billion expansion was driven primarily by higher drug utilization, and while new products did not impact the market as heavily as in 1998,

---

1 Represents purchases of prescription pharmaceutical products. Reflects price at trade-level, i.e., sale from wholesaler to chain warehouse, food store warehouse, independent drug store, mail order, non-federal hospitals, federal facilities, clinics, long-term care facilities and HMOs.

2 Reflects prescriptions dispensed through chain, independent and food store pharmacies, long-term care facilities and mail order channels.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

DJA-1158

there was one new star on the horizon — Searle's Celebrex — which augmented the company coffers by $1.4 billion.

## Channels of Distribution

### Sales

Retail pharmacy channels accounted for nearly 65 percent of U.S. pharmaceutical purchases, about the same as in 1998. Chain stores were responsible for $48 billion or 38 percent of the total; independents held a distant second place at $23 billion and food stores trailed with $10 billion. Approximately half of the institutional sales ($30.6 billion) were attributable to non-federal hospitals, followed by clinics and long-term care facilities (see Exhibit 1, right). Mail order pharmacy purchases accounted for $13 billion to garner a 10-percent share.

All retail outlets posted healthy purchase increases, with chains and food stores growing by more than 20 percent, while independents expanded by about 15 percent. Clinics and non-federal hospitals in the non-retail market increased sales by approximate $2 billion; sales to clinics have grown by 26.5 percent compared to non-federal hospitals, which increased by 16 percent. Meanwhile, mail order also increased by $2 billion for 23-percent growth, and HMOs continued their three-year downward trend, declining by 4.2 percent to $1.5 billion (see Exhibit 2, right).

### Prescriptions

There were no major shifts in distribution during 1999, although chains and food stores showed slight increases in share at the expense of independents. Chain stores dispensed 1.5 billion prescriptions, for a market share of 52.9 percent. Food stores increased by 51.6 million to reach 357.4 million, earning a 12.7 percent share. Independents, despite stronger growth than in 1998, lost market share, dropping 1.2 points to close the books with 25.6 percent for 723.7 million dispensed pre-



Exhibit 1

**1999 Rx PHARMACEUTICAL PURCHASES BY CHANNEL**

Total Sales = $125.1 Billion

- Chains 38.4%
- Indep. 18.6%
- Non-Fed Hosp. 11.6%
- Mail Order 10.2%
- Food Stores 8.3%
- Clinics 6.9%
- LTC 3.0%
- HMO 1.2%
- Fed. Facilities 1.7%

Sources: Retail Perspective™ and Provider Perspective™



Exhibit 2

**U.S. PHARMACEUTICAL MARKET — CHANGES IN PURCHASE ACTIVITY**

Chains +22.0; Indep. +15.0; Non-Fed Hosp. +16.0; Mail Order +23.1; Food Stores +21.0; Clinics +26.5; LTC +14.0; Fed. Facilities +9.0; HMO -4.2

(1998 vs 1999)

Sources: Retail Perspective™ and Provider Perspective™

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

DJA-1159



Exhibit 3
**1999 DISPENSED PRESCRIPTIONS BY CHANNEL**
Total Prescriptions = 2.8 Billion
- Chains 52.9%
- Indep. 25.6%
- Food Stores 12.7%
- Mail Order 4.7%
- LTC 4.1%

Source: NPA Plus™



Exhibit 4
**CHANGES IN PRESCRIPTION ACTIVITY**
Source: NPA Plus™

### Leading therapeutic classes
#### Sales
The top-three classes remained firmly entrenched in their leadership positions, while another blasted onto the top-20 chart (see Exhibit 5, p. 44).

- Anti-ulcerants grew by 19 percent to top the $8.5 billion mark. AstraZeneca's Prilosec and TAP's Prevacid, two of the top-five products, lead the class with respective 49 and 28-percent shares. Prilosec grew by 21 percent to $4.2 billion, while Prevacid posted an impressive 67-percent gain to $2.4 billion (see Exhibit 8, p. 48). The older products in the class, Merck's Pepcid, Lilly's Axid, and Glaxo's Zantac have suffered as a result.

- The statin class moved into second place, growing by 24 percent to $7.2 billion, and also boasts three products in 1999's top-20 list. Warner-Lambert's Lipitor took the market by storm in 1997, and has sustained its meteoric rise to own 41.4 percent of the class in 1999, with sales of $3 billion. Both Merck's Zocor and Bristol-Myers Squibb's Pravachol have not only slipped in the overall rankings, but have also dropped more than two points in share of class. Meanwhile, sales of Merck's Mevacor, the 1987 pioneer, and Novartis' Lescol declined sharply for the second straight year.

- Specific neurotransmitter modulators were nudged into third place, after an 18-percent increase to just under $7 billion. Lilly's Prozac, Pfizer's Zoloft, and SmithKline Beecham's Paxil lead the class, and are among the top-10 products. These three products accounted for 90 percent of the market in 1998 and, despite modest growth, their combined share has dipped to 83 percent for 1999. Newer products — Wyeth's Effexor XR and Forest's Celexa — have taken up the slack.

scriptions. Long-term care facilities and mail order accounted for the remaining 8.8 percent (see Exhibit 3, above).

Each retail channel recorded a growth rate two to three points higher than in 1998. On the other hand, long-term care grew by seven percent, whereas the 1998 growth was at one percent. Meanwhile, mail order prescription increases slowed slightly from 12 percent in 1998 to nine percent this year (see Exhibit 4, above).

*continued on page 44*

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

DJA-1160