IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and NOVOPHARM, LTD., | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 02-1512 (SLR) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | CONSOLIDATED |
| Counterclaim Defendants. | ) ) ) | |
| IMPAX LABORATORIES, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 03-120 (SLR) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | CONSOLIDATED |
| Counterclaim Defendants. | ) ) ) | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | |
| | ) | C.A. No. 05-340 (SLR) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | CONSOLIDATED |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | |
| | ) | C.A. No. 05-360 (SLR) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | CONSOLIDATED |

**UNOPPOSED MOTION [AND PROPOSED ORDER] FOR REDACTION OF TRANSCRIPT AND NOTICE OF LODGING OF PUBLIC VERSION OF TRANSCRIPT**

WHEREAS at the hearing on June 27, 2008 on the motions for summary judgment filed in these cases by defendants Abbott and Fournier, the Court permitted the parties to review the transcript following the hearing to determine if it contained confidential information of the parties that they would ask to have redacted from any public version of the transcript (tr. 9-10);

WHEREAS the parties have reviewed the transcript and Teva, Abbott and Fournier have each identified certain information which that party believes in good faith to be its highly confidential information that, if revealed to the public, would cause it competitive harm;

WHEREAS Teva, Abbott and Fournier have prepared a public version of the transcript redacting such information and have lodged that copy with the court reporter who transcribed the hearing;

Pursuant to Fed. R. Civ. P. 26(c) and the Policy On The Electronic Availability Of Transcripts Of Court Proceedings (effective May 17, 2008), and in order to protect their confidential information, Teva, Abbott and Fournier hereby move the Court for an order that:[1]

1)     any publicly available copies of the transcript of the June 27, 2008 hearing in these cases, including but not limited to transcripts that are or will be available by remote electronic access, shall be redacted consistent with the redacted, public copy lodged with the court reporter; and

2)     the original, unredacted transcript shall remain sealed in accordance with the protective orders entered in these cases.

---

[1]     The other parties to these actions do not oppose this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mgraham@mnat.com

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Rosanne E. Felicello
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710

*Attorneys for Abbott Laboratories*


YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
(302) 571-6600
kkeller@ycst.com

OF COUNSEL:

David M. Hashmall
Christopher T. Holding
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109

*Attorneys for Teva Pharmaceuticals USA, Inc.,*
*Teva Pharmaceuticals Industries Ltd., and*
*Novopharm Ltd.*

July 21, 2008

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Anne Shea Gaza*

_____
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
gaza@rlf.com

OF COUNSEL:

William Baer
James Cooper
Anne P. Davis
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC  20004-1206

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795

*Attorneys for Fournier Industrie Et Santé*
*and Laboratoires Fournier, S.A.*

SO ORDERED this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

2404296

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on July 21, 2008 upon the following parties:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (LOUISIANA WHOLESALE, ROCHESTER DRUG, MEIJER)<br><br>(C.A. 05-340) | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com**<br>Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br>Barry S. Taus<br>**btaus@garwingerstein.com**<br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br>Daniel Berger<br>**danberger@bm.net**<br>Eric L. Cramer<br>**ecramer@bm.net**<br>Peter Kohn<br>**pkohn@bm.net**<br>Linda P. Nussbaum<br>**lnussbaum@kaplanfox.com**<br><br>Stuart Des Roches<br>**stuart@odrlaw.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
| REPRESENTING CVS, RITE AID<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Joseph T. Lukens<br>**jlukens@hangley.com**<br>Steve D. Shadowen<br>**sshadowen@hangley.com** |

REPRESENTING AMERICAN SALES COMPANY INC.

(C.A. 05-340)

Elizabeth M. McGeever
**emmcgeever@prickett.com**
Scott E. Perwin
**sperwin@kennynachwalter.com**

REPRESENTING INDIRECT PURCHASER
CLASS PLAINTIFFS

(C.A. 05-360)

A. Zachary Naylor
Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffrey L. Kodroff
Bernard J. Persky
Mike Gottsch
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven
Greg Matthews
Christopher McDonald
Kellie Safar
Theodore M. Lieverman
Pat Howard

**tricor@chimicles.com**

REPRESENTING PACIFICARE

(C.A. 05-360)

Jonathan L. Parshall
**jonp@msllaw.com**
William Christopher Carmody
**bcarmody@susmangodfrey.com**
Shawn Rabin
**srabin@susmangodfrey.com**
Justin Nelson
**jnelson@susmangodfrey.com**
Ken Zylstra
**kzylstra@faruqilaw.com**
Mark Sandman
**mms@rawlingsandassociates.com**
Jeffrey Swann
**js5@rawlingsandassociates.com**

REPRESENTING TEVA PHARMACEUTICALS

(C.A. 02-1512)

Josy W. Ingersoll
Karen E. Keller
Bruce M. Gagala
Christopher T. Holding
Ken Cohen
Elaine Blais

**tricor@ycst.com**

| | |
|---|---|
| REPRESENTING IMPAX LABORATORIES | Mary Matterer |
| | **mmatterer@morrisjames.com** |
| (C.A. 03-120) | Asim Bhansali |
| | **abhansali@kvn.com** |
| REPRESENTING FOURNIER | Frederick L. Cottrell, III |
| | Anne Shea Gaza |
| (ALL CASES) | William Baer |
| | James Cooper |
| | Anne P. Davis |
| | Timothy C. Bickham |
| | **tricor@rlf.com** |

*/s/ Mary B. Graham*

_____

Mary B. Graham (#2256)

520842