IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-340 SLR Consolidated |

**RULE 7.1.1 STATEMENT TO ACCOMPANY
DIRECT PURCHASER CLASS PLAINTIFFS' MOTION
FOR APPROVAL OF FORM AND MANNER OF NOTICE OF
PENDENCY OF CLASS ACTION TO THE CERTIFIED CLASS (DI 438)**

Pursuant to D.Del. LR 7.1.1, the undersigned hereby states that a reasonable effort was made to reach agreement with the opposing parties on the matters set forth in the motion. In particular, e-mails were sent and at least one phone call was made to obtain defendants' approval. One of defendants' two comments was incorporated into the form of Notice submitted to the Court. As stated in Direct Purchaser Class Plaintiffs' accompanying Memorandum Of Law (DI 439) a p.2, the defendants' other suggestion was declined.

_____
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
  *Liaison Counsel for Direct
  Purchaser Class*

August 26, 2008