IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, Inc., and TEVA PHARMACEUTICAL INDUSTRIES LTD., </br>    Counterclaim Plaintiffs, </br> v. </br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., </br>    Counterclaim Defendants. | C.A. No. 02-1512 (SLR) </br> (Consolidated) </br></br> **PUBLIC VERSION** |
| IMPAX LABORATORIES, INC., </br>    Counterclaim Plaintiff, </br> v. </br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., </br>    Counterclaim Defendants. | C.A. No. 03-120 (SLR) </br> (Consolidated) |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-340 (SLR) </br> (Consolidated) |
| THIS DOCUMENT RELATES TO: </br> ALL ACTIONS | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (SLR) </br> (Consolidated) |
| THIS DOCUMENT RELATES TO: </br> ALL ACTIONS | |

**PROPOSED JURY INSTRUCTION**

You will recall that the Competitor plaintiffs included the generic drug company Impax Laboratories, Inc.

Impax Laboratories, Inc. is no longer involved in this trial. You should not speculate as to the reasons for this.

As jurors, it is your duty to consider the issues between Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., and Novopharm Ltd., and the Defendants under the instructions I give you after you have heard all of the evidence. The evidence might still concern the conduct of Impax Laboratories, Inc. and/or the effect of Defendants' conduct on Impax Laboratories, Inc.

**Source: Fifth Circuit Model Jury Instruction 2.5** [amended]

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Karen E. Keller_
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

OF COUNSEL:
David M. Hashmall
Christopher T. Holding
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., and Novopharm Ltd.*

DATED: November 13, 2008

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on November 24, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | Frederick L. Cottrell, III,  Esquire<br>Anne Shea Gaza, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 |
| *Counsel for Abbott Laboratories* | *Counsel for Fournier Industrie et Sante and Laboratories Fournier S.A.* |

I further certify that on November 24, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| William F. Cavanaugh, Jr., Esquire<br>*wfcavanaugh@pbwt.com*<br>Eugene M. Gelernter, Esquire<br>*emgelernter@pbwt.com*<br>Chad J. Peterman, Esquire<br>*cjpeterman@pbwt.com* | William Baer, Esquire<br>*william.baer@aporter.com*<br>Anne P. Davis, Esquire<br>*anne.davis@aporter.com*<br><br>Timothy Bickham, Esquire<br>*tbickham@steptoe.com* |
| *Counsel for Abbott Laboratories* | *Counsel for Fournier Industrie et Sante and Laboratories Fournier S.A.* |

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, Ltd. and Novopharm, Ltd.*