# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | CASE NO. 05-340 (SLR) (consolidated) |
| THIS DOCUMENT RELATES TO: ) ) ) *Louisiana Wholesale Drug. Co., Inc. (05-340)* ) *Rochester Drug Co-Operative, Inc. (05-351)* ) *Meijer, Inc., et al. (05-358)* ) ) | |

## DIRECT PURCHASER CLASS'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS TO THE CLASS REPRESENTATIVES

Direct Purchaser Class Plaintiffs respectfully move this Court for an order (i) awarding attorneys' fees of one-third (33 1/3%) of the Settlement Fund of $250 million, plus accrued interest thereon; (ii) reimbursing Class Counsel for the costs and expenses of the litigation in the amount of $3,330,791.79; and (iii) approving incentive awards of $50,000 for each of the three certified Class Representatives: 1) Louisiana Wholesale Drug Co. Inc.; 2) Rochester Drug Co-Operative, Inc.; and 3) Meijer, Inc./ Meijer Distribution, Inc. A proposed Order and Final Judgment granting: 1) final approval of the settlement; 2) approval of the Plan of Allocation; and 3) Direct Purchaser Class's Motion For An Award Of Attorneys' Fees, Reimbursement Of Expenses And Incentive Awards To The Class Representatives will be filed in connection with Direct Purchaser Class's Motion in Support of Final Approval of Settlement on April 10, 2009, as per the Court's order of January 8, 2009 (D.I. No. 529). The settlement Notice, mailed to the direct purchaser class, notified Class

members that Class Counsel intended to request (i) an award of attorneys' fees of up to one-third of the Settlement Fund, plus interest thereon; (ii) the reimbursement of Class Counsel's costs and expenses; and (iii) incentive awards to the three Class Representatives.

The $250 million Settlement with Defendants offers the class of approximately 430 commercial entities that purchased Tricor directly from Abbott a significant recovery for their losses. This recovery is a laudable result for a class of direct purchasers in a case that, as described more fully in the accompanying brief and affidavits, posed many difficult legal challenges. In support of this Motion, Class Counsel submits the accompanying Brief in Support of the Direct Purchaser Class's Motion For An Award of Attorneys' Fees, Reimbursement Of Expenses, And Incentive Awards For The Class Representatives.

Jeffrey S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
Tel: (302) 656-4433
Fax: (302) 658-7567
jgoddess@rmgglaw.com

*Delaware Counsel for Direct Purchaser Class Plaintiffs*

**Executive Committee for Direct Purchaser Class Plaintiffs**

GARWIN, GERSTEIN & FISHER, L.L.P.
Bruce E. Gerstein
Barry S. Taus
Adam Steinfeld
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

BERGER & MONTAGUE, P.C.
Eric L. Cramer
Peter Kohn
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

ODOM & DES ROCHES, L.L.P.
Stuart E. Des Roches
650 Poydras Street
Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum
John D. Radice
850 Third Avenue
14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

THE SMITH FOOTE LAW FIRM, LLP
David P. Smith
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

March 9, 2009