IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) C.A. No. 05-340 (SLR) ) ) ) |
| _____ | ) ) CONSOLIDATED |
| THIS DOCUMENT RELATES TO: | ) ) |
| C.A. No. 05-340 (Louisiana Wholesale) C.A. No. 05-351 (Rochester Drug Co.) C.A. No. 05-358 (Meijer, Inc., et al.) | ) ) ) ) ) ) |

## DECLARATION OF JENNY M. JIANG IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT, REGARDING ABBOTT LABORATORIES' COMPLIANCE WITH THE REQUIREMENTS OF THE CLASS ACTION FAIRNESS ACT

I, Jenny M. Jiang, declare as follows:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP, counsel to Abbott Laboratories in this litigation. The facts stated in this declaration are true of my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. On January 7, 2009, pursuant to 28 U.S.C. § 1715(b) (a provision of the Class Action Fairness Act, or "CAFA"), I caused notice of the proposed settlement of this litigation, together with all the required supporting information, to be served on the Attorney General of the United States and the Attorneys General of each of the several states and the District of Columbia via U.S. mail. A copy of the notice provided to the Attorneys General (without exhibits) is attached hereto as Exhibit A. A copy of the proof of service, which was executed contemporaneously with the service of the above-referenced notice and supporting information, is attached hereto as Exhibit B.

3. I have received no objection or inquiry regarding the litigation or the proposed settlement from any of the Attorneys General.

4.  I received an acknowledgement of receipt of notice, dated January 28, 2009, from the Office of the Attorney General of the State of Washington.

5.  As of the date of this filing, I have received no further communication from any of the Attorneys General regarding the proposed settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of April, 2009, at Los Angeles, California.

_____
Jenny M. Jiang

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2009, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on April 13, 2009 upon the following parties:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (LOUISIANA WHOLESALE, ROCHESTER DRUG, MEIJER) <br><br> (C.A. 05-340) | Jeffrey S. Goddess <br> **jgoddess@rmgglaw.com** <br> Bruce E. Gerstein <br> **bgerstein@garwingerstein.com** <br> Barry S. Taus <br> **btaus@garwingerstein.com** <br> Adam M. Steinfeld <br> **asteinfeld@garwingerstein.com** <br> Daniel Berger <br> **danberger@bm.net** <br> Eric L. Cramer <br> **ecramer@bm.net** <br> Peter Kohn <br> **pkohn@bm.net** <br> Linda P. Nussbaum <br> **lnussbaum@kaplanfox.com** <br> Stuart Des Roches <br> **stuart@odrlaw.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI <br><br> (C.A. 05-340) | Elizabeth M. McGeever <br> **emmcgeever@prickett.com** <br> Scott E. Perwin <br> **sperwin@kennynachwalter.com** |
| REPRESENTING CVS, RITE AID <br><br> (C.A. 05-340) | Elizabeth M. McGeever <br> **emmcgeever@prickett.com** <br> Joseph T. Lukens <br> **jlukens@hangley.com** <br> Steve D. Shadowen <br> **sshadowen@hangley.com** |

| | |
|---|---|
| REPRESENTING AMERICAN SALES COMPANY INC.<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
| REPRESENTING FOURNIER<br><br>(ALL CASES) | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>William Baer<br>James Cooper<br>Anne P. Davis<br>Timothy C. Bickham<br>**tricor@rlf.com** |

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)

2667698